FILED

2024 Sep-23  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

 Alabama Secretary of State 

# Secretary of State Wes Allen Implements Process to Remove Noncitizens Registered to Vote in Alabama

Home > Newsroom > Secretary of State Wes Allen Implements Process to Remove Noncitizens Registered to Vote in Alabama

*Please email sospress@sos.alabama.gov to be subscribed to our mailing list.*

After being sworn into office on January 16, 2023, Alabama Secretary of State Wes Allen immediately initiated strategic efforts to ensure that Alabama has the cleanest and most accurate voter file in the country. As part of this effort, Secretary Allen has identified 3,251 individuals who are registered to vote in Alabama who have been issued noncitizen identification numbers by the Department of Homeland Security. The Secretary announced today that he is instructing the Boards of Registrars in all 67 counties to immediately inactivate and initiate steps necessary to remove all individuals who are not United States Citizens.

"I have been clear that I will not tolerate the participation of noncitizens in our elections," Allen said. "I have even gone so far as to testify before a United States Senate Committee regarding the importance of this issue. We have examined the current voter file in an attempt to identify anyone who appears on that list that has been issued a

noncitizen identification number."

Repeated requests to the United States Federal Government to assist Allen's efforts by providing a list of noncitizens currently residing in Alabama have been declined. This lack of cooperation led Allen to approach the issue in a different way.

Allen says it is possible that some of the individuals who were issued noncitizen identification numbers have, since receiving them, become naturalized citizens and are, therefore, eligible to vote. The process initiated by the Secretary of State's Office will allow those naturalized citizens to update their information on a State of Alabama Voter Registration Form and, once verified, vote in the state's elections.

Allen has also provided the list of registered voters identified as having been issued a noncitizen identification number to the Office of Alabama Attorney General Steve Marshall for further investigation and possible criminal prosecution.

"This is not a one-time review of our voter file. We will continue to conduct such reviews to do everything possible to make sure that everyone on our file is an eligible voter," Allen said. "I am hopeful that in the near future the federal government will change course and be helpful to states as we work to protect our elections."

Wes Allen is Alabama's 54th Secretary of State. The Secretary of State is Alabama's Chief Elections Official. Additionally, Alabama law gives the Secretary of State more than 1,000 different duties. To learn more about the Secretary of State and his responsibilities and duties visit www.sos.alabama.gov.

###

*Secretary of State Wes Allen's official photograph: https://www.sos.alabama.gov/sites/default/files/inline-images/AllenBioHighRes.jpg

Alabama Directory   -   Online Services   -   Alabama.gov   -   Statements & Policies   -   Feeds   -   Contact Us

P.O. Box 5616 Montgomery, AL 36103-5616   -   Phone: (334) 242-7200   -   Fax: (334) 242-4993