*ACIJ v. Allen*, 2:24-CV-01254

# PLAINTIFFS' TOPICS FOR DEPOSITIONS
# PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO: OFFICE OF THE SECRETARY OF STATE; OFFICE OF THE ATTORNEY GENERAL; AND JAN BENNETT, BARRY STEPHENSON, CINDY WILLIS THRASH, AND SHEILA COX BARBUCK, IN THEIR OFFICIAL CAPACITIES AS CHAIRS OF BOARDS OF REGISTRARS OF ELMORE, JEFFERSON, LEE, AND MARSHALL COUNTIES
ALL COUNSEL OF RECORD

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs, through counsel, will give notice of deposition(s) upon oral examination of designees from Boards of Registrars of Elmore, Jefferson, Lee, and Marshall Counties, the Office of the Secretary of State, the Office of the Attorney General, the Alabama Law Enforcement Agency, and the Alabama Department of Labor. Designees shall be the person most knowledgeable and prepared to testify on behalf of the aforementioned offices concerning all information known or reasonably available to those offices with respect to the subject matters described below. This document is not a notice of deposition and is intended only to assist Defendants and their counsel in identifying and preparing potential deponents in response to Defendants' counsel's request for the same.

**Deposition Topics for 30(b)(6) Deposition of the County Boards of Registrars**

Designees from the Boards of Registrars of Elmore, Jefferson, Lee, and Marshall Counties will be requested to give sworn testimony on all information known or reasonably available to persons in the Boards concerning:

1. Communications related to the Purge Program, including from any state agency.

2. Actions taken to implement the Purge Program.

3. The policies or instructions given to Board staff regarding verification of voter eligibility of persons purported to be noncitizens and of naturalized citizens, including with respect to the Purge Program and voters on the Purge List.

4. The actual practices engaged in by Board staff regarding verification of voter eligibility of persons purported to be noncitizens and of naturalized citizens, including with respect to the Purge Program and voters on the Purge List.

**Deposition Topics for 30(b)(6) Deposition of the Office of the Secretary of State**

A designee from the Office of the Secretary of State will be requested to give sworn testimony on all information known or reasonably available to persons in the Office concerning:

1. The creation and maintenance of the Purge List and Purge Program, including the source(s) of information used to generate the list, the methodology for doing so, the voters on the list, the rationale and purpose of the Purge Program, and plans for the Program's operation.

2. Communications with or among the Office of the Secretary of State and county Boards of Registrars, state or local government entities, and/or others regarding the Purge Program.

**Deposition Topics for 30(b)(6) Deposition of the Office of the Attorney General**

A designee from the Office of the Attorney General will be requested to give sworn testimony on all information known or reasonably available to persons in the Office concerning:

1. Communications to or from the Office of the Secretary of State related to the Purge List and Purge Program, including those containing the names (or other identifiers) of individuals appearing on the voter rolls and requests or referrals for investigation and/or criminal prosecution.

2. Any action the Office of the Attorney General has taken related to the Purge Program and/or individuals identified on the Purge List.

**Deposition Topics for 30(b)(6) Deposition of the Alabama Law Enforcement Agency**

A designee from the Alabama Law Enforcement Agency will be requested to give sworn testimony on all information known or reasonably available to persons in the Agency concerning:

1. Communications with or among the Office of the Secretary of State, any other state agency, and/or others related to the Purge List and Purge Program, including data or information provided to or by the Office relating to the past or current noncitizen status of any individual on the voter rolls.

**Deposition Topics for 30(b)(6) Deposition of the Alabama Department of Labor**

A designee from the Alabama Department of Labor will be requested to give sworn testimony on all information known or reasonably available to persons in the Agency concerning:

1. Communications with or among the Office of the Secretary of State, any other state agency, and/or others related to the Purge List or Purge Program, including data or information provided to or by the Office relating to the past or current noncitizen status of any individual on the voter rolls.