ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130

(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV



# WES ALLEN
## SECRETARY OF STATE

September 20, 2024

dlang@campaignlegal.org
khuddleston@campaignlegal.org
drosborough@aclu.org
mkantercohen@fairelectionscenter.org
nbeck@fairelectionscenter.org
abadat@naacpldf.org
usheikh@naacpldf.org
bradley.heard@splcenter.org
sabrina.khan@splcenter.org
jess.unger@splcenter.org
president@alnaacp.org
amollman@aclualabama.org
lhattix@aclualabama.org
anneshia@blackyard.co
president@lwval.org
info@unitedwoc.org
info@acij.net

**VIA ELECTRONIC EMAIL TRANSMISSION**

Dear Directors Lang, Gilchrist, Hamilton, Hardy, Rosborough, Cohen, Jones, Simelton, Heard, Curry, and Attorneys Huddleston, Richardson, Jindia, Beck, Badat, Sheikh, Khan, and Unger:

This letter is a follow up to my initial response, dated September 6, 2024, to your letter, dated August 19, 2024, which requested a substantial number of records "in electronic format via email" and "at a reasonable cost," pursuant to the "NVRA's Public Disclosure Provision. 52 U.S.C. § 20507(i)(1)." The letter further requests that this Office inform you if the expected cost of the records "exceeds $100.00."

The Alabama Secretary of State is authorized by Alabama law, for a uniform cost, to disseminate electronically the statewide voter list, "which contains the name and registration information of every legally registered voter (active and inactive) in the state" and "serve[s] as the official voter registration list for the conduct of all elections." *See* Ala. Code §§ 17-4-33(a); 17-4-38(a). The list includes voter history information. *See* Ala. Code § 17-4-33(a). This list is available

Lang, Gilchrist, Hamilton, Hardy, Rosborough, Cohen, Jones, Simelton, Heard, Curry, Huddleston, Richardson, Jindia, Beck, Badat, Sheikh, Khan, and Unger
September 20, 2024
Page 2 of 3

---

online for purchase on the official webpage of the Secretary of State at the following link: https://www.alabamainteractive.org/sos/voter/voterWelcome.action.

Alabama law does not otherwise authorize the Secretary of State to disseminate requested "individualized voter information" from the statewide voter registration database. In fact, Alabama Code Section 17-3-52 prohibits the disclosure of voter registration information "except with written consent of the person" "or pursuant the order of a court of competent jurisdiction in a proper proceeding."

While the United States Court of Appeals for the Eleventh Circuit in *Greater Birmingham Ministries v. Secretary of State for the State of Alabama* (22-13708) has recently said that such individualized voter data is covered by the public disclosure provision of the National Voter Registration Act ("the NVRA"), 52 U.S.C. § 20507(i)(1), the Eleventh Circuit has also made it clear that 52 U.S.C. § 20507(i)(1) does not mandate electronic disclosure. The requested individualized voter records are not maintained in a format that makes them available for photocopying. Therefore, if you are interested in pursuing public inspection of the requested records pursuant to 52 U.S.C. § 20507(i)(1), the Secretary of State will make the records available pursuant to current enclosed policy.

Please note that your request could be read to include records that are already publicly available online through the Secretary of State's website: https://www.sos.alabama.gov/alabama-votes or the Alabama Legislature's website, which publishes the Code of Alabama electronically here: https://alison.legislature.state.al.us/code-of-alabama; the Alabama Administrative Code here: http://www.alabamaadministrativecode.state.al.us/docs/sos/index.html; and the electronic Alabama Elections Handbook (21st Edition), as prepared by the Alabama Law Institute, here: https://alison.legislature.state.al.us/files/pdf/lsa/ALI/election_handbook/Alabama_Election_Handbook_21st_Edition.pdf. Please let me know if you want these publicly available documents to be part of this Office's response.

If you would prefer that your request or portions thereof be construed as a request for public records under Alabama Code Section 36-12-40, responsive public records could be printed pursuant to the Secretary of State's applicable public records policy at a rate of $1.00 per page: https://www.sos.alabama.gov/public-records-request. Excluding requested individualized voter records as well as publicly available items and any records otherwise privileged or protected from disclosure, an estimated 630 pages are immediately deemed responsive to your request based on this Office's recent response to an overlapping USDOJ inquiry. These responsive records will be prepared for delivery at an estimated cost of $630.00 should you choose to pursue this option. To be clear, your pending request is more expansive than that processed in response to the USDOJ.

Finally, should you pursue obtaining a copy of the USDOJ response, this Office respectfully requests that the League of Women Voters withdraw its separate public records request circulated to the local Boards of Registrars. We think the above offered records from this Office should include anything you might be able to obtain from the local Registrars.

Lang, Gilchrist, Hamilton, Hardy, Rosborough, Cohen, Jones, Simelton, Heard, Curry, Huddleston, Richardson, Jindia, Beck, Badat, Sheikh, Khan, and Unger
September 20, 2024
Page 3 of 3

Please do not hesitate to contact me with any questions about this letter at (334) 353-7857 or by email at mike.jones1@sos.alabama.gov.

Sincerely,

Michael L. Jones, Jr.
General Counsel

Enclosure