UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No.: 2:24-cv-01254-AMM |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.: 2:24-cv-01329-AMM |
| STATE OF ALABAMA and WES ALLEN, in his official capacity as Alabama Secretary of State, | ) ) ) ) ) | |
| *Defendants*. | ) | |

### DECLARATION OF CLAY HELMS

My name is Clay Helms.  I am over the age of 19 and competent to provide

testimony in this matter.  The facts I have set out below are based upon my personal

knowledge and/or the records of the Alabama Secretary of State's office maintained in the ordinary course of business.

1.      I am the Chief of Staff for Secretary of State Wes Allen, a position I have held since Secretary Allen took office in January 2023.  I served in other roles in the Secretary of State's office prior to my promotion to Chief of Staff.  Most recently, I served as both Deputy Chief of Staff and Director of Elections.

2.      Secretary Allen is Alabama's "chief elections official" and is responsible for "provid[ing] uniform guidance for election activities."  Ala. Code § 17-1-3.  He is committed to working with local election officials to help eligible individuals participate in Alabama's elections and ensure those elections are held in compliance with State and federal laws.

3.      Alabama law provides that only U.S. citizens can vote.  Secretary Allen is committed to ensuring that persons who are not citizens of the United States are not registered to vote and voting in elections in this State.  It should be common ground that noncitizens may not vote in Alabama elections.

4.      This declaration describes Secretary Allen's noncitizen letter process, which allows for self-removals immediately and any potential administrative removals **following the 2028 General Election**, which is more than four years away. It also provides important context for understanding that process.

**VOTER REGISTRATION FORMS**

5.     The National Voter Registration Act of 1993 (NVRA) charges the Election Assistance Commission, a federal entity, with "develop[ing] a mail voter registration application form for elections for Federal office[,]" like the upcoming 2024 General Election, and doing so "in consultation with the chief elections officers of the States." 52 U.S.C. § 20508(a)(2).  The resulting form is commonly known as the Federal Form.  The current Federal Form is attached as **Exhibit 1**.

6.     The Federal Form is a multi-page document.  The first page says in large letters "For U.S. Citizens."  The Federal Form contains General Instructions which immediately identify the need to be a United States citizen to register using the Federal Form.  Exhibit 1 at 2 ("If you are a U.S. citizen who . . . .").  These General Instructions further say: "All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election."  Exhibit 1 at 2.

7.     The actual application within the Federal Form asks: "Are you a citizen of the United States of America" and provides boxes to check "Yes" or "No." Exhibit 1 at 4.  It further directs that a "No" answer means the applicant should not complete the form.   Exhibit 1 at 4.  In box 9 of the application, the applicant is required to swear or affirm that "I am a United States citizen."  Exhibit 1 at 4.

8.     The citizenship question and check boxes are consistent with the requirements of the Help America Vote Act of 2002 (HAVA), which directs that the Federal Form developed under the NVRA "shall include" "[t]he question 'Are you a citizen of the United States of America?' and boxes for the applicant to indicate whether the applicant is or is not a citizen of the United States."   52 U.S.C. § 21083(b)(4)(B)(A)(i).  HAVA further requires that the Federal Form include "[t]he statement "If you checked 'no' in response to either of these questions, do not complete this form."  52 U.S.C. § 21083(b)(4)(B)(A)(iii).  The two questions are the citizenship question and a question on age.  52 U.S.C. § 21083(b)(4)(B)(A).

9.     The Federal Form contains State Instructions.  Exhibit 1 at 8-27.  The Alabama instructions include this statement: "To register in Alabama you must . . . be a citizen of the United States . . . ."  Exhibit 1 at 8 (bullet omitted).

10.    Alabama's own voter registration form includes the eligibility requirement that the applicant must be a United States citizen.

11.    The State's mail-in voter registration form says just below the title "for use by U.S. citizens only."  **Exhibit 2** (capitalization and emphasis omitted).   In the top section of the form, on the right, the eligibility criteria are listed, and one criterion to register is that the applicant "[b]e a citizen of the United States."  Box 1 on the form asks "Are you a citizen of the United States of America" and provides "Yes" and "No" check boxes.  On the bottom half of the State form, the Voter Declaration

includes the statement "I am a U.S. citizen."  The form explains that it is a felony to "falsely sign."

12.     The Secretary of State's office makes an Electronic Voter Registration Application available online 24 hours per day, seven days per week, at https://www.alabamainteractive.org/sos/voter_registration/voterRegistrationWelcome.action.  The online application is similar to the paper application in terms of being clear about the qualifications to vote and the questions that are asked.  In order to use the electronic application, the applicant "must have a valid Alabama Driver's License or valid Alabama Non-Driver's Identification card[.]"  Those cards contain numbers, which are input in a required field for the online application.

13.     Alabama makes voter registration available through forms distributed by the Alabama Medicaid Agency and the Alabama Department of Human Resources, as well as when securing or updating a driver's license or non-driver ID.

14.     Registration requires an Alabama Driver's License or Non-Driver ID Number or, if the applicant does not have either, the last four digits of the applicant's Social Security Number.  These requirements are consistent with HAVA, 52 U.S.C. § 21083.

**SECRETARY ALLEN'S REQUESTS FOR ASSISTANCE FROM THE U.S. GOVERNMENT & TESTIMONY BEFORE A SENATE COMMITTEE**

15.     Secretary Allen has prioritized voter list maintenance since taking office to improve election integrity.

16.     Beginning nearly a year ago, Secretary Allen made efforts to get assistance from the federal government in ensuring that persons who are not citizens of the United States are not registered to vote and voting in elections in this State. He started with U.S. Citizenship and Immigration Services (USCIS).  An overview of the efforts of the office follows.

17.     On October 20, 2023—a full 292 days before the 90-day bar for the 2024 General Election was triggered on August 7, 2024—Secretary Allen sent a letter to Jose Luyanda, Field Office Director of USCIS's Montgomery branch. **Exhibit 3.**  In the letter, Secretary Allen made "an official request" for the agency "to provide [his] office with a listing … of legal non-citizens" in Alabama, including "their full name, date of birth, and alien registration number."  Secretary Allen never received a response to this letter.

18.     On November 15, 2023, Secretary Allen sent a second letter to USCIS. **Exhibit 4.**  He addressed this letter to individuals at USCIS headquarters: Felicia Carillo, Chief of Staff for the Office of the Director, and Stephen Dove, Chief of the Office of the Executive Secretariat.  Again, Secretary Allen made an "official request" for the agency to provide a list of legal non-citizens in Alabama.

19.     USCIS responded to Secretary Allen on December 19, 2023.  **Exhibit 5.**  Tammy M. Meckley, Associate Director of Immigration Records and Identity Services Directorate, wrote: "Due to individual privacy protections, we are unable

6

to fulfill your request for information to support voter verification as outlined in your letter." Instead of providing the requested information, Associate Director Meckley referred Secretary Allen to the USCIS SAVE Program.

20. Associate Director Meckley described SAVE as "an online service" that "verifies the status of nonimmigrants, immigrants, and certain naturalized and acquired United States citizens for approved purposes . . . ." However, she further explained that, "[i]n in the voting context, SAVE works with state voting officials to verify naturalized and acquired U.S. citizenship." Exhibit 5. That is, SAVE verifies citizenship, but not the converse: SAVE does not conclusively verify non-citizenship sufficient for the States to take action for election administration purposes.

21. For this reason and others set out herein as discussed in communications from this office and Secretary Allen's testimony before Congress, our office has concluded that SAVE is not a viable solution. Additionally, from talking with my counterparts in other States, it is my understanding that other States do not find SAVE useful for election administration.

22. On March 9, 2024, the White House hosted a call with Secretaries of State from various States, including Alabama, for the purpose of discussing Executive Order 14019. One of the topics of conversation was noncitizen voting. During the call, representatives from the White House assured Secretary Allen that

the federal government would connect him with appropriate officials within USCIS to assist his efforts to ensure legal noncitizens are not registering to vote or voting in Alabama elections.  "We specifically talked about Alabama's effort to connect with USCIS to share data for the purpose of verifying citizenship status," Secretary Allen later wrote. **Exhibit 6.**

23.    On March 12, 2024, Secretary Allen testified before the U.S. Senate Committee on Rules and Administration.  The official record of this hearing is available    online    at    https://www.govinfo.gov/content/pkg/CHRG-118shrg55135/pdf/CHRG-118shrg55135.pdf    I was in the room with Secretary Allen when he testified.

24.    Relying on the federal government's official record at the pages numbered 20-21, Secretary Allen's testimony includes the following exchange:

> Senator BRITT. Excellent. Thank you for your work on that. Additionally, as you know, federal law bans non-citizens from voting in federal elections. That being the case, it is important that states be given the tools that they need to ensure non-citizens are not able to register or vote in our elections.
>
> Last year, I introduced the Citizen Ballot Protection Act here in the Senate, and I appreciate all of my Republican colleagues on this Committee joining me in that effort. Congressman Gary Palmer of Alabama introduced the House version of that bill earlier last summer; and it was voted out of House Committee on Administration in November. I hope to see both chambers pass this, and it become law.
>
> The bill is simple. It amends the National Voter Registration Act to allow states to put in place a proof of citizenship requirement for both

the federal mail voter registration form and any state mail voter registration form that they might be able to develop.

Secretary Allen, in that vein, can you explain what resources Secretaries of State around the country have at their disposal to provide their state or local election officials the ability to verify citizenship when individuals attempt to register to vote?

Mr. ALLEN. Thank you for the question. The simple answer is we do not have really anything at our disposal to verify citizenship. Really when a man or woman goes in to register to vote and they sign their name, they are attesting that they are telling the truth, that they are a citizen of the country.

Just recently, back in December, we asked the United States Citizenship and Immigration Services for a list of non-citizens so we could cross-check our voter file in Alabama. We were denied that list from the Federal Government, and they told us to use the SAVE program, which is the Systematic Alien Verification Entitlement program database.

But the thing is, the SAVE program database does not allow states to verify citizenship through that database. That is really all we have. We tried it. You know, the Federal Government, federal courts have blocked previous efforts by states to verify citizenship.

I think it is important now more than ever, especially given what is happening at our Southern border.

Senator BRITT. Do you—are there any other additional barriers that hinder citizenship verification that you can think of or—sounds like they are significant?

Mr. ALLEN. There are significant challenges to verifying citizenship. You know, we have tried everything—making telephone calls and so forth——

25.   As of April 11, 2024, Secretary Allen had not been connected with

USCIS officials who could assist his efforts, so he emailed Justin Vail, Special

Assistant to the President for Democracy and Civil Participation, who had facilitated the phone call between the Secretaries of State and the White House.   Exhibit 6. After receiving no response by May 1, 2024, Secretary Allen's office emailed Special Assistant Vail.  **Exhibit 7** at 6 (portion of email chain).

26.   On April 11, 2024, Secretary Allen sent a third letter to USCIS. **Exhibit 8.**   In the letter to Associate Director Meckley, Secretary Allen explained that SAVE is not "a sufficient tool for statewide voter registration and voter file maintenance."   This is because information, including an immigration identifier, which Alabama election officials would not have, must be manually input for each individual.   Moreover,  and as noted above, SAVE can verify only naturalized and derived citizenship; it cannot confirm that an individual has legal *noncitizen* status. Secretary Allen reiterated his request for "a current listing . . . of legal non-citizens on file with your office . . . ."   Secretary Allen offered "to work towards executing a mutually acceptable Memorandum of Agreement that would require data protection and otherwise address any concerns that USCIS may have . . . ."

27.   On May 6, 2024, Special Assistant Vail connected Secretary Allen to Isabella Hassett, Associate Director of the Office of Intergovernmental Affairs at the White House.  Exhibit 7 at 5-6.

28.   On May 16, 2024, Secretary Allen, the Mississippi Secretary of State Michael Watson, and respective staff members, including me, had a conference call

with Associate Director Hassett.  *See* **Exhibit 9.**   During the call, as memorialized in a subsequent letter, Secretary Allen understood Associate Director Hassett to agree to reiterate her request for assistance to USCIS by reaching out to the agency that same day and to agree to keep Secretary Allen updated on any developments.

29.    On May 17, 2024, Secretary Allen wrote to Kristen Clarke, Assistant Attorney General at the U.S. Department of Justice.  **Exhibit 10.**  He explained that "it is well established that noncitizens, including permanent legal residents, cannot legally vote in U.S. elections" and cited State and federal law in support.  He noted that, "[d]espite this clear limitation, however, the [NVRA] requires 'designated voter registration agencies' that provide public assistance to distribute prescribed voter registration forms to each applicant for services or assistance, each applicant for recertification, and each applicant who submits renewal or change of address information with respect to such services or assistance, unless the applicant declines in writing to register to vote."   While recognizing that the voter registration application states that U.S. citizenship is an eligibility requirement, Secretary Allen expressed his profound concern that various State agencies could be "knowingly distribut[ing] voter registration applications on a regular and repeat basis to individuals who are ineligible to register to vote as noncitizens."  He asked if "public assistance providing agencies in Alabama may forgo distributing voter registration

application forms under the NVRA when an applicant or recipient is verified to be a noncitizen."

30.    On May 20, 2024, Secretary Allen sent Associate Director Hassett, with a copy to Special Assistant Vail, a letter summarizing the commitments made by federal officials on the March 9 and May 16 calls.  Exhibit 9 (letter); Exhibit 7 at 2 (email showing copy).

31.    On May 29, 2024, the Secretary's office sent a follow-up email concerning Associate Director Hassett's efforts to connect him with appropriate individuals at USCIS.  Exhibit 7 at 1.

32.    Assistant Attorney General Kristen Clarke substantively responded to Secretary Allen's letter on June 10, 2024.  **Exhibit 11**.  Her response referred to a paragraph 16 of a 2015 Memorandum of Understanding between DOJ and Alabama to suggest that an "objective[]", "automated process" was required if voter registration was not offered to each applicant for services.  The 2015 Memorandum of Understanding is attached as **Exhibit 12**.

33.    On June 20, 2024, Associate Director Hassett responded to Secretary Allen's May 20 letter.  Exhibit 7 at 1.  Associate Director Hassett addressed one of two issues raised in Secretary Allen's letter but did not address the request to connect Secretary Allen with USCIS.

34.    Thereafter, Secretary Allen's office requested support from Members of Alabama's congressional delegation.  A call between Secretary Allen's office and appropriate individuals within USCIS was facilitated.

35.    On July 10, 2024, Secretary Allen's office and individuals within USCIS spoke via video conference.  I was part of this call.  We reiterated the request for citizenship data and discussed the possibility of an agreement to share data between the agencies.  On the call, USCIS represented that it had entered similar agreements with other States in the past, specifically the States of Nevada and Texas. USCIS also explained that other State election officials have obtained noncitizen identification numbers from their State-level driver license issuing entities and further provided a slide showing the State and local government entities using SAVE in the State of Alabama with access to such identifiers, which included the Alabama Law Enforcement Agency and the Alabama Department of Labor. I understood USCIS to imply that working with these entities may be a solution.

36.    On July 16, 2024, Secretary Allen contacted USCIS again.  In a letter to Associate Director Meckley, Secretary Allen proposed that the parties enter a Memorandum of Agreement that would address any concerns of USCIS. His proposed agreement would allow

> (1) Alabama to submit to USCIS, in an acceptable format, available identifying information collected for specific individuals who are suspected to be noncitizens who are attempting to register to vote or are registered; (2) so that USCIS

can perform a check against its data and systems for those individuals for matches; and (3) provide Alabama with as much information available regarding each individual's citizenship status. In turn, (4) Alabama would use the match information provided by USCIS to facilitate further case-level inquiry by Alabama's local Boards of Registrars into each such individual's eligibility to vote.

**Exhibit 13.** Secretary Allen offered that his team would work to obtain alien identification numbers for suspected cases but proposed, in the absence of such information, "developing a mutually agreed upon match criteria for such instances[.]" Secretary Allen also requested that USCIS provide examples of past MOAs the agency has entered for similar purposes with other States.

37.    Secretary Allen never received a response to the July 16 letter.

**THE NONCITIZEN LETTER PROCESS IN ALABAMA**

38.    On August 13, 2024, Secretary Allen issued a press release entitled *Secretary of State Wes Allen Implements Process to Remove Noncitizens Registered to Vote in Alabama*.  The press release is available on the Secretary's official website at   https://www.sos.alabama.gov/index.php/newsroom/secretary-state-wes-allen-implements-process-remove-noncitizens-registered-vote-alabama and it is attached as **Exhibit 14**.

39.    The press release said in part:

After being sworn into office on January 16, 2023, Alabama Secretary of State Wes Allen immediately initiated strategic efforts to ensure that Alabama has the cleanest and most accurate voter file in the country. As part of this effort, Secretary Allen has identified 3,251

14

individuals who are registered to vote in Alabama who have been issued noncitizen identification numbers by the Department of Homeland Security. The Secretary announced today that he is instructing the Boards of Registrars in all 67 counties to immediately inactivate and initiate steps necessary to remove all individuals who are not United States Citizens.

"I have been clear that I will not tolerate the participation of noncitizens in our elections," Allen said. "I have even gone so far as to testify before a United States Senate Committee regarding the importance of this issue. We have examined the current voter file in an attempt to identify anyone who appears on that list that has been issued a noncitizen identification number."

Repeated requests to the United States Federal Government to assist Allen's efforts by providing a list of noncitizens currently residing in Alabama have been declined. This lack of cooperation led Allen to approach the issue in a different way.

Allen says it is possible that some of the individuals who were issued noncitizen identification numbers have, since receiving them, become naturalized citizens and are, therefore, eligible to vote. The process initiated by the Secretary of State's Office will allow those naturalized citizens to update their information on a State of Alabama Voter Registration Form and, once verified, vote in the state's elections.

Allen has also provided the list of registered voters identified as having been issued a noncitizen identification number to the Office of Alabama Attorney General Steve Marshall for further investigation and possible criminal prosecution.

"This is not a one-time review of our voter file. We will continue to conduct such reviews to do everything possible to make sure that everyone on our file is an eligible voter," Allen said. "I am hopeful that in the near future the federal government will change course and be helpful to states as we work to protect our elections."

40.    The press release did not say that any voters were being removed from

the voter registration rolls immediately.  It said only that the Registrars were being

instructed to make the identified voters' status Inactive and that the voters would be put on a path to removal.   Secretary Allen intends that removal based on noncitizenship* (other than self-removals discussed below) will occur **after the 2028 General Election**, which is more than four years into the future, and only for those individuals who, at that time, remain in Inactive status.  (*As discussed below, some of the 3,251 individuals were previously scheduled to be changed to Disqualified status in 2025, and those individuals remain on that timeline.)

41.    The 3,251 individuals on the list were matched to someone who either (1) identified himself/herself as a noncitizen to obtain a foreign national driver license in the State of Alabama or (2) marked that he/she was a noncitizen to apply for unemployment benefits with the Alabama Department of Labor.

42.    On August 13, 2024, Jeff Elrod, the Secretary's Director of Elections, emailed all of the Boards of Registrars that the Secretary's office had "acquired official information that shows some Alabama registered voters have been issued a non-citizen identification number by the Department of Homeland Security" and instructed the Registrars to contact these 3,251 individuals.  The email, without attachments, is **Exhibit 15** to this Declaration.

43.    In the email, Director Elrod provided data on the 3,251 individuals as well as a template for a letter from the Registrars to the individuals.  He instructed the Registrars to send the individuals the letters, the Voter Removal Request

(NVRA-25), **Exhibit 16**, and the State's mail-in voter registration form (NVRA-2),

Exhibit 2.

44.     The substance of the template letter, **Exhibit 17**, provided:

Secretary of State Wes Allen has provided our Office with information that shows you have been issued a noncitizen identification number by the Department of Homeland Security.  You are also a registered voter in Alabama.

This letter is informing you that only eligible United States citizens that reside in Alabama may register to vote in the state. Therefore, your voter record has been made inactive and you have been placed on a path for removal from the statewide voter list.

Please complete and submit the enclosed **Voter Removal Request** form to immediately be removed from the voter list and become compliant with state and federal law requirements.

If you are a citizen of the United States, and are otherwise eligible to register to vote in Alabama, please complete and submit the enclosed **State of Alabama Voter Registration Form**, and include your current Alabama driver license number or nondriver ID number, or the last four of your social security number (if you do not have an Alabama driver license).

45.     This template letter was designed to explain that recipients who are not

citizens of the United States should request removal from the State voter registration

rolls using the Voter Removal Request, while recipients who are United States

citizens and otherwise eligible to vote should complete a voter registration form.

The Secretary of State's office is unaware of (1) any comments from noncitizen letter

recipients saying they thought they were supposed to fill out and submit both forms

or (2) any confusion from citizens thinking they were required to complete the Voter Removal Request.

46.     On September 18, 2024, Director Elrod sent a follow up email to all of the Boards of Registrars.   The email, without attachments, is **Exhibit 18** to this Declaration.   The email explained that notice letters were previously mailed to individuals who reported to the Alabama Law Enforcement Agency or the Alabama Department of Labor that they were non-citizens, and that, "there are now 2,428 voters of the initial group that are inactive and have yet to update their registration or remove themselves from the voter list."   The email included a new letter template and instructed the Registrars to send the new letter along with a Voter Removal Request and a State voter registration form.

47.     The substance of the September 2024 letter template, **Exhibit 19**, provided:

> This letter is a follow up to our earlier letter informing you that we have information indicating you may not be a United States citizen, even as you are a registered voter in Alabama.  We are informed that either you identified yourself as a noncitizen and provided a noncitizen identification number issued by the Department of Homeland Security to obtain a foreign national driver license in the State of Alabama or you marked that you were a noncitizen and provided a noncitizen identification number to apply for unemployment benefits with the Alabama Department of Labor. Only eligible United States citizens who reside in Alabama may register to vote and vote in the state. Therefore, your voter record has been made "Inactive" and you will be placed on a path to be removed from the voter list in four years.

If you are a <u>noncitizen</u> of the United States or if you have moved out of state, please submit the enclosed **Voter Removal Request** form to immediately be removed from the voter list. Once you have taken action, you can go to the Secretary of State's Registration Information page at https://myinfo.alabamavotes.gov/voterview and search for yourself to confirm that you are no longer registered.

If you are a <u>citizen</u> of the United States and are otherwise eligible to register to vote in Alabama, you have three options to ensure you can vote in the upcoming General Election on November 5, 2024.

1) You can complete and submit the enclosed **State of Alabama Voter Registration or the Federal Voter Registration Form.** The form will be used to update your current voter registration status to "Active" and you will be able to vote in the November 5, 2024 General Election and thereafter without any additional steps. If you choose this option, ensure your form is postmarked by **October 21, 2024.**

2) If you have an Alabama driver's license or non-driver ID, you can complete a voter registration form online at AlabamaVotes.gov. The form will be used to update your current voter registration status to "Active" and you will be able to vote in the November 5, 2024 General Election and thereafter without any additional steps. If you choose this option, ensure you complete the process by midnight on **October 21, 2024.**

3) If you prefer, or if you miss the deadlines above, you can go to your assigned polling place **on Election Day**. You will be provided an update form, which is very similar to the voter registration form, and you will need to complete that form before voting. Once you complete the update form and provide it to the poll worker, you will be able to vote a regular ballot. After the election, the form will be used to update your current voter registration status to "Active" and you will be able to vote in future elections without any additional steps.

If you need to vote absentee, you are encouraged to first update your information with your local Board of Registrars as described above. Regardless, you will be allowed to vote absentee pursuant to the normal process.

Once you have taken action (processing may take up to 14 days), you can go to the Secretary of State's Registration Information page at https://myinfo.alabamavotes.gov/voterview and search for yourself to confirm that your registration status been made "Active." Your status is listed at the top, under your name and address. The search will also provide you with your polling location and information about the districts you reside in.

If you do not update your voter registration or vote in the 2024 General Election, you will be placed on a path to be removed from the voter list in four years, following the 2028 General Election. During those four years, you can complete a **State of Alabama Voter Registration Form**, including online at AlabamaVotes.gov, or the **Federal Voter Registration Form** or you can complete an update form at the polls on any Election Day and your voter registration status will be updated to "Active." After four years, if you have not updated your registration or voted in an election, you will be removed. At that point, if you are—or have become—a citizen, it will be necessary for you to complete and submit a **State of Alabama Voter Registration Form**, including online at AlabamaVotes.gov, or the **Federal Voter Registration Form** before the registration deadline for the next election in which you wish to participate.

If you have any questions, please contact our office at NUMBER.

Thank you for tending to this important matter, and helping to ensure that Alabama's elections are decided by eligible U.S. citizens.

(highlighting deleted).

48.     This template letter was designed to explain that recipients who are not citizens of the United States should request removal from the State voter registration rolls using the Voter Removal Request, while recipients who are United States

citizens and otherwise eligible to vote should complete a voter registration form or otherwise update their registration.  The Secretary of State's office is unaware of (1) any comments from noncitizen letter recipients saying they thought they were supposed to fill out and submit both forms or (2) any confusion from citizens thinking they were required to complete the Voter Removal Request.

49.    This  template letter was discussed in a letter from the Secretary of State's office, signed by General Counsel Michael L. Jones, Jr., to the United States Department of Justice.  The letter to DOJ, without attachments, is **Exhibit 20** to this Declaration.

50.    General Counsel Jones's letter explained that, through the second mailing, the Secretary "seeks to assure any eligible voters whose information needs updating that if they follow the simple steps requested to update their information, whether online, in person, or by U.S. Mail, before the registration deadline or, even if they wait to do so at their assigned polling place on election day, they will be able to vote.  Also, he is reminding individuals of the ability to check their voter registration status themselves online . . . ."

51.    The 2,428 individuals to whom the Secretary instructed the Boards of Registrars to send the September 18 letter did not include any individuals in Tuscaloosa.  When the office was informed that the Tuscaloosa Registrars had sent the initial August letter without immediately making the letter recipients Inactive (to

the extent they were not already), the office instructed the Tuscaloosa Registrars to abandon their plan to belatedly make the individuals Inactive.  Accordingly, to the best of our information, any individuals in Tuscaloosa on the original list of 3,251 have not been made Inactive based on the August letter.  The office determined it would be more confusing than helpful to send the September letter to Active voters, and, thus, did not send the Tuscaloosa Registrars any individual recipients for the September letter.

52.    The update form referenced in the September letter is titled Voter's Reidentification/Update Form (NVRA-20).  It is a two-sided document attached as **Exhibit 21**.

53.    On September 25, 2024, Director Elrod emailed all of the Boards of Registrars that "[w]hen you make the voter active, you should then generate a Voter Identification Card to send to the voter confirming that they are now an actively registered voter."  **Exhibit 22.**  Further, Director Elrod instructed that "[i]f you have recently changed any voters from 'Inactive' status to 'Active,' and you did not send a Voter Information Card to them, please do so immediately.  Voters who have gone from 'Inactive' to 'Active' should know that their information has been updated and it is your responsibility to inform them."

54.    The Voter Removal Request, referenced in both template letters, is a one-page form that a voter may use to remove his/her own name from the voter rolls.

Exhibit 16.   It asks for identifying information like name, address, date of birth, and driver's license number, and provides check boxes for the voter to select.   The check box options include a statement that the voter no longer lives in the county and a statement that the voter has registered elsewhere.   Another check box option is "I no longer want to be a registered voter in the State of Alabama."   The final check box option is "I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama."   The Voter Removal Request also includes space for a voter to "share" information "about [their] experience with voting in the State of Alabama."

55.     When a voter submits the Voter Removal Request to the Board of Registrars, the Registrars should change the voter's status in the State's voter registration system, PowerProfile, to Disqualified, which removes them from the list of eligible voters.   *See* **Exhibit 23**.

56.     According to PowerProfile, as of September 25, 2024, of the original 3,251 individuals, the Boards of Registrars had processed Voter Removal Requests for 91 individuals whose records show they submitted NVRA-25 forms.   Thus, these individuals have self-removed and are no longer registered to vote.

57.     In his September 19, 2024 letter to the U.S. Department of Justice, General Counsel Jones said that data from PowerProfile "shows that at least 106 individuals have self-removed."   Exhibit 20 at 1-2.   That number was based on how

many of the original 3,251 were then in Disqualified status, irrespective of whether PowerProfile contained a scanned copy of the submitted NVRA-25 form.

58.    At least three of the self-removing individuals wrote notes on their forms indicating that they are not citizens.   **Exhibit 24.**

59.    A fourth person wrote a letter to Barry Stephenson, the Jefferson County Registrar, explaining that he never registered or authorized anyone else to do so on his behalf.  He requested a copy of the form resulting in his registration and asked if the Secretary would "open an intensive investigation into this matter[.]" **Exhibit 25.**

60.    As part of this process, our office has been provided documentation indicating that some individuals were apparently registered in error.  For instance, attached as **Exhibit 26**, are the forms of four voters who completed ALEA Driver License of Identification Change of Address forms and did *not* complete the voter registration portion of the form, but were nonetheless registered.  Each of the individuals associated with these forms has now taken advantage of the opportunity to self-remove.

61.    Not every self-removing individual was registered in error.  On July 15, 2024, a Registrar in Colbert County emailed Candace Payne, the Secretary's Supervisor of Voter Registration, about a man wishing to be removed from the voter registration rolls in advance of becoming a citizen.  The individual completed his

voter registration form by hand in 2008 and most recently voted in the November 2020 General Election.  He completed a Voter Removal Request on July 18, 2024, about a month before Secretary Allen announced that he was instructing the Registrars to send the noncitizen letters.  Some documents associated with this individual are attached as **Exhibit 27**.

62.     As of September 25, 2024, of the original 3,251 individuals, 902  are in PowerProfile as Active voters.  Each of  these 902 individuals either (1) was never made Inactive by the Boards of Registrars, (2) has already submitted a completed a voter registration form which has been accepted, or (3) had an existing driver's license number or Social Security number on file on which the Registrars ran a "verification check" and either number came back "verified,"  *see* Exhibit 23 (September 5, 2024 email from Director Elrod to the Boards of Registrars discussing the third option).  These 902 individuals will be able to vote in the upcoming elections without taking any further steps attributable to the noncitizen letters.  As explained above, Director Elrod has instructed the Registrars that they should send a Voter Information Card to any voter who they have changed from Inactive to Active as a part of this process.  Exhibit 22.

63.     Of the 3,251 individuals, 453 were already in Inactive status before the noncitizen letter project began.  As discussed further below, some persons in Inactive status prior to the noncitizen letter project are Inactive as part of the existing general

program required by the NVRA and may be purged in 2025, while others are Inactive but are not yet on a path to removal.  The Registrars were instructed to send the noncitizen letters to all 453 of these individuals, but whether the Secretary instructed that their status reason should change in PowerProfile depended on the reason they were Inactive.  The Secretary's office instructed Registrars not to change the status reason assigned to the individuals who are part of the general program required by the NVRA and so they will be purged pursuant to that general program next year— after the 2024 General Election—if they do not take steps to become Active.  These individuals have been inactive since 2021 and the noncitizen letter will not change their timeline.  For the others, the Secretary's office instructed the Registrars to mark their status reason as Pending Citizenship Verification.  This status reason means they will be included in the individuals to be purged after the 2028 General Election if they have not, by then, taken steps to become Active.

64.    Secretary Allen's August 13 press release quoted him as saying the current review of the State's voter registration file would not be the only one, and that the office would continue to conduct reviews.  The press release did not say when any such further reviews would be conducted or disclose the nature or scope of any future processes.  Exhibit 14.

65.    Secretary Allen has no plans to conduct any further reviews before the November 2024 General Election.  Accordingly, anyone who is not on the current

list will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters; of course, it remains unlawful for a noncitizen to vote in Alabama's 2024 General Election.

66.    At this point,  Secretary Allen anticipates that his further reviews will involve getting updates of only new persons who have identified themselves to the Alabama Law Enforcement Agency or the Alabama Department of Labor as noncitizens since the prior data pull with that agency/department.

67.    The Secretary of State's office is working continuously with the Boards of Registrars to address any questions or concerns related to the original (and only) list of 3,251 voters and is adapting as issues are identified.   Director Elrod's September 25 email to the Boards of Registrars about Voter Information Cards, Exhibit 22, is an example of this work.

68.    The Registrars are not employees of the Secretary of State.  They are usually appointed "by the Governor, Auditor, and Commissioner of Agriculture and Industries, or by a majority of them acting as a state board of appointment."  Ala. Code § 17-3-2(a).  The Jefferson County Registrar is appointed by, and may be removed by, the county's governing body. Ala. Code § 17-3-2(c) (exempting Jefferson County); Ala. Code § 45-37-110(c) ("the governing body of the county shall appoint the chair of the board of registrars and such governing body may

remove the chair; provided, however, that the appointment and removal of the chair shall be subject to the merit system of the county").

69.    Although registrars "may be removed for cause by the Secretary of State at any time before the end of their term of office,"  Ala. Code § 17-3-3, the Secretary does not have traditional supervisory powers over the Registrars, Opinion to Hon. Lesley Vance, Member, House of Representatives, dated July 1, 2004, A.G. No. 2004-171.  It is the view of the Secretary's office that it cannot discipline any Registrar who might disregard the Secretary's instructions to send the noncitizen letters as any such Registrar will not have broken any Alabama law.

## *ACIJ* PLAINTIFFS AND DECLARANTS

70.    I have checked PowerProfile to determine the status of the four individuals who are Plaintiffs in the *Alabama Coalition for Immigrant Justice* lawsuit: Roald Hazelhoff; James Stroop; Carmel Michelle Coe; and, Emily Jortner.

71.    Roald Hazelhoff is currently an Active voter on Alabama's voter registration rolls; he was made active on September 6, 2024.  This means that he will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.   According to PowerProfile, a Voter Information Card confirming his Active status was created on September 9, 2024.

72.     One side of the Voter Information Card is the same as in one quadrant of **Exhibit 28**.  The other side is personalized to the voter, containing the voter's address, polling place, districts, and Board of Registrar's address.

73.     James Stroop is currently an Active voter on Alabama's voter registration rolls; he was made Active on August 27, 2024.  This means that he will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.   According to PowerProfile, a Voter Information Card confirming his Active status was created on September 26, 2024.

74.     Carmel Michelle Coe is currently an Active voter on Alabama's voter registration rolls; she was made Active on September 15, 2021.  Coe was not part of the 3,251 individuals, and so there is no reason to expect that she will be made Inactive based on current efforts.  This means that she will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.  According to PowerProfile, a Voter Information Card confirming her Active status was created on September 15, 2021 and nothing has changed her status since.

75.     Emily Jortner is currently an Active voter on Alabama's voter registration rolls; she was made Active on November 29, 2023.  Jortner was not part of the 3,251 individuals, and so there is no reason to expect that she will be made Inactive based on current efforts.  This means that she will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen

letters.  According to PowerProfile, a Voter Information Card confirming her Active status was created on December 27, 2023 and nothing has changed her status since.

76.    I have checked PowerProfile to determine the status of three individuals who submitted declarations in support of *Alabama Coalition for Immigrant Justice* Plaintiffs' motion for a preliminary injunction:  Olaf Rowland, James Cozadd, and Jose Sampen.

77.    Olaf Rowland is currently an Active voter on Alabama's voter registration rolls; he was made Active on November 21, 2022.  Rowland  was not part of the 3,251 individuals, and so there is no reason to expect that he will be made Inactive based on current efforts.  This means that he will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.  According to PowerProfile, a Voter Information Card confirming his Active status was created on December 9, 2022 and nothing has changed his status since.

78.    James Cozadd is currently an Active voter on Alabama's voter registration rolls; he was made Active on September 25, 2024.  Cozadd's Active status means that he will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.  According to PowerProfile, a Voter Information Card confirming his Active status was created on September 25, 2024.

79.    Jose Sampen is currently an Active voter on Alabama's voter registration rolls; he was made Active on September 11, 2024.  This means that he will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.   According to PowerProfile, a Voter Information Card confirming his Active status was created on September 11, 2024. If Mr. Sampen was *required* to provide proof of citizenship in order to become an Active voter, this was error on the part of the relevant Board of Registrars.

**THE 90-DAY BAR, THE NVRA'S GENERAL PROGRAM, & INACTIVE VOTERS**

80.    The NVRA includes a 90-day bar which provides that States "must complete, not later than 90 days prior to the date of a primary or general election for Federal office, any program the purpose of which is to systematically remove the names of ineligible voters from the official lists of eligible voters."  52 U.S.C. § 20507(c)(2)(A).  It does not apply to removals at the request of the registrant, removals due to a disenfranchising criminal conviction, removals due to mental incapacity, or correction of the voter registration rolls.  52 U.S.C. § 20507(c)(2)(A); 52 U.S.C. § 20507(a)(3).

81.    The NVRA requires a "general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters" due to death or change in residence, and requires that the program allow the voters "2 or more consecutive general elections for Federal office" before removal.  52 U.S.C.

31

§ 20507(a)(4); 52 U.S.C. § 20507(b)(2)(B).   Any program that must be ongoing across at least two consecutive General Elections for federal office will, by definition, be ongoing—that is, not concluded—in the days leading up those elections.

82.    Alabama started its ongoing general program to remove voters who had died or moved in January 2021, following the 2020 Presidential election.  The voters made Inactive as a part of that program will be removed from the voter registration rolls, *i.e.,* have their status in PowerProfile changed to Disqualified, if they are still Inactive at the conclusion of the program in January 2025.

83.    The program has been ongoing during the 90 days leading up to (and even on Election Day) for the May 2022 Primary Election, the June 2022 Primary Runoff Election, the November 2022 General Election, the March 2024 Primary Election, and the April 2024 Primary Runoff Election in Congressional District 2. The program is ongoing now in the lead up to the November 2024 General Election.

84.    Alabama also has voters who are Inactive for other reasons.   For instance, voters may be Inactive because a mailing—other than one that is part of the general program just described—was sent to them and was returned as undeliverable.  An example of such a mailing would be a Voter Information Card. Exhibit 28.  Voters made Inactive in this way have not yet been put on a path to removal and do not yet have a removal date.

85.    Alabama has approximately 3.84 million registered voters.  Of those, according to PowerProfile, more than 400,000 registered voters are currently Inactive.  Like the individuals who received noncitizen letters, these voters are registered to vote, are included on poll lists at the polls, and can become Active by completing a voter registration form in advance of the deadline to register for the General Election or by updating at the polls when they vote on Election Day.

86.    My statement about updating at the polls assumes that the voter's address has not changed such that they are at the wrong polling place; in that event, other laws and procedures govern.  Because voter registration is handled at the county level, a voter who moves to a different county cannot continue voting at his or her old polling place; to be eligible to vote, the voter must register in the new county before the voter registration deadline.  A voter who moves within the county, but to an area served by a different polling place, must go to the new polling place, complete an update form, and vote a provisional ballot.  Only a voter who moves within the county to a residence served by the same polling place may update and vote a regular ballot at that polling place.  **Exhibit 29** at 9.

87.    According to PowerProfile, more than 150,000 voter registration applications have been submitted to register, or to update registration, in Alabama so far in 2024.

88.     Voter registration forms are routinely used to update registration.  In fact, the reidentification/update forms used at the polls on Election Day, Exhibit 21, are not designed to be in general circulation the rest of the year.  They are used only at the polls.

89.     For anyone who is ineligible to update at the polls—that is, anyone who is not registered or not registered in the correct county—voter registration cuts off on October 21, 2024.  Ala. Code § 17-3-50 ("The boards of registrars in the several counties of the state shall not register any person as a qualified elector within 14 days prior to any election; provided, that the boards shall maintain open offices during business days in such 14-day period and on election day during the hours of voting.").  The time between the voter registration deadline and the election is used to finalize and distribute poll books, which are lists of voters eligible to vote at a polling location on Election Day.

**NONCITIZEN VOTING PROSECUTIONS**

90.     On April 11, 2023, Secretary Allen issued a press release entitled *Alabama Secretary of State Assists Law Enforcement with the Arrest of Three Individuals for Identity Theft and Voter Fraud.*  The press release is available on the Secretary's official website at https://www.sos.alabama.gov/newsroom/alabama-secretary-state-assists-law-enforcement-arrest-three-individuals-identity-theft it is attached as **Exhibit 30**.

91.     In part, the press release said:

Wes Allen, Alabama's Secretary of State, announced today that his office assisted the U.S. Department of State, the Alabama Law Enforcement Agency, the Franklin County District Attorney's Office, the Franklin County Sheriff's Office and the Russellville Police Department with an investigation that led to the arrest of three individuals for identity theft. The three individuals are also not American citizens.

The arrest of Teresa Martin Pascual, Maria Juan Pascual and Luis Balderman occurred on March 15, 2023. The three individuals are not qualified to vote, are not American citizens and had no right to participate in Alabama's elections. According to the indictment, they each used identification that was not their own to register to vote and vote in the names of identity theft victims.

"I am incredibly appreciative of the efforts of the law enforcement agencies who worked together to indict and apprehend these three individuals," Secretary Allen said. "My office will always assist law enforcement in every way possible to seek convictions of individuals who attempt to illegally vote in our elections. We will not tolerate a single illegal voter attempting to participate in our elections."

Alabama law requires that registered voters must be legal American citizens.

92.     The United States Attorney's office in Birmingham is currently prosecuting a noncitizen for voting in Alabama.  Secretary Allen issued a press release on the prosecution when it was made public in early September 2024.   The press release is available on the Secretary's official website at https://www.sos.alabama.gov/index.php/newsroom/secretary-state-wes-allens-statement-undocumented-individual-charged-connection-voting and it is attached as **Exhibit 31**.

93.     Secretary Allen's statement was as follows:  "I have been very clear that a top priority of this Office is ensuring only eligible American citizens are voting in Alabama elections. I want to thank the U.S. State Department and the U.S. Attorney's Office in the Northern District of Alabama for their diligent efforts investigating and charging this individual. We will continue to assist law enforcement in every way possible as they prosecute individuals who vote illegally in Alabama elections to the fullest extent of the law."  Exhibit 31.

94.     Secretary Allen's statement included a link to a press release on the website of the United States Attorney's Office for the Northern District of Alabama: https://www.justice.gov/usao-ndal/pr/undocumented-individual-charged-connection-voting-fraud-and-passport-fraud?fbclid=IwY2xjawFG7fxleHRuA2FlbQIxMQABHfXV8E5y7yYvCB_iXotfWADp_5OwszoBNyek5cZxVQYn0CjTT3DYRz8uQg_aem_BKHYfQKxTpAA2dSTZarcmQ   Exhibit 31.

95.     The U.S. Attorney's press release said Angelica Maria Francisco, a noncitizen, made "false claims of citizenship in connection with voting" in that she used a "false identity" to "register[] to vote in Alabama in 2016 and vote[] in the 2016 and 2020 primary and general elections."   The press release credited the Secretary of State's office with assisting in the investigation.  **Exhibit 32.**

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2024.

Clay Helms
Chief of Staff
Office of the Secretary of State
State of Alabama

# Register To Vote In Your State
# By Using This
# Postcard Form and Guide



# For U.S. Citizens

OMB Control No. 3265-0015

**EXHIBIT**
**1**

# General Instructions

**Who Can Use this Application**

If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

• Register to vote in your State,

• Report a change of name to your voter registration office,

• Report a change of address to your voter registration office, or

• Register with a political party.

**Exceptions**

Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wisconsin** municipal clerks will accept this application only as a request for their own absentee voter mail-in registration form or for the purposes of the clerk directing that voter to the state's online voter registration system at https://myvote.wi.gov/en-us/.
**Wyoming** law does not permit mail registration.

**How to Find Out If You Are Eligible to Register to Vote in Your State**

Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You cannot be registered to vote in more than one place at a time.

**How to Fill Out this Application**

Use both the Application Instructions and State Instructions to guide you in filling out the application.

• First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.

• Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and refer to these instructions for information about voter eligibility and any oath required for Box 9.

**When to Register to Vote**

Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

**How to Submit Your Application**

Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

**First Time Voters Who Register by Mail**

If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:

• A current and valid photo identification or

• A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to show proof, please keep the following in mind:

• Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.

• Do not submit original documents with this application, only **COPIES**.

**If You Were Given this Application in a State Agency or Public Office**

If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.

Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

**Box 1 — Name**
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials.
*Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

**Box 2 — Home Address**
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before but this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, or if you have no address, please show where you live using the map in Box C *(at the bottom of the form)*.

**Box 3 — Mailing Address**
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

**Box 4 — Date of Birth**
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

**Box 5 — Telephone Number**
Most States ask for your telephone number in case there are questions about your application. However, you do not have to fill in this box.

**Box 6 — ID Number**
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

**Box 7 — Choice of Party**
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do not want to register with a party, write "no party" or leave the box blank. Do not write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.
*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

**Box 8 — Race or Ethnic Group**
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not* of Hispanic Origin
- Hispanic
- Multi-racial
- White, *not* of Hispanic Origin
- Other

**Box 9 — Signature**
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Are you a citizen of the United States of America? | ☐ Yes ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☐ Yes ☐ No | |

**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specifc instruc tions for rules regarding eligibility to register prior to age 18.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | ☐ Mr. ☐ Miss<br>☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | | ☐ Jr ☐ II ☐ III<br>☐ Sr ☐ IV |
| **2** | Home Address | | Apt. or Lot # | City/Town | State | Zip Code |
| **3** | Address Where You Get Your Mail If Different From Above | | | City/Town | State | Zip Code |
| **4** | Date of Birth<br>_____ _____ _____<br>Month    Day    Year | **5** | Telephone Number (optional) | **6** | ID Number - (See item 6 in the instructions for your state) | |
| **7** | Choice of Party<br>(see item 7 in the instructions for your State) | **8** | Race or Ethnic Group<br>(see item 8 in the instructions for your State) | | | |

| | |
|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined , imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. |

Please sign full name (or put mark) ▲

Date: _____ / _____ / _____
      Month    Day    Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

| | | | | | |
|---|---|---|---|---|---|
| **A** | ☐ Mr. ☐ Miss<br>☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ III<br>☐ Sr ☐ IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | | | | | |
|---|---|---|---|---|---|
| **B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| | |
|---|---|
| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.<br><br>Example<br>Route #2 — ● Grocery Store — Woodchuck Road — Public School ● — X<br><br>**NORTH ↑** |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

## FOR OFFICIAL USE ONLY

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Are you a citizen of the United States of America? ☐ Yes ☐ No
Will you be 18 years old on or before election day? ☐ Yes ☐ No
**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specifc instruc tions for rules regarding eligibility to register prior to age 18.)

This space for office use only.

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ___/___/___ Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ___/___/___ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ● X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

## FOR OFFICIAL USE ONLY

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

| FIRST CLASS |
| STAMP |
| NECESSARY |
| FOR |
| MAILING |



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service*
®

_____

_____

_____

_____

# State Instructions

## Alabama

Updated: 08-08-2024

Registration Deadline — Voter registration is closed during the fourteen days preceding an election. Applications must be post-marked or delivered by the fifteenth day prior to the election.

6. ID Number. Alabama driver's license number or Alabama nondriver identification card number. If you do not have an Alabama driver's license or nondriver identification card, you must provide the last 4 digits of your Social Security number.

7. Choice of Party. Do not complete this field. Alabama voters do not register by political party affiliation.

8. Race or Ethnic Group. You are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

9. Signature. To register in Alabama you must:

• be a citizen of the United States
• be a resident of Alabama and your county at the time of registration
• be 18 years old before any election
• not have been convicted of a felony involving moral turpitude (or have had your civil and political rights restored). The list of moral turpitude felonies is available on the Secretary of State web site at:
https://www.sos.alabama.gov/mtfelonies

• not currently be declared mentally incompetent through a competency hearing
• swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means and that the information contained herein is true, so help me God"

Mailing address:
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

## Alaska

Updated: 03-01-2006

Registration Deadline — 30 days before the election.

6. ID Number. You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

7. Choice of Party. You do not have to declare a party affiliation when registering to vote. If you do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one ballot from the ballots available.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Alaska you must:

• be a citizen of the United States
• be at least 18 years old within 90 days of completing this registration
• be a resident of Alaska
• not be a convicted felon (unless unconditionally discharged)
• not be registered to vote in another State

Mailing address:
Division of Elections State of Alaska PO Box 110017
Juneau, AK 99811-0017

## Arizona

Updated: 03-01-2006

Registration Deadline — 29 days before the election.

6. ID Number. Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must

# State Instructions

include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

7. Choice of Party. If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualifed for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Arizona you must:
• be a citizen of the United States
• be a resident of Arizona and your county at least 29 days preceding the next election
• be 18 years old on or before the next general election
• not have been convicted of treason or a felony (or have had your civil rights restored)
• not currently be declared an incapacitated person by a court of law

Mailing address:
    Secretary of State/Elections
    1700 W. Washington, 7th Floor
    Phoenix, AZ 85007-2888

| Arizona |
| --- |

Updated: 03-01-2006

Registration Deadline — 30 days before the election.

6. ID Number. Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

7. Choice of Party. Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Arkansas you must:
• be a citizen of the United States
• live in Arkansas at the address in Box 2 on the application
• be at least 18 years old before the next election
• not be a convicted felon (or have completely discharged your sentence or been pardoned)
• not claim the right to vote in any other jurisdiction
• not previously be adjudged mentally incompetent by a court of competent jurisdiction

Mailing address:
    Secretary of State
    Voter Services
    P.O. Box 8111
    Little Rock, AR 72203-8111

| Arkansas |
| --- |

Updated: 10-10-2021

Registration Deadline — 15 days before the election; conditional

voter registration up to and including Election Day.

6. ID Number. When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote if it is your frst time voting in a federal election.

7. Choice of Party. If you wish to choose a party preference, please enter the name of the political party. If you do not want to choose a political party, enter "No Party Preference" in the space provided. California law allows voters who choose "No Party Preference" or have chosen a preference for a nonqualifed political party to vote in the presidential primary election of any qualifed political party that fles a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.sos.ca.gov to learn which political parties allow "No Party Preference" voters and voters who have disclosed a preference for a nonqualifed political party to participate in their presidential primary election.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in California you must:
• be a citizen of the United States
• be a resident of California
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote

| California |
| --- |

Updated: 10-10-2021

# State Instructions

not currently serving a state or federal prison term for the conviction of a felony
• not currently found to be mentally incompetent to vote by a court

Your signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

Mailing address:
Secretary of State
Elections Division
1500 11th Street, 5th Floor
Sacramento, CA 95814

## Colorado

Updated: 1-8-2024

Registration Deadline — You may register up to, and on, Election Day. You must register 8 days or more before election day to have a ballot mailed to you. If you register less than 8 days before election day, then you must appear in person in your county to vote.

6.ID Number. Your completed voter registration form must contain your state issued driver's license number or identification number. If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
7.Choice of Party. You may register with a party. If you leave this section blank you will not be registered with any party.

8.Race or Ethnic Group. Leave blank.
9.Signature. To register in Colorado you must:
• be a citizen of the United States
• be a resident of Colorado for at least 22 days immediately before the Election in which you intend to vote
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote
• not be serving a sentence for a felony conviction

Mailing address:
Colorado Secretary of State
1700 Broadway, Suite 550
Denver, Colorado 80290

## Connecticut

Updated: 09-03-2019

Registration Deadline — postmarked seven (7) days before the election; postmarked five (5) days before the primary.

6.ID Number. Connecticut Driver's License Number, or if none, the last four digits of your Social Security Number.
7.Choice of Party. This is optional, but you must register with a party if you want to take part in that party's primary election, caucus, or convention.
8.Race or Ethnic Group. Leave blank.
9.Signature. To register in Connecticut you must:
• be a citizen of the United States
• be a resident of Connecticut and of the town in which you wish to vote
• be 17 years old. 17 year olds who will turn 18 on or before

Election Day, may participate in the general primary.
• have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters
• not currently be declared mentally incompetent to vote by a court of law

Mailing address:
Secretary of the State of Connecticut
Elections Division
P.O. Box 150470
Hartford, CT 06115-0470

## Delaware

Updated: 04-18-2018

Registration Deadline — The 4th Saturday before a primary or general election, and 10 days before a special election.

6.ID Number. Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. 7.Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention. 8.Race or Ethnic Group. Leave blank.
9.Signature. You may register to vote in Delaware if you:

# State Instructions

• are a citizen of the United States, AND

• are a resident of Delaware; (Delaware is your home), AND

• will be 18 years old on or before the date of the next General Election.

You may not register to vote in Delaware if you:

• have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specifc fnding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR

• were convicted of a felony and have not completed your sentence, OR

• were convicted of a disqualifying* felony and have not been pardoned.

   *List of Disqualifying Felonies:

• murder or manslaughter, (except vehicular homicide);

• any felony constituting an ofense against public administration involving bribery or improper infuence or abuse of Office, or any like ofense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or

• any felony constituting a sexual ofense, or any like ofense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

Mailing address:
  State of Delaware
  Office of the State Election Commissioner
  905 S. Governors Ave., Suite 170
  Dover, DE 19904

## District of Columbia

Updated: 10-10-2021

Registration Deadline — 21 days before the election if registering by mail, online, or via mobile app, but a voter may register in-person during early voting and on Election Day.

6. ID Number. Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.

7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Leave blank.

9. Signature. To vote in the District of Columbia you must:

• Be a United States citizen

• Be a resident of the District of Columbia

• Maintain residency in the District of Columbia for at least 30 days prior to the election in which you intend to vote

• Not claim voting residence or the right to vote in another U.S. state or territory

• Be at least 17 years old (You may register to vote if you are at least 16 years old. You may vote in a primary election if you are at least 17 years old and you will be at least 18 years old by the next general election. You may vote in a general or special election if you are at least 18 years old).

• Not have been found by a court to be legally incompetent to vote

Mailing address:

District of Columbia Board of Elections
1015 Half Street, SE, Suite 750
Washington, DC 20003

## Florida

Updated: 11-30-2011

Registration Deadline — 29 days before the election.

6. ID Number. If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number. If you have not been issued any of these numbers, you must write the word "NONE."

7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. You are requested, but not required, to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

9. Signature. To register in Florida you must:

• be a citizen of the United States

• be a legal resident of both the State of Florida and of the county in which you seek to be registered

• be 18 years old (you may pre-register if you are at least 16)

• not be adjudicated mentally incapacitated with respect to voting in Florida or any other State, or if you have, you must frst have your voting rights restored.

• not be a convicted felon, or if you are, you must frst have your civil rights restored if they were taken away.

# State Instructions

"I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualifed to register as an elector under the Constitution and laws of the State of Florida, and that all information in this application is true."

Mailing address:
State of Florida
Department of State
Division of Elections
Te R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

## Georgia

Updated: 08-15-2013

Registration Deadline — The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other that those dates prescribed by the Georgia Election Code, registration would close on the 5th day afer the call.

6. ID Number. Federal law requires you to provide your full GA Drivers License number or GA State issued
ID number. If you do not have a GA
Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifer

will be provided for you.
7. Choice of Party. You do not have to register with a party to take part in that party's primary, caucus or convention.
8. Race or Ethnic Group. You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).
9. Signature. To register in Georgia you must:
• be a citizen of the United States
• be a legal resident of Georgia and of the county in which you want to vote
• be 18 years old within six months afer the day of registration, and be 18 years old to vote
• not be serving a sentence for having been convicted of a felony
• not have been judicially determined to be mentally incompetent, unless the disability has been removed

Mailing address:
Elections Division
Office of the Secretary of State
2 Martin Luther King Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

## Hawaii

Updated: 10-10-2021

Registration Deadline — 10 days before the election.

6. ID Number. When you register to vote, you must provide your Hawaii driver's license or State identification number, if you have one. If you do not have a driver's license or ID number, you must provide the last four digits of your Social Security Number (SSN). If you do not have any of this information, the Clerk's Office will issue you a unique identification number, which will serve to

identify you for voter registration purposes.
7. Choice of Party. A "choice of party" is not required for voter registration.
8. Race or Ethnic Group. Race or ethnic group information is not required for voter registration.
9. Signature. To register in Hawaii you must:
• be a citizen of the United States
• be a resident of the State of Hawaii
• be at least 16 years old (you must be 18 years old by election day in order to vote)
• not be incarcerated for a felony conviction
• not be adjudicated by a court as "non compos mentis"

Mailing address:
Office of Elections State of Hawaii 802 Lehua Avenue Pearl City, HI 96782

## Idaho

Updated: 06-27-2022

Registration Deadline — 25 days before the election.

6. ID Number. Enter the number from your Idaho driver's license card or state identification card issued by the Idaho Transportation Department. If you have no such card, enter the last 4 digits of your social security number.
7. Choice of Party. Unless the political party chooses to have an open primary, afliating with a political party is required if you wish to participate in a party's primary election.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Idaho you must:

# State Instructions

• be a citizen of the United States
• have resided in Idaho and in the county for 30 days prior to the day of election
• be at least 18 years old
• not have been convicted of a felony, and without having been restored to the rights of citizenship, or confned in prison on conviction of a criminal ofense

Mailing address:
    Secretary of State P.O. Box 83720 State Capitol Bldg. Boise, ID 83720-0080

## Illinois

Updated: 09-03-2019

Registration Deadline — Online Registration is available until 16 days before the election and in-person registration is available through Election Day.

6. ID Number. Illinois requires either the Driver's License (or Secretary of State ID Card) or the last 4 digits of Social Security Number. For people who do not have either of those items, and have not registered in Illinois before, a mail in registration form should be accompanied by a copy of other identifying information: you must send, with this application, either (i) a copy of a current and valid photo identification, or (ii) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If you do not provide the information required above, then you will be required to provide election ofcials with either (i) or

(ii) described above the frst time you vote at a voting place.
7. Choice of Party. Leave Blank. Exception: for primary elections, unless a voter only wishes to vote on public questions, a party preference should be indicated.
8. Race or Ethnic Group. Leave blank.
9. Signature. A signature is required. If signature is missing from registration form, you will be notifed your registration is incomplete.
To register in Illinois you must:
• be a citizen of the United States
• be a resident of Illinois and of your election precinct at least 30 days before the next election
• be at least 18 years old on or before the next General Election or Consolidated Election
• cannot be serving a sentence of confnement in any penal institution as a result of conviction of any crime
• not claim the right to vote anywhere else

Preregistration for 17 Year Olds. Illinois permits registration by a 17 year old person who will be 18 on or before the General Election (or the Consolidated Election, the odd year election for city, township, school board and other local Offices) to register and vote in the General Primary (or Consolidated Primary) which will nominate candidates for that next following General Election (or Consolidated Election).

Mailing address:
    State Board of Elections 2329 S. MacArthur Boulevard Springfield, IL 62704

## Indiana

Updated: 03-01-2006

Registration Deadline — 29 days before the election.

6. ID Number. Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)
7. Choice of Party. Leave blank.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Indiana you must:
• be a citizen of the United States
• have resided in the precinct at least 30 days before the next election
• be at least 18 years of age on the day of the next general election
• not currently be in jail for a criminal conviction

Mailing address:
    Election Division
    Office of the Secretary of State
    302 West Washington Street,

## Iowa

Updated: 11-24-2023

Registration Deadline — Must be delivered by 5 p.m. 15 days before the election.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received afer the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day

# State Instructions

registration. You can find these on the Iowa Secretary of State's website: https://sos.iowa.gov/ elections/voterinformation/edr. html.

6. ID Number. Your ID number is your Iowa driver's license number or Iowa non-operator identification number if you have one; if not then the last four digits of your social security number. The ID number you provide will be verifed with the Iowa Department of Transportation or the Social Security Administration.

7. Choice of Party. You may, but do not have to, register with a party in advance if you want to participate in that party's primary election. You may change or declare a party affiliation at the polls on primary election day.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Iowa you must:
• be a citizen of the United States
• be a resident of Iowa
• be at least 17 years old; a person may vote if they will be 18 years old on or before election day. In the case of primary elections, a person may vote if they will be 18 years old on or before the corresponding regular election.
• not have been convicted of a felony or have had your rights restored by the Governor, including through Executive Order, after a felony conviction.
• not currently be judged by a court to be "incompetent to vote"
• not claim the right to vote in more than one place
• give up your right to vote in any other place

Mailing address:
> Elections Division
> Office of the Iowa Secretary
> of State
> Lucas Building- First Floor
> 321 E. 12th Street
> Des Moines, IA 50319

## Kansas

Updated: 10-25-2013

Registration Deadline — Postmarked or delivered 21 days before the election

6. ID Number. Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a nondriver's identification card or social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. The number you provide will be used for administrative purposes only and will not be disclosed to the public. (KSA 25-2309).

7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Kansas you must:
• be a citizen of the United States
• be a resident of Kansas
• be 18 by the next election

• have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
• not claim the right to vote in any other location or under any other name
• not be excluded from voting by a court of competent jurisdiction

Mailing address:
> Secretary of State
> 1st Floor, Memorial Hall
> 120 SW 10th Ave.
> Topeka, KS 66612-1594

## Kentucky

Updated: 03-01-2006

Registration Deadline — 29 days before the election.

6. ID Number. Your full social security number is required. It is used for administrative purposes only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Kentucky you must:
• be a citizen of the United States
• be a resident of Kentucky
• be a resident of the county for at least 28 days prior to the election date

# State Instructions

• be 18 years of age on or before the next general election
• not be a convicted felon or if you have been convicted of a felony, your civil rights must have been restored by executive pardon
• not have been judged "mentally incompetent" in a court of law
• not claim the right to vote anywhere outside Kentucky

Mailing address:
State Board of Elections 140 Walnut Street Frankfort, KY 40601-3240

## Louisiana

Updated: 02-28-2019

Registration Deadline — 30 days before the election.

6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If the applicant has neither a Louisiana driver's license, a Louisiana special identification card, or a social security number, the applicant shall attach one of the following items to his application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of applicant. Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405).

7.Choice of Party. If you do not list a party affiliation, you may not be able to vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.
8.Race or Ethnic Group. Completing this box is optional. See the list of choices under the Application Instructions for Box 8 (on page 2).
9.Signature. To register in Louisiana you must:
• be a citizen of the United States
• be a resident of Louisiana (Residence address must be address where you claim homestead exemption, if any, except for a resident in a nursing home or veteran's home who may elect to use the address of the nursing home or veterans' home or the home where he has a homestead exemption. A college student may elect to use his home address or his address while away at school.)
• be at least 17 years old (16 years old if registering to vote with application for Louisiana driver's license or in person at registrar of voters Office), and be 18 years old prior to the next election to vote
• not currently be under an order of imprisonment for conviction of a felony; or if under such an order (1)not have been incarcerated pursuant to the order within the last five years and (2) not be under an order of imprisonment related to a felony conviction for election fraud or any other election ofense pursuant to R.S. 18:1461.2
• not be under a judgment of full interdiction for mental incompetence or limited interdiction where your right to vote has been suspended

Mailing address:
Secretary of State
Attention: Elections Division
P.O. Box 94125
Baton Rouge, LA 70804-9125

## Maine

Updated: 08-05-2024

Registration Deadline — Delivered to your municipality 21 days before the election (or a voter may register *in-person* up to and including election day).

6. ID Number. You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Number. Voters who don't have either of these forms of ID must write "NONE" in this space.

7. Choice of Party. Unenrolled voters may choose to take part in one party's primary election, caucus, or convention without enrolling in that party.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Maine you must:
• be a citizen of the United States
• be a resident of Maine and the municipality in which you want to vote

# State Instructions

• be at least 16 years old (you must be 18 years old to vote, or 17 years old for a Primary Election in which you will be 18 years old by that General Election)

B. Prior address. Prior address is a required section for Maine voter registration. If you were previously registered to vote, whether in Maine or not, the address of prior registration is required to register to vote. If you have not been previously registered, write N/A.

Mailing address:
Elections Division Bureau of Corporations,
Elections and Commissions,
184 State House Station,
Augusta, ME 04333-0184

Municipal addresses: To meet registration deadlines, especially in the two weeks before the closed period (three weeks before an election) you should return the completed voter registration application directly to your municipal clerk. A complete list of municipal clerks is available at https://www.maine.gov/sos/cec/elec/.

## Maryland

Updated: 10-10-2021

Registration Deadline — In-person registration by 5:00 p.m., online registration by 11:59 p.m., or postmarked 21 days before the election.

6. ID Number. If you do not have a current, valid Maryland driver's license or MVA ID card, you must enter the last 4 digits of your social security number. The statutory authority allowing officials to request the last 4 digits of your social security number is Election Law Article, § 3-202.

The number will only be used for registration and other administrative purposes. It will be kept confidential.

7. Choice of Party. You must register with a party if you want to take part in that party's primary election.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Maryland you must:
• be a U.S. citizen
• be a Maryland resident
• be at least 16 years old*
• not be under guardianship for mental disability or if you are, you have not been found by a court to be unable to communicate a desire to vote
• not have been convicted of buying or selling votes
• not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment.

*You may register to vote if you are at least 16 years old but cannot vote unless you will be at least 18 years old by the next general election.

Mailing address:
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

## Massachusetts

Updated: 09-03-2019

Registration Deadline — 20 days before the election.

6. ID Number. Federal law requires that you provide your driver's license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four
(4) digits of your social security

number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.

7. Choice of Party. If you do not designate a party or political designation in this box, you will be registered as unenrolled, which is commonly referred to as independent. Unenrolled voters and voters registered in political designations may vote in party primaries.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Massachusetts you must:
• be a citizen of the United States
• be a resident of Massachusetts
• be at least 16 years old (must be 18 years old to vote on Election Day)
• not have been convicted of corrupt practices in respect to elections
• not be under guardianship with respect to voting
• not be currently incarcerated for a felony conviction

Mailing address:
Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

## Michigan

Updated: 06-18-2024

Registration Deadline — Postmarked at least 15 days before the election; or delivered in person to your city or township clerk by 8 p.m. on Election Day. If you are registering within 14 days of an election, you must provide residency verification to be eligible for that election.

# State Instructions

6.ID Number. Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued personal identification card or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

7.Choice of Party. A "choice of party" is not required for voter registration.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Michigan you must:
• be a citizen of the United States
• be 18 years old by the next election
• be a resident of Michigan and at least a 30 day resident of your city or township by election day
• not be confined in a jail after being convicted and sentenced

Preregistration for 16 year olds—
To preregister in Michigan you must:
• be a citizen of the United States
• be at least 16 years of age but less than 17.5 years of age
• be a resident of Michigan and a resident of the city or township in which you are applying for preregistration.

*Notice:* If a voter possesses a Michigan driver license (DL) or personal ID (PID), Michigan law requires the same address be used for voter registration and DL/PID purposes. Use of this form will also change your DL/PID address. The Secretary of State will mail you a new address sticker for your DL/PID.

Mailing address:
Mail or deliver this completed application directly to your city or township clerk. Find your city or township clerk's address at Michigan.gov/Vote. If you are unable to find your city or township clerk's address, mail to:
    Michigan Department of State
    Bureau of Elections
    P.O. Box 20126
    Lansing, MI 48901-0726

## Minnesota

Updated 11/24/2023

Registration Deadline —
Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

6.ID Number. You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.

7.Choice of Party. Leave blank.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Minnesota you must:
• be a citizen of the United States
• maintain residence in Minnesota for 20 days before the next election
• maintain residence at the address given on the registration form
• be at least 16 years old and understand that you must be at least 18 years old to be eligible to vote.
• not be currently incarcerated for a conviction of a felony offense
• not be under a court-ordered guardianship in which the right to

vote has been revoked
• not be found by a court to be legally incompetent to vote.

Mailing address:
    Secretary of State
    First National Bank Building
    332 Minnesota Street. Suite N201
    Saint Paul. MN 55101
You may also register online or find more information at mnvotes.gov/register.

## Mississippi

Updated: 05-07-2010

Registration Deadline — 30 days before the election.

6.ID Number. You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.

7.Choice of Party. Mississippi does not have party registration. Terefore, you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Mississippi you must:
• be a citizen of the United States
• have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote
• be 18 years old by the time of the general election in which you want to vote
• have not been convicted of murder, rape, bribery, thef, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifing, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor

# State Instructions

vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
• not have been declared mentally incompetent by a court

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for all state and federal Offices.

Mailing address:
   Secretary of State
   P.O. Box 136
   Jackson, MS 39205-0136

Local county addresses:
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at www.sos. ms.gov.

| Missouri |
| --- |

Updated: 09-12-2006

Registration Deadline — 28 days before the election.

6.ID Number. Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security

numbers of voters. (Section 115.157, RSMo).
7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
8.Race or Ethnic Group. Leave blank.
9.Signature. To vote in Missouri you must:
• be a citizen of the United States
• be a resident of Missouri
• be at least 17-1/2 years of age (you must be 18 to vote)
• not be on probation or parole afer conviction of a felony, until finally discharged from such probation or parole
• not be convicted of a felony or misdemeanor connected with the right of sufrage
• not be adjudged incapacitated by any court of law
• not be confned under a sentence of imprisonment

Mailing address:
   Secretary of State
   P.O. Box 1767
   Jeferson City, MO 65102-1767

| Montana |
| --- |

Updated: 03-15-2022

Registration Deadline — Regular registration closes 30 days before the election. A prospective elector may register or change the existing elector's voter information afer the close of regular registration and be eligible to vote in the election if the election administrator in the county where the elector resides receives and verifes the elector's voter registration information prior to noon the day before the election.

6.ID Number. You must provide your Montana (MT) Driver's License number, MT Identification (ID) card number, or the last 4 digits of your Social Security number (SSN). If you are unable to provide the preceding forms of identification, you can provide a United States passport, Montana tribal ID card, military ID card, or Montana concealed carry permit when you register; or submit a photo identification, including, but not limited to, a school district or postsecondary education photo identification with your name on it, and a current utility bill, bank statement, paycheck, government check, or other government document that shows your name and current address. *For information on voter registration ID please visit https://sosmt.gov/voter-id/voter-registration-id-options/
7.Choice of Party. Montana does not require party registration to participate in any election. 8.Race or Ethnic Group. Leave blank.
9.Signature. To register in Montana you must:
• be a citizen of the United States
• be at least 18 years old on or before the election
• be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
• not be in a penal institution for a felony conviction
• not currently be determined by a court to be of unsound mind
• meet these qualifcations by the next election day if you do not currently meet them

Mailing address:
Mail your completed registration form to your local county election

# State Instructions

Office. The county contact information can be found on the Montana Secretary of State's website: Election-Ofcials-Master-Email-List (sosmt.gov). If you have difculty fnding your county election Office, contact the Montana Secretary of State Elections and Voter Services Division for assistance at (888) 884-8683 or (406) 444-9608, or email soselections@mt.gov. (Note: Registrations may be sent to the Montana Secretary of State's Office, however, to avoid potential delays, we recommend you return your completed voter registration application directly to your county elections Office.)

Secretary of State's Office
P.O. Box 202801
Helena, MT 59620-2801

## Nebraska

Updated: 03-08-2018

Registration Deadline — The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

6. ID Number. You must provide your Nebraska driver's license number. If you do not have a Nebraska driver's license number then you must list the last four digits of your social security number.
7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Nebraska you must:
• be a citizen of the United States
• be a resident of Nebraska

• be at least 18 years of age or will be 18 years of age on or before the frst Tuesday afer the frst Monday of November
• not have been convicted of a felony, or if convicted, it has been at least two years since you have completed your sentence for the felony, including any parole term
• not have been ofcially found to be mentally incompetent

Mailing address:
Nebraska Secretary of State
Suite 2300, State Capitol Bldg.
Lincoln, NE 68509-4608

## Nevada

Updated: 05-01-2020

Registration Deadline — The deadline for mail-in or in-person voter registration is the fourth Tuesday before any primary or general election. This is the date by which: (1) a mail-in voter registration application must be postmarked; or (2) a person must appear in person at the Office of the County Clerk/ Registrar of Voters. The deadline for online voter registration at www.RegisterToVoteNV.gov is the Tursday preceding the primary or general election. Eligible voters who miss the voter registration deadlines can register to vote in person at the polling place either during early voting or on election day.

6. ID Number. You must supply a Nevada driver's license number or Nevada ID card number if you have been issued one by the DMV. If you do not have a valid Nevada driver's license or Nevada ID card, you must supply the last four digits of your Social Security Number. If you do not have a valid Neva-

da driver's license or Nevada ID card or a Social Security Number, please contact your County Clerk/ Registrar of Voters to be assigned a unique identfer.
7. Choice of Party. You must register with a major political party if you want to take part in that party's primary election, caucus, or convention. If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the primary election.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Nevada you must:
• Be a citizen of the United States;
• Have attained the age of 18 years on the date of the next election;
• Have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election;
• Not be currently serving a term of imprisonment for a felony conviction;
• Not be determined by a court of law to be mentally incompetent; and
• Claim no other place as your legal residence.

Preregistration for 17 Year Olds — A person who is 17 years of age or older but less than 18 years of age and meets all other qualifcations to vote in Nevada can preregister to vote using any of the means available for a person to register to vote. A person who is preregistered to vote automatically becomes a registered voter on his or her 18th birthday.

Felony Convictions — Any Nevada resident who is convicted

# State Instructions

of a felony is immediately restored the right to vote upon the individual's release from prison. Tere is no waiting period or action required by the individual. The restoration of voting rights is automatic and immediate upon the individual's release from prison, regardless of the category of felony committed or whether the individual is still on either parole or probation. More information regarding the restoration of voting rights can be found on the Nevada Secretary of State's website at:
www.nvsos.gov.

Mailing address:
Secretary of State Elections Division
101 North Carson Street, Suite 3
Carson City, NV 89701-4786

Voter registration applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your local county election ofcial.

Local county addresses: To meet registration deadlines, especially during the two weeks before the mail-in voter registration deadline, you should return completed voter registration applications to your respective County Clerk/ Registrar of Voters. A complete list of County Clerks and Registrars of Voters is available on the Nevada Secretary of State's website: www.
nvsos.gov.

## New Hampshire

Updated: 03-01-2006

Registration Deadline — New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election.

New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form. You need to fill in only Box 1 and Box 2 or 3.

Te application should be mailed to your town or city clerk at your zip code. Tese addresses are listed on the Secretary of State web site at
www.state.nh.us/sos/
clerks.htm

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

## New Jersey

Updated: 03-28-2008

Registration Deadline — 21 days before the election.

6. ID Number. The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

7. Choice of Party. New Jersey's voter registration form does not provide a check-of for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also fle a political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must fle a declaration form 50 days before the primary election, in order to vote.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in New Jersey you must:
• be a citizen of the United States
• be at least 18 years of age by the time of the next election
• be a resident of this State and county at your address at least 30 days before the next election
• not be serving a sentence or on parole or probation as the result of a conviction of any indictable ofense under the laws of this or another state or of the United States

Mailing address:
New Jersey Department of Law and Public Safety Division of Elections PO BOX 304 Trenton, NJ 08625-0304

## New Mexico

Updated: 03-01-2006

Registration Deadline — 28 days before the election.

# State Instructions

6.ID Number. Your full social security number is required. This registration card containing your social security number will become part of the permanent voter registration records of your locality, which are open to inspection by the public in the Office of the county clerk. However, your social security number and date of birth will remain confidential and will not be disclosed to the public. Computerized listings of limited voter registration information
(without social security number or birth date) are available to the general public, and are furnished upon request to incumbent election Officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only (§1-5-19B, NMSA 1978).
7.Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention. 8.Race or Ethnic Group. Leave blank.
9.Signature. To register in New Mexico you must:
• be a citizen of the United States
• be a resident of the State of New Mexico
• be 18 years of age at the time of the next election
• not have been denied the right to vote by a court of law by reason of mental incapacity and, if I have been convicted of a felony, I have completed all conditions of probation or parole, served the entirety of a sentence or have been granted a pardon by the Governor.

Mailing address:
    Bureau of Elections
    325 Don Gaspar, Suite 300
    Santa Fe, NM 87503

## New York

Updated: 01-12-2023

Registration Deadline — 10 days before the election.

6.ID Number. Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State. You must enroll with a party if you want to vote in that party's primary election or caucus.
8.Race or Ethnic Group. Leave blank.
9.Signature. To register in New York you must:
• be a citizen of the United States
• be a resident of the county, or of the City of New York, at least 30 days before an election
• be 18 years old (you may pre-register at 16 or 17 but cannot vote until you are 18)
• not be in prison for a felony conviction
• not currently be judged incompetent by order of a court of competent judicial authority
• not claim the right to vote elsewhere

Mailing address:
    NYS Board of Elections
    40 North Pearl Street, Suite 5
    Albany, NY 12207-2729

## North Carolina

Updated: 03-01-2006

Registration Deadline — Postmarked 25 days before the election or received in the elections Office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

6. ID Number. Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number. 7.Choice of Party. You must register with a party to vote in that party's primary unless that party allows unaffliated voters to vote in its primary. If you indicate a political party that is not a qualifed party, or indicate no party, you will be listed as "Unaffliated".
8.Race or Ethnic Group. You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2). 9.Signature. To register in North Carolina you must:
• be a citizen of the United States
• be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
• be 18 years of age by the day of the next general election
• have your rights of citizenship restored if you have been convicted of a felony
• not be registered or vote in any other county or state

Mailing address:
    State Board of Elections
    P.O. Box 27255
    Raleigh, NC 27611-7255

# State Instructions

## North Dakota

Updated: 03-01-2006

North Dakota does not have voter registration.

## Ohio

Updated: 03-01-2006

Registration Deadline — 30 days before the election.

6.ID Number. Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.] 7.Choice of Party. You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election. 8.Race or Ethnic Group. Leave blank.
9.Signature. To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.
• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

Mailing address:
  Secretary of State of Ohio
  Elections Division
  180 E. Broad Street - 15th Floor
  Columbus, OH 43215

## Oklahoma

Updated: 03-15-2022

Registration Deadline — 25 days before the election.

6.ID Number. You must provide either your valid Oklahoma driver's license number, state identification card number, or the last four digits of your Social Security number.
7.Choice of Party. You must register with a party if you want to take part in that party's primary election. A current list of recognized political parties in Oklahoma is available on the Oklahoma State Election Board website. Registered voters with no party affiliation may be allowed by recognized parties to participate in primary elections at the party's discretion. You will fnd a list of recognized political parties and a list of parties that allow voters with no party affiliation to vote in primaries at: https://oklahoma. gov/elections/voter-registration/ political-party-info.html.
8.Race or Ethnic Group. Leave blank.
9.Signature. To register to vote in Oklahoma you must:
• You must be a citizen of the United States and a resident of the State of Oklahoma.
• You must be 18 years old on or before the date of the next election. You may pre-register if you are at least 17½ years old, but your voter registration will not be activated until you are 18 years old.
• If convicted of a felony, you must have fully served your sentence of court-mandated calendar days, including any term of incarceration, parole, or supervision, or completed a period of probation ordered by any court.
• You must not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote.
• Applications must be signed and dated by the applicant. The signature must be the original, handwritten autograph or mark of the applicant. No facsimile, reproduction, typewritten or other substitute signature, autograph or mark will be valid. It is against the law to sign an Oklahoma Voter Registration Application on behalf of another person.

Mailing address:
  Oklahoma State Election Board
  Box 528800
  Oklahoma City, OK 73152-8800

You can also complete a voter registration application online, using the OK Voter Portal "wizard":
https://okvoterportal. okelections.us/Home/RegWizard
(Applications must be printed, signed, and mailed or hand-delivered to your county or State Election Board to complete the process.)

## Oregon

Updated: 08-05-2024

Registration Deadline — 21 days before the election.

6.ID Number. To be eligible to vote in Oregon elections, you must provide a valid Oregon

# State Instructions

License, Permit or ID number. If you do not have an Oregon-issued ID, then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form.

7.Choice of Party. In many cases, you must register with a party if you want to take part in that party's primary election. If you are not a member of a party or this space is left blank, you will be registered as a nonafliated voter.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Oregon you must be:
• a citizen of the United States
• a resident of Oregon
• and at least 16 years of age when registering. If you are not yet 18, you will not receive a ballot until an election occurs on or afer your 18th birthday.

Mailing address:
   Oregon Elections Division
   Public Service Building
   Suite 126
   255 Capitol St. NE
   Salem, OR 97310

Register or make changes to your registration online —
www.oregonvotes.gov.

## Pennsylvania

Updated: 05-01-2020

Registration Deadline — 15 days before an election or primary.

6.ID Number. You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the last four digits of your Social Security Number. If you

do not have either form of ID, please write "NONE" in the box.

7. Choice of Party. You must register with a major party if you want to take part in that party's primary election.  8.Race or Ethnic Group. You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

9.Signature. To register in Pennsylvania you must:
• be a citizen of the United States at least one month before the next election
• be a resident of Pennsylvania and your election district at least 30 days before the election
• be at least 18 years of age on the day of the next election

Mailing address:
   Office of the Secretary of the Commonwealth  210 North Office Bldg.  Harrisburg, PA 17120-0029

You may also register online at register.votespa.com.

## Rhode Island

Updated: 09-03-2019

Registration Deadline — 30 days before the election.

6.ID Number. The applicant shall be required to provide their Rhode Island driver's license or State ID number if the applicant has been issued a current and valid Rhode Island driver's license or State ID. In the case of an applicant who has not been issued a current and valid driver's license or State ID, they must provide the last four (4) digits of their social security number. An applicant, who has neither, will

be assigned a unique identifying number by the State of Rhode Island.

7.Choice of Party. In Rhode Island, a person must register with a party if they wish to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if they choose, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, they can still vote in general elections and nonpartisan primary elections.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Rhode Island you must:
• be a citizen of the United States
• be a resident of Rhode Island
• be at least 16 years of age (you must be 18 years old to vote)
• not be currently incarcerated in a correctional facility due to a felony conviction
• not have been lawfully judged to be mentally incompetent by a court of law

Mailing address:
   Rhode Island State Board of Elections
   50 Branch Ave.
   Providence, RI 02904-2790

## South Carolina

Updated: 01-05-2021

Registration Deadline — 30 days before the election.

6.ID Number. You must provide at least the last four digits of your social security number. You may provide your full social security number on a voluntary basis.  Social security number does not

# State Instructions

appear on any report produced by the State Election Commission nor is it released to any unauthorized individual. (South Carolina Title 7-5-170)

7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

9. Signature. To register in South Carolina you must:
• be a citizen of the United States
• be at least 18 years old on or before the next election
• be a resident of South Carolina, your county and precinct
• not be confned in any public prison resulting from a conviction of a crime
• never have been convicted of a felony or ofense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
• not be under a court order declaring you mentally incompetent
• claim the address on the application as your only legal place of residence and claim no other place as your legal residence

Mailing address:
    State Election Commission
    P.O. Box 5987
    Columbia, SC 29250-5987

## South Dakota

Updated: 10-10-2021

Registration Deadline — Received 15 days before the election.

6. ID Number. Any person registering to vote shall provide the person's valid South Dakota driver license number or a South Dakota nondriver identification number on the voter registration form. If a person does not have a valid South Dakota driver license or a South Dakota nondriver identification number, the person shall provide the last four digits of the person's social security number on the voter registration form. If a person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number, the person may only register at the county auditor's Office and shall sign a statement verifying the fact that the person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number.
South Dakota Codifed Law 12-4-5.4

7. Choice of Party. If you are currently registered to vote and you leave the choice of party feld blank, you will remain registered with your current party affiliation. If you are not currently registered to vote and you leave the choice of party feld blank, you will be entered as an independent/no party affiliation voter, which is not a political party in South Dakota.
South Dakota Codifed Law 12-4-

15,12-6-26

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in South Dakota you must:
• Be a United States citizen
• Reside in South Dakota
• Be at least 18 years old on or before the next election
• Not currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
• Not be judged mentally incompetent by a court of law
South Dakota Codifed Law 12-4-6,12-4-8,l2-l-9,l2-l-4,12-4-18, South Dakota Constitution, Article VII, Section 2

Mailing address:
    Elections, Secretary of State
    500 E. Capitol

## Tennessee

Updated: 05-01-2020

Registration Deadline — 30 days before the election.

6. ID Number. Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Optional.

9. Signature. To register in Tennessee you must:
• be a citizen of the United States
• be a resident of Tennessee
• be at least 18 years old on or before the next election

# State Instructions

• not have been convicted of a felony, but if convicted, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. For more information about this process, call 877-850-4959 or visit https://sos.tn.gov/ restoration. If your conviction has been expunged, you are not considered to have a felony conviction.

• not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

Mailing address:
    Coordinator of Elections
    Tennessee Tower, Seventh Floor
    312 Rosa L. Parks Ave.
    Nashville, TN 37243-1102

## Texas

Updated: 11-15-2018

Registration Deadline — 30 days before the election.

6.ID Number. You must provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Texas you must:

• be a resident of the county in which the application for registration is made

• be at least 17 years and 10 months old (you must be 18 to vote)

• not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, or supervision, period of probation or be pardoned.

• have not been declared mentally incompetent by final judgment of a court of law

Mailing address:
    Office of the Secretary of State
    Elections Division
    P.O. Box 12060

## Utah

Updated: 09-19-2019

Registration Deadline — Registration deadlines vary:

• Mail: registration forms must be postmarked or otherwise marked as received by the Post Office 30 days before the election.

• In-person: registration forms may be dropped of at the county clerk's Office 7 days before the election.

• Online: registrations must be submitted 7 days before the election. Requires a valid Utah driver license or valid Utah ID.

• Same-Day: voters may register at the polls during the early voting period or on Election Day by filling out a provisional ballot.

6.ID Number. Your completed voter registration form must contain one of the following: a Utah Driver License number, a Utah State Identification number, or the last four digits of your

Social Security number. If you do not have a Utah Driver License or a Utah State Identification card, please write "None" in the designated space and fill in the last four digits of your Social Security number.

7.Choice of Party. Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not afliate with a party, you may be restricted from voting in the primary.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Utah you must:

• be a citizen of the United States

• have resided in Utah for 30 days immediately before the next election

• be at least 18 years old on or before the next election (individuals who are 16 and 17 years of age may pre-register to vote; if a 17 year old will be 18 years of age on or before the upcoming general election, they may pre-register and vote in the primary election)

• not be a convicted felon currently incarcerated for commission of a felony

• not be convicted of treason or crime against the elective franchise, unless restored to civil rights

• not be found to be mentally incompetent by a court of law

• currently resides within the voting district or precinct in which you register to vote

Mailing address:
    Office of the Lieutenant
    Governor
    P.O. Box 142325
    Salt Lake City, UT 84114

# State Instructions

## Vermont

Updated: 09-19-2019

Registration Deadline — Your mailed registration must be received in the clerk's Office on the last day the clerk has hours before the election. Vermont has Election day voter registration at the polls as well as online voter registration. To register online visit – https://olvr.sec.state.vt.us.

6.ID Number. You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's Office will assign you a unique identifying number.
7.Choice of Party. Vermont does not require party registration to participate in any election. 8.Race or Ethnic Group. Not required.
9.Signature. To register in Vermont you must:
• be a citizen of the United States
• be a resident of Vermont
• be 18 years of age on or before election day
• have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or sufrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]
By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

Mailing address:
Office of the Secretary of State
Elections Division
128 State Street
Montpelier, VT 05633-1101

## Virginia

Updated: 09-19-2019

Registration Deadline — The application must be delivered or postmarked 22 days before the election.

6.ID Number. Your full social security number is required. Your social security number will appear on reports produced only for ofcial use by voter registration and election ofcials and, for jury selection purposes, by courts. Article II, §2, Constitution of Virginia (1971).
7.Choice of Party. Leave blank.
8.Race or Ethnic Group. Leave blank.
9.Signature. To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next May or November general election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

Mailing address:
Virginia State Board of Elections
1100 Bank Street, 1st foor Richmond, VA 23219

## Washington

Updated: 07-01-2022

Registration Deadline — Online and mail registration forms must be received by an elections ofcial no later than 8 days before the election. Register in person any time during business hours and before 8:00 p.m. on Election Day.

6. ID Number. You must provide your Washington driver's license or ID card number. If you do not have a Washington driver's license or ID card, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.
7.Choice of Party. You are not required to designate your party affiliation to register in Washington.
8.Race or Ethnic Group. Leave blank.
9.Signature. To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State, your county and precinct for 30 days immediately preceding the election in which you want to vote
• be at least 18 years old by Election Day
• If you were convicted of a felony in Washington State, another state, or in federal court, your right to vote will be restored automatically as long as you are not currently serving a sentence of total confnement in prison. You may re-register.
• 16- and 17-year-olds can sign up as Future Voters and be automatically registered to vote when they qualify

# State Instructions

Mailing address:
    Secretary of State  Elections Division  P.O. Box 40229  Olympia, WA 98504-0229

## West Virginia

Updated: 05-24-2024

Registration Deadline — 21 days before the election.

6. ID Number. Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.
7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention
(unless you request the ballot of a party which allows independents to vote)
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in West Virginia you must:
• be a citizen of the United States;
• live in West Virginia at the above address;
• be 18 years old (or be 17 years old and turning 18 before the general election);
• not be under conviction, probation, or parole for a felony, treason or election bribery;
• not have been judged "mentally incompetent" in a court of competent jurisdiction; and
• attest that the applicant meets each eligibility requirement.

Mailing address:
    Secretary of State
    Building 1, Suite 157-K
    1900 Kanawha Blvd. East
    Charleston, WV 25305-0770

## Wisconsin

Updated: 11-24-2023

Registration Deadline —  Wisconsin municipal clerks will accept this application only as a request for their own absentee voter mail-in registration form or for the purposes of the clerk directing that voter to the state's online voter registration system at https://my-vote.wi.gov/en-us/. You need to fill in only Box 1 and Box 2 or 3 or go directly to the MyVote website.
U.S. Election

## Wyoming

Updated: 03-01-2006

Wyoming by law, cannot accept this form unless State law is changed.

The public reporting burden for this collection of information, OMB Control No. 3265-0015, is estimated to average 7 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to

U.S. Election Assistance Commission, 633 3rd Street NW, Suite 200, Washington, DC 20001, Attn: National Mail Voter Registration Form.

Respondents should be aware that not-withstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

# State of Alabama Voter Registration Form

NVRA-2
2022.07.05

*FOR USE BY U.S. CITIZENS ONLY* ◆ *FILL IN ALL BOXES ON THIS FORM* ◆ *PLEASE USE INK* ◆ *PRINT LEGIBLY*

**You can use this form to:**
▶ Register to vote in Alabama.
▶ Update your voter registration record, if you have changed your name or address.

**Deadline for submitting application:**
Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

**To register to vote in the State of Alabama, you must:**
▶ Be a citizen of the United States.
▶ Live in Alabama.
▶ Be at least 18 years of age on or before election day.
▶ Not have been convicted of a disqualifying felony, or if you have been convicted, you must have had your civil rights restored.
▶ Not have been declared "mentally incompetent" by a court.

**ID requested:** You may send with this application a copy of valid photo identification. You will be required to present valid photo identification when you vote at your polling place or by absentee ballot, unless exempted by law. For more information, go to www.alabamavotes.gov or call the Elections Division: 800-274-8683.

① **Are you a citizen of the United States of America?** ☐ Yes ☐ No

② **Will you be 18 years of age on or before election day?** ☐ Yes ☐ No

**ATTENTION! If you answer "No" to either of these questions, do not complete this application.**

③ **Print Your Name:**
First   Middle   Last   Suffix

Alabama Driver's License or Non-Driver ID Number:
STATE   NUMBER

④ **Print Maiden Name / Former Name (if reporting a change of name)**
First   Middle   Last   Suffix

**IF YOU HAVE NO ALABAMA DRIVER'S LICENSE OR ALABAMA NON-DRIVER ID NUMBER**

⑤ **Date of Birth** (mm/dd/yyyy) ⑥ **Primary Telephone** ⑦ **Email Address**
( )

Last four digits of Social Security number:

☐ I do not have an Alabama driver's license or Alabama non-driver ID or a Social Security number.

⑧ **Addresses**

**Current**

Address where you live: (Do not use post office box)
Home Address (include apartment or other unit number if applicable)   City   State   ZIP

Address where you receive your mail
Mailing Address, if different from Home Address   City   State   ZIP

**Old**

Address where you were last registered to vote (Do not use post office box)
Former Address   City   County   State   ZIP

⑨ **Sex** (check one)
☐ Female ☐ Male

⑩ **Race** (check one)
☐ White   ☐ Black
☐ Asian   ☐ American Indian
☐ Hispanic ☐ Other

⑪ **Place of Birth**
City   County   State   Country

⑫ **Map / Diagram**
If your home has no street number or name, please draw a map of where your house is located. Please include roads and landmarks.

⑬ **Did you receive assistance?**
If you are unable to sign your name, who helped you fill out this application? Give name, address, and phone number (phone number is optional).

**REGISTRARS USE ONLY**

DATE ☐ APPROVED ☐ DENIED

_____ (mm/dd/yyyy)

County Pct _____

City Pct _____

Board member _____

Board member _____

Board member _____

**Voter Declaration - Read and Sign Under Penalty of Perjury**

▶ I am a U.S. citizen
▶ I live in the State of Alabama
▶ I will be at least 18 years of age on or before election day
▶ I am not barred from voting by reason of a disqualifying felony conviction (The list of disqualifying felonies is available on the Secretary of State's website at: sos.alabama.gov/mtfelonies)
▶ I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

☐ **OPTIONAL:** Because of a sincerely held belief, I decline to include the final four words of the oath above.

**EXHIBIT 2**

**YOUR SIGNATURE** **DATE** (mm/dd/yyyy)

If you falsely sign this statement, you can be convicted and imprisoned for up to five years.

**The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register to vote, your decision will remain confidential and will be used only for voter registration purposes.**



**Wes Allen - Secretary of State**

**Questions? Call the Elections Division at 1-800-274-8683 or 334-242-7210**

**Please return the completed and signed application in an envelope with postage to the address of your local Board of Registrars office from the list below.**

**AUTAUGA COUNTY**
PO Box 680036
Prattville, AL 36068-0036
(334) 358-6740

**BALDWIN COUNTY**
PO Box 1507
Bay Minette, AL 36507-1507
(251) 937-0229

**BARBOUR COUNTY**
405 E Barbour St, Rm A-165
Eufaula, AL 36027
(334) 687-1585

**BIBB COUNTY**
8 Court Square W
Centreville, AL 35042
(205) 926-3102

**BLOUNT COUNTY**
220 Second Ave E, Rm B-5
Oneonta, AL 35121
(205) 625-4182

**BULLOCK COUNTY**
217 Prairie St N, Rm 101
Union Springs, AL 36089-1659
(334) 738-5372

**BUTLER COUNTY**
201 South Conecuh St
Greenville, AL 36037
(334) 382-5685
(334) 382-6829

**CALHOUN COUNTY**
1702 Noble St, Ste 113
Anniston, AL 36201-3889
(256) 241-2930

**CHAMBERS COUNTY**
18 Alabama Ave E, Rm 101
Lafayette, AL 36862
(334) 864-4313

**CHEROKEE COUNTY**
260 Cedar Bluff Rd, Ste 106
Centre, AL 35960-1403
(256) 927-5336

**CHILTON COUNTY**
PO Box 640
Clanton, AL 35046-0640
(205) 755-3820

**CHOCTAW COUNTY**
117 S Mulberry Ave, Ste 1
Butler, AL 36904-2557
(205) 459-2531

**CLARKE COUNTY**
PO Box 10
Grove Hill, AL 36451-0010
(251) 275-3062

**CLAY COUNTY**
PO Box 446
Ashland, AL 36251-0446
(256) 354-7815

**CLEBURNE COUNTY**
120 Vickery St, Rm 103
Heflin, AL 36264-1166
(256) 463-5299

**COFFEE COUNTY**
1065 East McKinnon St,
#6 County Complex
New Brockton, AL 36351
(334) 894-5347

**COLBERT COUNTY**
201 N Main St
Tuscumbia, AL 35674-2095
(256) 386-8535

**CONECUH COUNTY**
111 Court St, Rm 102
Evergreen, AL 36401
(251) 578-7024

**COOSA COUNTY**
PO Box 218
Rockford, AL 35136-0218
(256) 377-2418

**COVINGTON COUNTY**
228 Hillcrest Dr
Andalusia, AL 36420-2570
(334) 428-2685

**CRENSHAW COUNTY**
PO Box 328
Luverne, AL 36049-0328
(334) 335-6568 x252

**CULLMAN COUNTY**
500 2nd Ave SW, Rm 112
Cullman, AL 35055-4135
(256) 775-4750
(256) 755-4697

**DALE COUNTY**
PO Box 1101
Ozark, AL 36361-1101
(334) 774-9038

**DALLAS COUNTY**
PO Box 987
Selma, AL 36702-0987
(334) 874-2534

**DEKALB COUNTY**
111 Grand Ave SW, Ste 105
Fort Payne, AL 35967
(256) 845-8598

**ELMORE COUNTY**
100 E Commerce St, Rm 100
Wetumpka, AL 36092-2746
(334) 567-1150

**ESCAMBIA COUNTY**
PO Box 557
Brewton, AL 36427-0557
(251) 867-0243
(251) 867-0312

**ETOWAH COUNTY**
800 Forrest Ave, Ste 206
Gadsden, AL 35901-3651
(256) 549-5384

**FAYETTE COUNTY**
103 First Ave NW, Ste 4
Fayette, AL 35555-2627
(205) 932-5432

**FRANKLIN COUNTY**
PO Box 70
Russellville, AL 35653-0070
(256) 332-8849

**GENEVA COUNTY**
PO Box 430
Geneva, AL 36340-0430
(334) 684-5655

**GREENE COUNTY**
PO Box 224
Eutaw, AL 35462-0224
(205) 372-9669

**HALE COUNTY**
905-D Centerville St
Greensboro AL 36744-1536
(334) 624-5628

**HENRY COUNTY**
101 Court Square, Ste K
Abbeville, AL 36310-2135
(334) 585-6080

**HOUSTON COUNTY**
PO Box 6406
Dothan, AL 36302-6406
(334) 677-4776

**JACKSON COUNTY**
102 E Laurel St
Scottsboro, AL 35768
(256) 574-9339

**JEFFERSON COUNTY**
716 R Arrington Jr Blvd N
Ste A-410
Birmingham, AL
35203-0115
(205) 325-5550

**LAMAR COUNTY**
PO Box 338
Vernon, AL 35592-0338
(205) 695-6348

**LAUDERDALE COUNTY**
PO Box 1059
Florence, AL 35631-1059
(256) 760-5840
(256) 760-5841

**LAWRENCE COUNTY**
14451 Market St, Ste 340
Moulton, AL 35650
(256) 974-2460

**LEE COUNTY**
PO Box 1530
Opelika, AL 36803-1530
(334) 737-3635

**LIMESTONE COUNTY**
100 Clinton St S, Ste E
Athens, AL 35611-2665
(256) 233-6405

**LOWNDES COUNTY**
PO Box 311
Hayneville, AL 36040-0311
(334) 548-2389
(334) 548-2080

**MACON COUNTY**
101 E Rosa Parks Ave Ste 100
Tuskegee, AL 36083-1735
(334) 724-2617

**MADISON COUNTY**
1918 Memorial Parkway NW
Huntsville, AL 35801
(256) 532-3510

**MARENGO COUNTY**
PO Box 480715
Linden, AL 36748-0715
(334) 295-2249
(334) 295-2086

**MARION COUNTY**
PO Box 964
Hamilton, AL 35570-0964
(205) 921-3625

**MARSHALL COUNTY**
424 Blount Ave, Ste 106A
Guntersville, AL 35976-1122
(256) 571-7740

**MOBILE COUNTY**
151 Government St, Ste 165
Mobile, AL 36602
(251) 574-8586
(251) 574-8587

**MONROE COUNTY**
PO Box 972
Monroeville, AL 36461-0972
(251) 743-4107 x141

**MONTGOMERY COUNTY**
PO Box 1667
Montgomery, AL 36102-1667
(334) 832-1215

**MORGAN COUNTY**
PO Box 668
Decatur, AL 35602-0668
(256) 351-4660
(256) 351-4663

**PERRY COUNTY**
PO Box 555
Marion, AL 36756-0555
(334) 683-2218

**PICKENS COUNTY**
PO Box 173
Carrollton, AL 35447-0173
(205) 367-2071

**PIKE COUNTY**
120 W Church St
Troy, AL 36081-1913
(334) 566-1757
(334) 566-6449

**RANDOLPH COUNTY**
PO Box 215
Wedowee, AL 36278-0215
(256) 357-2138

**RUSSELL COUNTY**
PO Box 700
Phenix City, AL 36868-0700
(334) 298-1443
(334) 448-1508

**SHELBY COUNTY**
PO Box 1642
Columbiana, AL 35051-1642
(205) 669-3913

**ST. CLAIR COUNTY**
1815 Cogswell Ave
Pell City, AL 35125
(205) 338-3954

**SUMTER COUNTY**
PO Box 783
Livingston, AL 35470-0783
(205) 652-7902

**TALLADEGA COUNTY**
PO Box 6170
Talladega, AL 35161-6170
(256) 761-2131
(256) 761-2132

**TALLAPOOSA COUNTY**
125 N Broadnax St Rm 20
Dadeville, AL 36853-1371
(256) 825-1081

**TUSCALOOSA COUNTY**
2510 7th St, Ste 200
Tuscaloosa, AL 35401
(205) 464-8415

**WALKER COUNTY**
PO Box 1472
Jasper, AL 35502-1472
(205) 384-7279

**WASHINGTON COUNTY**
PO Box 1224
Chatom, AL 36518-1224
(251) 847-3255

**WILCOX COUNTY**
PO Box 661
Camden, AL 36726-0661
(334) 682-9753

**WINSTON COUNTY**
PO Box 459
Double Springs, AL
35553-0459
(205) 489-3966

**SECRETARY OF STATE ELECTIONS DIVISION**
PO Box 5616
Montgomery, AL 36103
(334) 242-7210
(800) 274-8683

ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130



(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

## WES ALLEN

### SECRETARY OF STATE

October 20, 2023

Jose Luyanda
Field Office Director
USCIS – Montgomery, AL
Jose.Luyanda@uscis.dhs.gov

Dear Director Luyanda,

It is my understanding that the U.S. Citizenship and Immigration Services (USCIS) branch of the U.S. Department of Homeland Security receives and maintains information on legal non-citizens of the U.S. as they apply for different types of authorizations (permanent residence, employment authorization, etc.).

It is also my understanding that your field office receives documentation and performs interviews of legal non-citizens of the U.S. upon application.

The Code of Alabama (1975), Section 17-4-35 provides that the Office of the Secretary of State is charged with providing each county board of registrars information to allow them to determine whether to include or remove names on the voters list.

Therefore, please accept this letter as an official request for the U.S. Citizenship and Immigration Services (USCIS) branch of the U.S. Department of Homeland Security to provide my office with a listing in, a tab-delimited format, of legal non-citizens on file with your office by their full name, date of birth, and alien registration number.

Sincerely,

Wes Allen
Secretary of State

EXHIBIT
**3**

ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130



(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

## WES ALLEN

### SECRETARY OF STATE

November 15, 2023

Felicia Carrillo
Chief of Staff, Office of the Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
5900 Capitol Gateway Dr.
Camp Springs, MD 20746
Felicia.EscobarCarrillo@uscis.dhs.gov

Steve Dove
Chief, Office of the Executive Secretariat
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
5900 Capitol Gateway Dr.
Camp Springs, MD 20746
Stephen.W.Dove@uscis.dhs.gov

Dear Chief of Staff Carrillo and Chief Dove:

It is my understanding that the U.S. Citizenship and Immigration Services (USCIS) branch of the U.S. Department of Homeland Security receives and maintains information on legal non-citizens of the U.S. as they apply for different types of authorizations (permanent residence, employment authorization, etc.).

It is also my understanding that your field offices receive documentation and perform interviews of legal non-citizens of the U.S., upon application.

The Alabama Office of the Secretary of State is charged with providing each Alabama county board of registrars information to allow them to determine whether to deny, register or remove names on the statewide voters list.

Therefore, please accept this letter as an official request for the USCIS branch of the U.S. Department of Homeland Security to provide my office with a listing, in a tab-delimited format, of legal non-citizens on file with your office by their full name, date of birth, and the alien registration number that your office assigns.

Sincerely,

Wes Allen
Secretary of State

EXHIBIT
**4**

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Immigration Records and Identity Services Directorate*
*(MS2240)*
Camp Springs, MD  20588-0009



**U.S. Citizenship
and Immigration
Services**

December 19, 2023

Wes Allen
Secretary of State
600 Dexter Ave, Ste S-105
Montgomery, AL  36130

Dear Secretary Allen:

Thank you for your November 15, 2023 letter to U.S. Citizenship and Immigration Services
(USCIS).  This matter was referred from the USCIS Chief of Staff to me for response and action.  USCIS
oversees lawful immigration to the United States, including the administration of immigration benefits
and conferral of U.S. citizenship through naturalization.  Due to individual privacy protections, we are
unable to fulfill your request for information to support voter verification as outlined in your letter.
However, I invite you to learn about the voter verification services we provide through the USCIS SAVE
Program.

SAVE is an online service that assists nearly 1,200 federal, state, and local benefit-granting and
licensing agencies with verifying immigration status and naturalized/acquired U.S. citizenship.  SAVE
verifies the status of nonimmigrants, immigrants, and certain naturalized and acquired United States
citizens for approved purposes using Department of Homeland Security-issued immigration identifiers to
search available government records and return a response showing an immigration status or U.S.
citizenship.  SAVE does not determine an applicant's eligibility for any specific benefit or license.  In the
voting eligibility context, SAVE works with state voting officials to verify naturalized and acquired U.S.
citizenship.

I have provided information from the SAVE Voter Registration and Voter List Maintenance Fact
Sheet, which includes links to the SAVE Registration Fact Sheet and Guide.  Additional information
about SAVE is available online at uscis.gov/save.  I will be glad to speak with you if you have questions
or require additional information.  I can be reached at tammy.m.meckley@uscis.dhs.gov.

Thank you again for your letter and interest in this important issue.  Should you require any
additional assistance, please do not hesitate to contact me.

Sincerely,

TAMMY M
MECKLEY

Digitally signed by
TAMMY M MECKLEY
Date: 2023.12.20
08:47:54 -05'00'

Tammy Meckley
Associate Director
Immigration Records and Identity Services Directorate

www.uscis.gov

**EXHIBIT
5**

**Blackburn, Meridith**

| | |
|---|---|
| **From:** | Allen, Wes |
| **Sent:** | Thursday, April 11, 2024 2:31 PM |
| **To:** | Justin.W.Vail@who.eop.gov |
| **Cc:** | Jones1, Mike; Blackburn, Meridith |
| **Subject:** | Follow up |

Dear Mr. Vail,

This email is a follow up to the conference call held by the White House with Secretaries of State from various states, including Alabama, last Thursday, March 9, 2024. The focus of the conversation was President Biden's Executive Order No. 14019 implementation efforts.

During the call, questions regarding certain groups that have been working in the federal prison system to assist with voter registration were asked and addressed. During the discussion you offered to provide me with information about the groups that have been invited to do this work. Please provide me that information at your earliest convenience. I would specifically like to know which groups have been invited. I also would like to know the source of each group's funding and whether any of that funding is federal money, due to grants awarded by the federal government or its agencies, or otherwise linked to any federally funded programs. Please identify whether any group is specifically performing work that involves the State of Alabama.

Also, we discussed Alabama's efforts to navigate ensuring noncitizens are not registering to vote or voting in our elections. We specifically talked about Alabama's effort to connect with USCIS to share data for the purpose of verifying citizenship status. You offered to connect me with the appropriate officials within USCIS to facilitate an agreement to mutually promote our very important efforts at the national and state level to ensure that only U.S. citizens are registering and voting.

Thank you again for your offered assistance on these fronts. If additional information or discussion is needed, please do not hesitate to reach out.

Sincerely,



Wes Allen
Secretary of State

Office of Secretary of State
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7200

Wes.Allen@sos.alabama.gov

EXHIBIT
**6**

## Blackburn, Meridith

| | |
|---|---|
| **From:** | Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov> |
| **Sent:** | Thursday, June 20, 2024 10:49 AM |
| **To:** | Rawls, Laney; Blackburn, Meridith; Vail, Justin W. EOP/WHO |
| **Cc:** | Allen, Wes; Jones1, Mike; Helms, Clay; Leigh Triche Janous; Reyna.S.Walters-Morgan@usdoj.gov |
| **Subject:** | RE: Follow up |

Good morning all,

I am reaching out to both answer some of your questions and to connect you with my colleague Reyna Walters-Morgan from the Department of Justice who has been of assistance with your inquiries.

Regarding your inquiry about organizations who have been engaging in voter registration in Alabama and Mississippi since Executive Order 14019 was issued on March 7, 2021, in Alabama, individuals from Greater Birmingham Ministries (GBM) completed volunteer training at the federal correctional institution in Aliceville on May 20, 2024. GBM plans to provide Alabama residents assistance with voter education, registration, and resources. In Mississippi, the Bureau of Federal Prisons has been working with the Mississippi Center for Justice to provide a voting packet for Mississippi residents. The packet contains voter registration information. However, the organization is not conducting voter registration within the institutions.

Thank you very much for your patience.

Best,

Isabella


**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Wednesday, May 29, 2024 4:32 PM
**To:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>; Leigh Triche Janous <Leigh.Janous@sos.ms.gov>
**Subject:** RE: Follow up

Good afternoon Isabella,

On behalf of Secretary Allen, I would like to follow up on your efforts to connect us with the appropriate individuals at the Bureau of Prisons and United States Citizenship and Immigration Services.

Please feel free to contact this Office with any further questions.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol

**EXHIBIT 7**

1

600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>
**Sent:** Monday, May 20, 2024 4:17 PM
**To:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>; Leigh Triche Janous <Leigh.Janous@sos.ms.gov>
**Subject:** RE: Follow up

Good afternoon Meridith,

I appreciate your sharing this letter from the Secretary and look forward to connecting you all with the appropriate individuals across our agencies. Thank you.

Best,

Isabella

**From:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Sent:** Monday, May 20, 2024 5:08 PM
**To:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>; Leigh Triche Janous <Leigh.Janous@sos.ms.gov>
**Subject:** RE: Follow up

Good afternoon,

Please see the attached correspondence from Secretary Allen.

Thank you,

Meridith

Meridith H. Blackburn
Deputy General Counsel
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite E-205
Montgomery, AL 36130
meridith.blackburn@sos.alabama.gov
Office: (334) 353-9626

2

Mobile: (334) 549-8952



**From:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>
**Sent:** Wednesday, May 15, 2024 9:39 AM
**To:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: Follow up

Good morning,

My apologies as my calendar invitation clearly did not go through. Please let me know if you just received it as it should contain a Zoom link for us to meet on. Thank you!

Best,

Isabella

**From:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Sent:** Wednesday, May 15, 2024 10:28 AM
**To:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: Follow up

Good morning,

Following up on this plan. Is there a particular number we should call or a conference line we should use? Also, please confirm the time as 10 a.m. Central/11 a.m. Eastern.

Thank you,

Meridith

**From:** Blackburn, Meridith
**Sent:** Monday, May 13, 2024 1:51 PM
**To:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: Follow up

Thursday at 11 a.m. works for me (I am assuming Eastern). Thanks!

**From:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>
**Sent:** Monday, May 13, 2024 12:35 PM
**To:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Vail, Justin W. EOP/WHO

3

<Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: Follow up

Good afternoon,

Would you be available on Thursday at 11 AM? Thank you, and I will be looking forward to whatever time we land on.

Best,

Isabella

**From:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Sent:** Monday, May 13, 2024 10:45 AM
**To:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: Follow up

Good morning,

Thank you for your quick response. What times/days do you have available this week for a call? I am relatively open right now other than Wednesday morning, Friday morning, and Thursday from 2-4 p.m. Central.

Sincerely,

Meridith H. Blackburn
Deputy General Counsel
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite E-205
Montgomery, AL 36130
meridith.blackburn@sos.alabama.gov
Office: (334) 353-9626
Mobile: (334) 549-8952

 

**From:** Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>
**Sent:** Wednesday, May 8, 2024 6:03 PM
**To:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>
**Subject:** RE: Follow up

Good evening Meredith,

I would be more than happy to hop on a call with you in the coming days or week to discuss these matters so I have a clearer picture of your inquiries and can better connect your team with the appropriate folks. Please just let me know when/if you are available to speak. Thank you in advance.

Best,

Isabella Hassett (she/her)
Associate Director, Office of Intergovernmental Affairs
The White House
e. isabella.d.hassett2@who.eop.gov
c. 202.881.8087 (does not receive texts)

**From:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Sent:** Wednesday, May 8, 2024 2:11 PM
**To:** Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>; Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>
**Subject:** RE: Follow up

Mr. Vail, Thank you for making this connection.

Ms. Hassett, Please see the below correspondence concerning Secretary Allen's request for information about groups serving within the federal prison system to register voters. He is also seeking to work out a solution with USCIS and hopes you can help facilitate a productive conversation. We look forward to hearing from you soon on both fronts.

Sincerely,

Meridith

Meridith H. Blackburn
Deputy General Counsel
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite E-205
Montgomery, AL 36130
meridith.blackburn@sos.alabama.gov
Office: (334) 353-9626
Mobile: (334) 549-8952

  

**From:** Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Sent:** Monday, May 6, 2024 4:02 PM
**To:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>; Hassett, Isabella D. EOP/WHO <Isabella.D.Hassett2@who.eop.gov>
**Subject:** RE: Follow up

Dear Secretary Allen:

We appreciate your reaching out about these items. I have copied my colleague, Isabella Hassett, whose portfolio on our Intergovernmental Affairs team covers Secretaries of State. She will be a useful point of contact for you and your team and is best suited to determine who it could be helpful to connect you with at relevant Federal agencies in response to your inquiries.

Thank you, and let us know if you have an questions.

Best,
Justin

**Justin Vail**
Special Assistant to the President for Democracy and Civic Participation
Domestic Policy Council |The White House

**From:** Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Sent:** Wednesday, May 1, 2024 6:02 PM
**To:** Vail, Justin W. EOP/WHO <Justin.W.Vail@who.eop.gov>
**Cc:** Allen, Wes <wes.allen@sos.alabama.gov>; Jones1, Mike <mike.jones1@sos.alabama.gov>
**Subject:** RE: Follow up

Dear Mr. Vail,

Secretary Allen asked me to follow up with you on both issues addressed in the correspondence below since we have not yet received a response. He would appreciate you providing us with promised information about groups serving within the federal prison system to register voters. He would also appreciate you facilitating a conversation with USCIS towards a meaningful solution as you indicated you would on the March 9, 2024 call.

If there is someone else within the White House we need to reach out to on either of these fronts instead you, please advise. Thank you for your help.

Sincerely,

Meridith

Meridith H. Blackburn
Deputy General Counsel
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite E-205
Montgomery, AL 36130
meridith.blackburn@sos.alabama.gov
Office: (334) 353-9626
Mobile: (334) 549-8952

  

**From:** Allen, Wes <wes.allen@sos.alabama.gov>
**Sent:** Thursday, April 11, 2024 2:31 PM

**To:** Justin.W.Vail@who.eop.gov
**Cc:** Jones1, Mike <mike.jones1@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>
**Subject:** Follow up

Dear Mr. Vail,

This email is a follow up to the conference call held by the White House with Secretaries of State from various states, including Alabama, last Thursday, March 9, 2024. The focus of the conversation was President Biden's Executive Order No. 14019 implementation efforts.

During the call, questions regarding certain groups that have been working in the federal prison system to assist with voter registration were asked and addressed. During the discussion you offered to provide me with information about the groups that have been invited to do this work. Please provide me that information at your earliest convenience. I would specifically like to know which groups have been invited. I also would like to know the source of each group's funding and whether any of that funding is federal money, due to grants awarded by the federal government or its agencies, or otherwise linked to any federally funded programs. Please identify whether any group is specifically performing work that involves the State of Alabama.

Also, we discussed Alabama's efforts to navigate ensuring noncitizens are not registering to vote or voting in our elections. We specifically talked about Alabama's effort to connect with USCIS to share data for the purpose of verifying citizenship status. You offered to connect me with the appropriate officials within USCIS to facilitate an agreement to mutually promote our very important efforts at the national and state level to ensure that only U.S. citizens are registering and voting.

Thank you again for your offered assistance on these fronts. If additional information or discussion is needed, please do not hesitate to reach out.

Sincerely,



Wes Allen
Secretary of State

Office of Secretary of State
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7200

Wes.Allen@sos.alabama.gov



ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130

(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

## WES ALLEN

### SECRETARY OF STATE

April 11, 2024

Tammy M. Meckley
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
5900 Capital Gateway Drive
Camp Springs, MD 20588
tammy.m.meckley@uscis.dhs.gov

**VIA U.S.P.S. CERTIFIED MAIL AND ELECTRONIC EMAIL TRANSMISSION**

Dear Ms. Meckley:

I am in receipt of your December 19, 2023, letter denying the Office of the Alabama Secretary of State's official request for access to the listing of legal non-citizens on file with the USCIS branch of the U.S. Department of Homeland Security. Instead, you offered the Systematic Alien Verification Entitlements (SAVE) program as a solution.

My request to USCIS was made in an effort to simply obtain an accurate listing of legal non-citizens so that the State of Alabama might efficiently cross-check that data against our statewide voter file data. Matches following the cross-check could then be provided to Alabama's 67 counties for the local Boards of Registrars to appropriately determine whether to deny, register, or remove prospective or registered legal non-citizens from the statewide voter file on a case-by-case basis. Access to SAVE will not provide Alabama with any meaningful or efficient cross-check capability and is not otherwise a sufficient tool for statewide voter registration and voter file maintenance.

First, a SAVE user must input an individual applicant's name, date of birth, and current immigration enumerator to access any corresponding SAVE verification data. Without access to all of those metrics, specifically the immigration enumerator, which is an identifier most commonly issued by your agency, SAVE is useless for verifying citizenship status even on a case-by-case basis. Voter registrants do not provide that information upon applying and election officials do not have access to the documents that SAVE references to independently obtain it.

Moreover, information distributed by USCIS states that "SAVE's ability to verify citizenship is limited to naturalized and derived citizens." Thus, the program's inability to definitively indicate legal non-citizen status renders it practically useless, assuming the State of Alabama could even use SAVE for voter file maintenance as suggested.

In my recent testimony before the United States Senate Committee on Rules and Administration, I explained to the Committee, and to the nation, the importance of having the ability to verify U.S.

EXHIBIT
8

citizenship in the context of election integrity. Given the current crisis at our Southern border, it is imperative now more than ever that my Office, and my fellow Secretaries of State across the nation, be granted access to this same data as we work hard to ensure free and fair elections.

Accordingly, I reiterate my official request for the USCIS branch of the U.S. Department of Homeland Security to provide a current listing, in a tab-delimited format, of legal non-citizens on file with your office by their full name, date of birth, and the applicable immigration enumerator, i.e., alien registration number, that your office assigns. If USCIS requires a formal agreement to share the requested information, we would be willing to work towards executing a mutually acceptable Memorandum of Agreement that would require data protection and otherwise address any concerns that USCIS may have about working with the State of Alabama as requested.

Please reach out to my Chief of Staff, Clay Helms, with further questions at 334-353-7207 or clay.helms@sos.alabama.gov.

Sincerely,

Wes Allen
Secretary of State

CC:
Felicia Carrillo, Chief of Staff, Office of the USCIS Director
Steve Dove, Chief, Office of the USCIS Executive Secretariat
Justin Vail, Special Assistant to the President for Democracy and Civic Participation
Senator Katie Britt, United States Senate
Senator Tommy Tuberville, United States Senate
Representative Jerry Carl, United States House of Representatives AL-1
Representative Barry Moore, United States House of Representatives AL-2
Representative Mike Rogers, United States House of Representatives AL-3
Representative Robert Aderholt, United States House of Representatives AL-4
Representative Dale Strong, United States House of Representatives AL-5
Representative Gary Palmer, United States House of Representatives AL-6
Representative Terri Sewell, United States House of Representatives AL-7



ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130

(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

## WES ALLEN
### SECRETARY OF STATE

May 20, 2024

Isabella Hassett
Associate Director
Office of Intergovernmental Affairs
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500
isabella.d.hassett2@who.eop.gov

## VIA U.S. MAIL AND ELECTRONIC EMAIL TRANSMISSION

Dear Associate Director Hassett,

Thank you again for hosting a call with my team in Alabama and our counterparts from the Office of the Mississippi Secretary of State on May 16, 2024. The call was in response to follow up correspondence submitted after the March 9, 2024, conference call hosted by the White House with Secretaries of State from various states, including Alabama and Mississippi, to discuss President Biden's Executive Order No. 14019 implementation efforts.

During the March 9, 2024, call, I was assured the following would be provided:

1. Information about which organizations have been invited to work and are working in the federal prison system to assist with voter registration, whether any of the funding for these organizations' EO 14019 work is federal, and whether any organization is specifically performing work that involves the State of Alabama.

2. Connection with appropriate officials within USCIS to assist my efforts to ensure legal noncitizens are not registering to vote or voting in our elections. We specifically talked about Alabama's request to share data for the purpose of verifying citizenship.

I have not received any responsive information. On April 11, 2024, my team submitted follow-up correspondence to Special Assistant to the President for Democracy and Civic Participation, Justin Vail on these issues. Mr. Vail served as the White House host of the March 9, 2024, call. After receiving no response from Mr. Vail, my team followed up again by email on May 1, 2024. It was in response to that communication that you were introduced to the conversation and the most recent call was organized.

As you know, Leigh Janous, General Counsel to Mississippi Secretary of State, Michael Watson, and his Elections Director, Assistant Secretary of State, Kyle Kirkpatrick, joined the May 16, 2024, call as well. As promised, General Counsel Janous's contact information is as follows:

EXHIBIT
9

Hassett
May 20, 2024
Page 2 of 2

leigh.janous@sos.ms.gov or (601) 359-6318. We agreed it would facilitate the conversation to include her on future correspondence on these issues.

Also, during our May 16, 2024, conversation, we again discussed the two above areas. We expressed the importance of having responsive information as soon as possible from the federal level regarding identified voter registration efforts impacting the State of Alabama. While your team agreed that the Bureau of Prisons (BOP) should have certain information available concerning which entities had been invited and had accessed federal prison facilities and pretrial programs to assist with voter registration, you expressed that the Bureau would not have funding information for those entities' work. You offered to provide what information the BOP may have directly, including public facing information you referenced, and further offered to connect us with the appropriate officials within the Bureau by following up on correspondence you had previously sent to those officials. You also offered to look into where funding information for the invited entities may be located, especially any involving taxpayer dollars. You also agreed to reiterate your request for assistance to USCIS by reaching out that same day (May 16, 2024) to identify the correct people and organize a call within the next few weeks. You promised to keep us updated on any developments on both fronts.

To assist your efforts to connect me with the appropriate officials on both of these important issues, I thought it may be helpful to provide this recap of our conversations. It may expedite the process to forward this letter on to those individuals in advance of future conversations as well.

I look forward to receiving responsive information soon. In the meantime, please do not hesitate to contact my General Counsel, Mike Jones, Jr., with any questions about this letter at (334) 353-7857 or by email at mike.jones1@sos.alabama.gov.

Sincerely,

Wes Allen
Secretary of State

Cc:     Mississippi Secretary of State, Michael Watson
        General Counsel, Mississippi Secretary of State, Leigh Janous
        Assistant Secretary of State, Elections Division, Mississippi Secretary of State, Kyle
        Kirkpatrick



ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130

(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

# WES ALLEN
## SECRETARY OF STATE

May 17, 2024

Kristen Clarke
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530
Kristen.Clarke@usdoj.gov

## **VIA U.S. MAIL AND ELECTRONIC EMAIL TRANSMISSION**

Dear Assistant Attorney General Clarke,

I am contacting you in my capacity as the State of Alabama's Chief Election Official to request clarification of an apparent conflict within the federal laws governing our elections. Due to the importance of this issue, your immediate attention and response to my letter are requested.

First, it is well established that noncitizens, including permanent legal residents, cannot legally vote in U.S. elections. *See* U.S. Const. art. 1, § 4, cl. 1; amend. XIV, § 1 (extending citizenship to all natural born or naturalized Americans regardless of race and guaranteed that rights of citizenship, like voting, cannot be restricted by the states); amend. XV ("The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude");[1] 18 U.S.C. § 611 (establishing a federal crime for voting as a noncitizen in federal elections); 18 U.S.C. § 1015(f) (imposing a criminal penalty of up to 5 years for knowingly making any false statement or claim to be a citizen of the United States in order to register to vote or to vote in any federal, state, or local election, including an initiative, recall, or referendum).

Despite this clear limitation, however, the National Voter Registration Act (NVRA) requires "designated voter registration agencies" that provide public assistance to distribute prescribed voter registration forms to each applicant for services or assistance, each applicant for recertification, and each applicant who submits renewal or change of address information with respect to such services or assistance, unless the applicant declines in writing to register to vote. *See* 52 U.S.C. § 20506(a)(6).

---

[1]     *See also U.S. v. Reese*, 92 U.S. 214, 217-18 (1876) ("The Fifteenth Amendment . . . invested the citizens of the United States with a new constitutional right which is . . . exemption from discrimination in the exercise of the elective franchise on account of race, color, or previous condition of servitude.")

EXHIBIT
**10**

AAG Clarke
USDOJ – Civil Rights Division
May 17, 2024
Page 2 of 2

_____

"Public assistance" includes each state agency that administers or provides services or assistance under any public assistance programs, including the Supplemental Nutrition Assistance Program (SNAP, formerly the Food-Stamp Program), the Special Supplemental Nutrition Program for Women, Infants and Children (WIC), the Temporary Assistance for Needy Families (TANF) program (formerly the Aid to Families with Dependent Children or AFDC program), the Medicaid program, and the State Children's Health Insurance Program (SCHIP). This definition also includes state public assistance programs.

While the voter registration application distributed under the NVRA by public assistance providing agencies must include a statement regarding the applicant's eligibility, including U.S. citizenship; contain an attestation that the applicant meets each requirement; and require the signature of the applicant under penalty of perjury, public assistance providing agencies in Alabama receive numerous applications from and regularly serve noncitizens. Thus, the NVRA ostensibly mandates public assistance providing agencies to knowingly distribute voter registration applications on a regular and repeat basis to individuals who are ineligible to register to vote as noncitizens. At the same time, it is a federal crime for a noncitizen to vote or register to vote. In fact, it is a federal crime for a noncitizen to even *attempt* to register to vote.

As the responsible enforcement authority under the NVRA, please advise whether public assistance providing agencies in Alabama may forgo distributing voter registration application forms under the NVRA when an applicant or recipient is verified to be a noncitizen.

Please do not hesitate to contact my General Counsel, Michael L. Jones, Jr., with any questions about this letter at (334) 353-7857 or by email at mike.jones1@sos.alabama.gov.

Sincerely,

Wes Allen
Secretary of State



**U.S. Department of Justice**

Civil Rights Division

_____

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

June 10, 2024

Wes Allen
Alabama Secretary of State
Alabama State Capitol
600 Dexter Ave.
Suite S-105
Montgomery, AL 36130

Dear Secretary of State Allen:

Thank you for your letter of May 17, 2024, addressing whether "public assistance providing agencies in Alabama may forgo distributing voter registration application forms under the NVRA [National Voter Registration Act] when an applicant or recipient is verified to be a noncitizen."

A similar issue arose regarding Alabama's compliance with the NVRA's requirement that signed applications for a driver's license serve as an application for voter registration in federal elections. 52 U.S.C. § 20504(a)(1). On November 12, 2015, the U.S. Justice Department entered into a memorandum of understanding with the State of Alabama, the Alabama Secretary of State, and the Alabama Law Enforcement Agency (ALEA) agreeing that:

> The Secretary of State and ALEA shall develop and implement uniform forms, policies, and procedures to ensure that each application for a driver's license or other personal identification document, including any renewal application, serves as an application for voter registration with respect to elections for Federal office unless the applicant declines to register *or is objectively ineligible, based on an automated process*, in accordance with 52 U.S.C. § 20504. (Emphasis added).

I hope that this history sheds light on the appropriate steps to comply with the NVRA.

Sincerely,

Kristen Clarke
Assistant Attorney General

EXHIBIT
**11**

## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding (MOU) is entered into between the United States of America, through the Civil Rights Division of the U.S. Department of Justice, and the State of Alabama, the Alabama Secretary of State (Secretary of State), and the Alabama Law Enforcement Agency (ALEA).

## I.   Statement of the Parties

The United States and the State of Alabama hereby recognize the following:

1. By letter dated September 8, 2015, the United States notified the State of Alabama that the Principal Deputy Assistant Attorney General for the Civil Rights Division of the U.S. Department of Justice had authorized litigation against the State and appropriate State officials to enforce the Motor Voter provision of the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. § 20504.

2. The Principal Deputy Assistant Attorney General authorized litigation following an investigation in which the United States gathered evidence that established noncompliance with the Motor Voter provision of the NVRA.

3. The United States and the State of Alabama share the goals of ensuring that the requirements of the Motor Voter provision of the NVRA are met and ensuring that Alabama's citizens enjoy the benefits envisioned by that provision.

4. The United States and the State of Alabama have negotiated in good faith and hereby agree to this MOU as an appropriate means to further their shared goals.

## II.   National Voter Registration Act of 1993

5. The National Voter Registration Act of 1993 (NVRA), 52 U.S.C. §§ 20501-11, includes certain requirements with respect to voter registration procedures for elections for Federal office for States covered by the NVRA.  The State of Alabama is covered by the NVRA and is obliged to ensure compliance with its requirements.  52 U.S.C. §§ 20502(4), 20503.

6. The NVRA requires that, "in addition to any other method of voter registration provided for under State law, each State shall establish procedures to register to vote in elections for Federal office . . . by application made simultaneously with an application for a motor vehicle driver's license pursuant to section 20504" of Title 52 of the U.S. Code.  52 U.S.C. § 20503(a)(1).

7. The NVRA, in turn, further requires that "[e]ach State motor vehicle driver's license application (including any renewal application) submitted to the appropriate State motor vehicle authority under State law shall serve as an application for voter registration with respect to elections for Federal office unless the applicant fails to sign the voter

EXHIBIT
**12**

registration application." 52 U.S.C. § 20504(a)(1). This provision also requires that "[a]n application for voter registration submitted under [the provision] shall be considered as updating any previous voter registration by the applicant." 52 U.S.C. § 20504(a)(2).

8.  The NVRA defines "motor vehicle driver's license" to include "any personal identification document issued by a State motor vehicle authority." 52 U.S.C. § 20502(3). In Alabama, such personal identification documents include motor vehicle driver's licenses, motor vehicle learner's licenses, non-driver identification cards, and vessel licenses. In Alabama, ALEA and some county judges of probate, license commissioners, and revenue commissioners conduct driver's license transactions.

9.  The NVRA requires that "[t]he voter registration application portion of an application for a State motor vehicle driver's license . . . may not require information that duplicates information required in the driver's license portion of the form (other than a second signature or other information necessary under [52 U.S.C. § 20504(c)(2)(C)])." 52 U.S.C. § 20504(c)(2)(A).

10. The NVRA requires that "[t]he voter registration application portion of an application for a State motor vehicle driver's license . . . shall include" a statement of the eligibility requirements for registration, an attestation that the applicant meets each such requirement, and a signature under penalty of perjury. 52 U.S.C. § 20504(c)(2)(C).

11. The NVRA requires that the voter registration application portion of an application for a State motor vehicle driver's license may require only the minimum amount of information necessary to prevent duplicate voter registrations and to enable State election officials both to assess the eligibility of the applicant and to administer voter registration and other parts of the election process. 52 U.S.C. § 20504(c)(2)(B).

12. The NVRA requires that any change of address form submitted in accordance with State law for purposes of a State motor vehicle driver's license must serve as notification of change of address for voter registration with respect to elections for Federal office for the registrant involved, unless the registrant states on the form that the change of address is not for voter registration purposes. 52 U.S.C. § 20504(d).

13. The NVRA requires that a completed voter registration portion of an application for a State motor vehicle driver's license accepted at a State motor vehicle authority must be transmitted to the appropriate election official not later than ten days after acceptance, and not later than five days after acceptance if accepted within five days before the last day of registration to vote in a Federal election. 52 U.S.C. § 20504(e).

14. The Secretary of State is the chief election officer of the State of Alabama. Ala. Code § 17-1-3(a). The Secretary is responsible for coordinating Alabama's responsibilities under the NVRA. 52 U.S.C. § 20509; Ala. Code §§ 17-4-60(a), 17-4-63.

15. ALEA is responsible for integrating voter registration into any Alabama motor vehicle driver's license application, including any renewal application, and for ensuring that any change of address form related to a motor vehicle driver's license serves as notification of change of address for voter registration with respect to elections for Federal office, unless the registrant states on the form that the change of address is not for voter registration purposes. Ala. Code §§ 17-4-60(b), 41-27-2(a), 41-27-6(a)(3).

## III.   Terms of Agreement

NOW, THEREFORE, for full and adequate consideration given and received, the United States, through the Civil Rights Division of the U.S. Department of Justice, and the State of Alabama, the Alabama Secretary of State, and ALEA agree as follows:

### A.  General Provisions

16. The Secretary of State and ALEA shall develop and implement uniform forms, policies, and procedures to ensure that each application for a driver's license or other personal identification document, including any renewal application, serves as an application for voter registration with respect to elections for Federal office unless the applicant declines to register or is objectively ineligible, based on an automated process, in accordance with 52 U.S.C. § 20504.

17. The Secretary of State and ALEA shall develop and implement uniform forms, policies, and procedures to ensure that the voter registration portion of each application for a driver's license or other personal identification document, including any renewal application, conforms to the specific requirements of 52 U.S.C. § 20504(a) and (c).

18. The Secretary of State and ALEA shall develop and implement uniform forms, policies, and procedures to ensure that any change of address form shall serve as notification of change of address for voter registration with respect to elections for Federal office for the registrant involved unless the registrant states on the form that the change of address is not for voter registration purposes, in accordance with 52 U.S.C. § 20504(d).

19. The Secretary of State and ALEA shall develop and implement uniform forms, policies, and procedures to ensure that the submitted voter registration portion of an application for a driver's license or other personal identification document, or the data associated therewith, shall be transmitted to the appropriate State election official under the timelines established by 52 U.S.C. § 20504(e).

20. For purposes of this MOU, the terms "application" and "form" include any computerized data intake process or procedure.

21. For purposes of this MOU, the term "form" includes any process or procedure by which an Alabama resident may change the address associated with a driver's license or other personal identification document.

**B. Interim Paper-Based Solution for In-Person Transactions**

22. In consultation with the Secretary of State, ALEA shall integrate a paper voter registration application into the in-person applications for a driver's license or other personal identification document, including any renewal applications, and the in-person application for a duplicate issuance of a driver's license or other personal identification document that reflects a change of address but does not renew the affected document within 30 days of the effective date of this MOU.

23. At ALEA offices, this integration shall include the following process:

    a. When any ALEA employee first identifies a customer as an applicant for a driver's license or other personal identification document, a renewal applicant, or an applicant for a duplicate issuance of a driver's license or other personal identification document that reflects a change of address but does not renew the affected document, the ALEA employee shall ask if the applicant wishes to register to vote or update his or her voter registration as part of the application or change of address process;

    b. If the applicant indicates a desire to register to vote or update his or her voter registration, the ALEA employee shall provide a blank voter registration application and shall inform the applicant that the form will be used both to initiate the application process and for voter registration purposes. For such applicants, ALEA shall use the information contained in the completed voter registration application as the basis for completing the application for a driver's license or other personal identification document, and shall not request information from the applicant that duplicates information already provided in the applicant's voter registration form;

    c. ALEA employees shall treat the voter registration application as a component of the driver's license or other personal identification document application, renewal application, or application for a duplicate issuance of a driver's license or other personal identification document that reflects a change of address for purposes of assisting the applicant and ensuring that the applicant completes the process properly;

    d. At the conclusion of the application process, ALEA shall accept the completed voter registration application; and

    e. ALEA offices shall deliver submitted paper applications to the appropriate boards of registrars on a weekly basis and shall specifically deliver any applications received within five days before the last day for registration to vote in a Federal election by no later than 5 days after the date of acceptance.

24. The interim procedures identified in Paragraphs 22 and 23 will no longer apply upon full implementation of the electronic solution outlined in Paragraphs 38, 39, and 41, below.

25. The Secretary of State and ALEA will take all reasonable and practicable steps to inform relevant county judges of probate, license commissioners, and revenue commissioners of the interim, paper-based process outlined in Paragraphs 22 and 23 and that this process is vital and necessary to assure the State's full compliance with the Motor Voter provision of the NVRA. The Secretary of State and ALEA shall use all reasonable and practicable efforts to facilitate implementation of the interim, paper-based process at the offices of such county officials until full implementation of the electronic solution outlined in Paragraphs 38, 39, and 41. Such efforts shall include, but need not be limited to:

   a. Conducting at least five training sessions, in locations spread geographically throughout the State, within 90 days of the effective date of this MOU, and strongly encouraging county judges of probate, license commissioners, and revenue commissioners who perform licensing transactions to send employees to such trainings;

   b. Providing necessary forms to county officials at no cost to those officials; and

   c. Communicating with county officials concerning the interim, paper-based process at least once every other month beginning in January 2016 and including in such communications any updates on the electronic solution and the number of voters registered by county under the interim solution.

26. The Secretary of State and ALEA will share with the United States any policies and procedures developed to implement the interim paper-based solution identified in Paragraphs 22 and 23 prior to the execution of this MOU and will be receptive to suggestions for appropriate changes. In the event that the Secretary of State and ALEA develop and implement any additional policies and procedures to comply with Paragraphs 22 and 23 after execution of this MOU, the Secretary of State and ALEA shall develop those policies and procedures in consultation with the United States.

## C. Online Driver License Renewal

27. In consultation with the Secretary of State, ALEA shall update the Alabama Online Driver License Issuance system to integrate an NVRA-compliant voter registration application into each online renewal of a driver's license or other personal identification document within 60 days of the effective date of this MOU.

28. The Secretary of State and ALEA shall develop and implement a mechanism to accept and transfer the voter registration component of an application to renew a driver's license or other personal identification document received through the Alabama Online Driver License Issuance system to appropriate State election officials within the timelines established in the Motor Voter provision of the NVRA, 52 U.S.C. § 20504(e), within 60 days of the effective date of this MOU.

29. In consultation with the United States, the Secretary of State and ALEA shall develop and implement uniform policies and procedures necessary to comply with Paragraphs 27 and 28 within 60 days of the effective date of this MOU.

30. At present, the Alabama Online Driver License Issuance system only permits current holders of driver's licenses or other personal identification documents to renew his or her driver's license or other personal identification document and only if the renewal does not include a change of address. In the event that ALEA seeks to expand the capability of this system to include initial applications or changes of address prior to the termination of this MOU, the Secretary of State and ALEA shall develop any such NVRA-compliant capability in consultation with the United States.

## D. Application for a Renewal or Duplicate License for Alabama Drivers Temporarily Out of State

31. In consultation with the Secretary of State, ALEA shall update the Alabama Application for a Renewal or Duplicate License for Alabama Drivers Temporarily Out of State to integrate an NVRA-compliant voter registration application within 60 days of the effective date of this MOU.

32. The Secretary of State and ALEA shall develop and implement a mechanism to accept and transfer the voter registration component of an Application for a Renewal or Duplicate License for Alabama Drivers Temporarily Out of State to appropriate State election officials within the timelines established in the Motor Voter provision of the NVRA, 52 U.S.C. § 20504(e), within 60 days of the effective date of this MOU.

33. In consultation with the United States, the Secretary of State and ALEA shall develop and implement uniform policies and procedures necessary to comply with Paragraphs 31 and 32 within 60 days of the effective date of this MOU.

## E. Change of Address without a New Identification Document

34. Within 60 days of the effective date of this MOU, in consultation with the Secretary of State, ALEA shall update the process by which an Alabama resident may change the address associated with a driver's license or other personal identification document without obtaining a new identification document. This updated change of address process shall serve as notification of change of address for voter registration unless the registrant states on the form that the change of address is not for voter registration purposes.

35. Once the State of Alabama has developed and promulgated an NVRA-compliant form that Alabama residents may use to change the address associated with a driver's license or other personal identification document without obtaining a new identification document, ALEA shall accept only this or another NVRA-compliant form for submission of a change of address associated with a driver's license or other personal identification document without obtaining a new identification document and shall provide this NVRA-

compliant form to any Alabama resident who sends ALEA a letter containing updated address information related to a driver's license or other personal identification document.

36. The Secretary of State and ALEA shall within 60 days of the effective date of this MOU develop and implement a mechanism to transfer change of address information submitted on the form described in Paragraph 34 to appropriate State election officials.

37. In consultation with the United States, the Secretary of State and ALEA shall within 60 days of the effective date of this MOU develop and implement uniform policies and procedures necessary to comply with Paragraphs 34 to 36.

## F. Electronic System for In-Person Applicants

38. In consultation with the Secretary of State, ALEA shall integrate an electronic, NVRA-compliant voter registration application into each in-person application for an Alabama driver's license or other personal identification document, including any renewal application, within seven months of the effective date of this MOU.

39. In consultation with the Secretary of State, ALEA shall ensure that the integration of an electronic, NVRA-compliant voter registration application into each in-person application for a driver's license or other personal identification document applies to the submission of information to ALEA employees and the submission of information to an in-office kiosk.

40. In consultation with the Secretary of State, ALEA shall, on a schedule mutually agreeable to the parties, ensure an electronic, NVRA-compliant voter registration application for each in-person application for a driver's license or other personal identification document shall be integrated with any other in-person electronic method used to apply for a driver's license or other personal identification document that the State develops prior to the termination of this MOU.

41. The Secretary of State and ALEA shall develop and implement a mechanism to accept and transfer the voter registration component of an in-person application or renewal of a driver's license or other personal identification document to appropriate State election officials within the timelines established in the Motor Voter provision of the NVRA, 52 U.S.C. § 20504(e), within seven months of the effective date of this MOU.

42. In consultation with counsel for the United States, the Secretary of State and ALEA shall, within seven months of the effective date of this MOU, develop and implement uniform policies and procedures necessary to comply with Paragraphs 38, 39, and 41.

43. In the event that the State develops any other in-person electronic method used to apply for a driver's license or other personal identification document prior to the termination of this MOU, as contemplated by Paragraph 40, then, in consultation with counsel for the United States, the Secretary of State and ALEA shall, on a schedule mutually agreeable to

the parties, develop and implement uniform policies and procedures necessary to comply with Paragraph 40.

### G. Change of Address with Duplicate Identification Document

44. Within seven months of the effective date of this MOU, and in consultation with the Secretary of State, ALEA shall update the in-person process by which an Alabama resident may request a duplicate driver's license or other personal identification document that reflects a change of address without renewing such document. This updated change of address process shall serve as notification of change of address for voter registration, including changes of address to other counties within the State, unless the registrant states on the form that the change of address is not for voter registration purposes. For persons not already registered to vote, the State shall include an opportunity to register to vote in connection with such transaction, and shall promptly forward the voter registration information to appropriate State election officials.

45. Within seven months of the effective date of this MOU, the Secretary of State and ALEA shall develop and implement a mechanism to transfer change of address information submitted through the procedure described in Paragraph 44 to appropriate State election officials.

46. In consultation with counsel for the United States, the Secretary of State and ALEA shall, within seven months of the effective date of this MOU, develop and implement uniform policies and procedures necessary to comply with Paragraphs 44 and 45.

### H. Electronic Integration Status Reports

47. Beginning January 2016, the State of Alabama will provide the United States with monthly status reports concerning the technical process to implement the procedures set out in Paragraphs 38, 39, and 41. The State of Alabama will email these reports to counsel for the United States on the 20th of the month or—in the event that the 20th or a subsequent day falls on a weekend, State or Federal holiday, or other day on which the offices of the Alabama Attorney General, the Secretary of State, and/or ALEA are closed—on the next business day. The State of Alabama will continue to provide such monthly status reports until the State of Alabama has completed work to integrate an NVRA-compliant voter registration application into each in-person application for an Alabama driver's license or other personal identification document, including any updates and patches anticipated at the time of the initial integration.

48. In the event that the State of Alabama, Secretary of State, and/or ALEA conclude that unforeseen technological or economic factors have rendered impracticable integration of the procedures set out in Paragraphs 38, 39, and 41 into the computerized systems currently used by the State of Alabama for in-person transactions, the Alabama Attorney General's Office will notify the United States of the technological or economic impediments and the conclusion of impracticability. Following such notice, the parties shall consult in good faith and may consent to an effective alternative in-person solution

that complies with the Motor Voter provision of the NVRA. The United States shall not unreasonably withhold consent to an effective alternative in-person solution following a showing of good cause by the State, Secretary of State, and/or ALEA.

**I. Training, Monitoring, and Public Education**

49. In consultation with the United States and the Secretary of State, ALEA shall within 60 days of the effective date of this MOU develop, implement, and offer an NVRA education and training program designed to facilitate compliance with the NVRA and the procedures set out in Paragraphs 22 and 23, 27 and 28, 31 and 32, and 34 to 36.

50. In consultation with the United States, and with the cooperation of the Secretary of State, ALEA shall within seven months of the effective date of this MOU develop, implement, and offer annual NVRA education and training programs for every ALEA employee and every county employee or agent responsible for providing services related to driver's licenses and other personal identification documents to Alabama residents. The training shall be mandatory for ALEA employees who provide services related to driver's licenses and other personal identification documents.

51. In consultation with ALEA, the Secretary of State shall use all reasonable and practicable efforts to facilitate implementation of the provisions set out in Paragraphs 38, 39, 41, 44, and 45 at the offices of relevant county judges of probate, license commissioners, and revenue commissioners. Such efforts shall include, but need not be limited to:

    a. Communicating with the relevant county officials and/or his or her employees and agents concerning the availability of annual NVRA education and training programs and strongly encouraging attendance at such programs;

    b. Providing signs that relevant county officials may display in their offices to advertise the availability of voter registration as a component of an application for a driver's license or other personal identification document;

    c. Encouraging county officials to provide information on any website that they maintain regarding the availability of voter registration opportunities as a component of applications for a driver's license or other personal identification card; and

    d. Communicating with county officials on at least an annual basis concerning the requirements of the Motor Voter provision of the NVRA and including information regarding the impact of successful implementation of this MOU.

52. ALEA shall designate an ALEA NVRA Coordinator and shall notify the United States as to the identity of the ALEA NVRA Coordinator within 30 days of the effective date of this MOU. The position of ALEA NVRA Coordinator shall continue to exist for at least one year beyond the termination of this MOU.

53. In the event of a vacancy in the position of ALEA NVRA Coordinator, ALEA shall fill the vacancy within 45 days and shall within 10 days of the appointment notify the United States of the appointee's name and contact information. In the event that ALEA elects to hire a new employee to serve as NVRA Coordinator, it may appoint an interim NVRA Coordinator while it complies with the hiring requirements and regulations of the State Personnel System.

54. The duties of the ALEA NVRA Coordinator shall include, but need not be limited to:

   a. Coordinating Statewide compliance with the Motor Voter provision of the NVRA and the provisions of this MOU, in consultation with the Secretary of State;

   b. Ensuring that, once the electronic system is in place, each application for a driver's license application or other personal identification document accepted by ALEA or a county judge of probate, license commissioner, or revenue commissioner, including any renewal application, incorporates an application for voter registration with respect to elections for Federal office;

   c. Ensuring that, once the electronic system is in place, each completed voter registration application submitted in connection with applications for driver's licenses and other personal identification documents is accepted by ALEA or a county judge of probate, license commissioner, or revenue commissioner and is transmitted to the appropriate State election officials under the timelines established in the Motor Voter provision of the NVRA, 52 U.S.C. § 20504(e);

   d. Ensuring that changes of address associated with a driver's license or other personal identification document submitted when renewing such document serve as notification of a change of address for voter registration with respect to elections for Federal office unless the registrant states that the change of address is not for voter registration purposes;

   e. Gathering information from the newly-implemented electronic system indicative of the State's compliance with the Motor Voter provision of the NVRA on a monthly basis, by county, including:

      i. The number of online and mail-based renewal applications for driver's licenses and other personal identification documents received;

      ii. The number of completed voter registration applications accepted and transmitted to election officials as part of such remote applications;

      iii. The number of in-person (non-kiosk) applications for driver's licenses and other personal identification documents received, including renewal applications;

      iv.    The number of completed voter registration forms accepted and transmitted to election officials as part of such in-person (non-kiosk) applications;

      v.    The number of in-person kiosk-based applications for driver's licenses and other personal identification documents received, including renewal applications;

      vi.    The number of completed voter registration forms accepted and transmitted to election officials as part of such kiosk-based applications;

      vii.    The number of changes of address submitted regarding a driver's license or other identification document without obtaining a duplicate identification document or renewing the identification document;

      viii.    The number of changes of address transmitted to election officials for voter registration purposes derived from such changes of address without a request for a duplicate identification document;

      ix.    The number of changes of address submitted regarding a driver's license or other identification document along with a request for a duplicate identification document but without renewing the identification document; and

      x.    The number of changes of address transmitted to election officials for voter registration purposes derived from such changes of address along with a request for a duplicate identification document.

f.    Reviewing the data set out in Paragraphs 54(e) and 56(c) and evaluating whether the data reflect potential or actual implementation problems;

g.    Sharing the data set out in Paragraphs 54(e) and 56(c) with the United States, subdivided by office, on a monthly basis until the termination of this MOU;

h.    Determining the necessity for any Statewide or office-specific corrective action plan and directing the implementation of any such corrective plan; and,

i.    Ensuring that ALEA websites and offices provide applicants for driver's licenses and other personal identification documents with prominent notice of opportunities to register to vote and update registration information as a component of an application, renewal application, or change of address.

55. Each ALEA Driver License Region Commander shall be responsible for ensuring ALEA offices within his or her Region remain in compliance with NVRA. This responsibility shall remain in place for at least one year following the termination of this MOU.

56. The duties of ALEA Driver License Region Commanders for the purposes of this agreement shall include but need not be limited to:

   a. Coordinating compliance with the Motor Voter provision of the NVRA and the provisions of this MOU in his or her ALEA Region;

   b. Identifying and resolving NVRA implementation problems;

   c. While the Interim Paper-Based Solution outlined in Paragraphs 22 and 23 remains in place, gathering and transmitting NVRA compliance data concerning each office in his or her Region to the ALEA NVRA Coordinator on a monthly basis, which shall include:

      i. The number of applications for driver's licenses and other personal identification documents received, including renewal applications;

      ii. The number of completed voter registration forms accepted and transmitted to election officials as part of such applications and renewals;

      iii. The number of changes of address submitted in concert with any procedure for issuance of a duplicate of a driver's license or other personal identification document that reflects a change of address but does not constitute a renewal of that document;

      iv. The number of completed voter registration forms accepted and transmitted to election officials as part of such a change of address procedure;

   d. Taking all reasonable steps to ensure that ALEA employees follow the NVRA-compliant procedures; and

   e. Ensuring that new ALEA employees with responsibilities related to driver's licenses or other personal identification documents within his or her Region receive information and training concerning the Motor Voter provisions of the NVRA and the requirements of this MOU within 14 days of the new employee's start date.

## J. Remedial Recapture Plan

57. The Secretary of State shall, by no later than July 31, 2016, contact by mail and provide an application to register to vote by mail to every individual who:

   a. Holds an Alabama driver's license or other personal identification document and

   b. Does not appear to be registered to vote in the State of Alabama.

58. The State of Alabama is not required to send the mailing to anyone objectively ineligible to register to vote as of the date of the mailing.

59. The Secretary may work with the Electronic Registration Information Center to identify individuals who meet the criteria set out in Paragraph 57(a)-(b).

60. Should the Secretary of State adopt an online voter registration method for Alabama residents who have an active driver's license or other personal identification document prior to the mailing described in Paragraph 57, the mailing will also include notice of the availability of online voter registration and instructions to complete voter registration online. However, any notice of the availability of online voter registration cannot supplant the provision of mail-in voter registration applications under Paragraph 57.

## K. Reporting and Monitoring

61. Beginning on July 15, 2016, on January 15 and July 15 of each year that this MOU remains effective, the Secretary of State and ALEA shall submit to the United States a report for the six-month period ending December 31 and June 30 respectively, which shall include the following components:

    a. A summary of efforts to implement the requirements of this agreement;

    b. A description of any corrective action plans devised and implemented pursuant to Paragraph 54(h) of this MOU or copies of any such corrective action plans; and

    c. Copies of all new or revised NVRA policies or procedures, rules or regulations, advertisements, notices, and training materials used in the preceding reporting period and not previously disclosed or to be used in the future.

## L. Deadlines and Tolling

62. Any deadline in this MOU may be extended by the consent of the parties. The United States shall not unreasonably withhold consent following a showing of good cause by the State, Secretary of State, or ALEA.

63. With regard to any provision of this MOU under which the parties are required to consult, any failure by any party to respond to a request for consultation within seven calendar days shall toll all related deadlines for the number of days beyond the initial seven days until the appropriate party provides its response.

## IV.  Enforcement

64. If at any time the United States obtains information that the State of Alabama is, or is about to be, in breach of any of the terms of this MOU, the United States shall advise the Governor, the Secretary of State, ALEA, and the Alabama Attorney General in writing by notice sent via overnight mail and email. The State shall have five business days

following transmittal of such notice to respond to the United States and shall reasonably endeavor to address the full scope of the potential breach. The parties shall thereafter attempt immediately to resolve any issue of potential noncompliance.

65. If the parties are unable to agree on a resolution of the issue under the procedures set out in Paragraph 64, the United States may take appropriate action to enforce the terms of this MOU.

66. Nothing in this MOU shall prevent the United States from taking any actions required to enforce any and all other applicable provisions of the NVRA.

67. This MOU creates no additional causes of action pursuant to the NVRA.

68. Any legal proceeding arising in connection with this MOU may be brought only in the United States District Court for the Middle District of Alabama, and all parties consent to venue in that court.

69. Any legal proceeding to enforce this MOU may seek specific performance of the terms therein.

70. In the event of litigation to enforce this MOU or the Motor Voter provision of the NVRA, the United States and the State of Alabama reserve the right to assert all appropriate claims, counterclaims, and defenses in that proceeding.

71. This MOU creates no third-party rights and may not be enforced by any individual, organization, or entity not a party thereto.

## V.   **Effective Date**

72. This MOU shall be effective immediately upon the execution of the last signatory.

73. In the event that the last signatory is for the United States, the United States shall notify the State of the final signature within two business days.

## VI.   **Termination**

74. This MOU shall terminate three years from its effective date, unless extended by consent of the parties.

75. Any legal proceeding to enforce the terms of this MOU brought before the MOU's termination date shall toll the termination of the specific provisions of the MOU at issue in the enforcement proceeding during the pendency of such proceeding.

76. In the event that the parties have attempted in good faith to resolve an issue of potential noncompliance under the procedures set out in Paragraph 64 and have failed to do so, the United States may, upon ten days' written notice to the Governor, the Secretary of State,

ALEA, and the Alabama Attorney General, terminate this MOU and enforce the Motor Voter provision of the NVRA, 52 U.S.C. § 20504, pursuant to Section 11 of the Act, 52 U.S.C. § 20510.

## VII.   <u>Construction</u>

77. This MOU shall be interpreted as if jointly written by all parties, and the rule of construction providing that any ambiguities are to be resolved against the drafting party shall not be used in interpreting this MOU.

78. Prior drafts of this MOU may not be used to construe this MOU.

The    undersigned    agree    to    the    terms    of    this    Memorandum    of    Understanding.

\

**FOR THE UNITED STATES OF AMERICA:**

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

T. CHRISTIAN HERREN, JR.
RICHARD DELLHEIM
DANIEL J. FREEMAN
SAMUEL OLIKER-FRIEDLAND
ALEXANDER G. TISCHENKO
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

11/12/15
Date

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

11·12·2015
Date

GEORGE L. BECK, JR.
United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104

11-12-15
Date

KENYEN R. BROWN
United States Attorney
Southern District of Alabama
63 South Royal Street, Suite 600
Mobile, Alabama 36602

11-12-15
Date

**FOR THE STATE OF ALABAMA:**

ROBERT BENTLEY, Governor
Alabama State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

NOV 13, 2015

Date

**FOR THE ALABAMA SECRETARY OF STATE:**

JOHN H. MERRILL, Secretary of State
Alabama State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

November 12, 2015
Date

**FOR THE ALABAMA LAW ENFORCEMENT AGENCY:**

SPENCER COLLIER, Secretary of ALEA
201 S. Union Street, Suite 300
Montgomery, Alabama 36104

11 / 12 / 15
Date

ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130



(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

# WES ALLEN
## SECRETARY OF STATE

July 16, 2024

Tammy M. Meckley
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
5900 Capital Gateway Drive
Camp Springs, MD 20588
tammy.m.meckley@uscis.dhs.gov

## VIA U.S. MAIL AND ELECTRONIC EMAIL TRANSMISSION

Dear Ms. Meckley,

This letter is a follow up communication to the USCIS video conference on July 10, 2024, held with my team and representatives from Alabama's U.S. Congressional delegation.

First, I appreciate the opportunity for meaningful discussion on this important issue. I remain hopeful that we will be able to work out a mutually acceptable solution.

USCIS's expressed concerns were received and, for the most part, understood. With them in mind, I would like to officially revise my previous request to USCIS to propose, instead, entering into a Memorandum of Agreement (MOA) that allows for: (1) Alabama to submit to USCIS, in an acceptable format, available identifying information collected for specific individuals who are suspected to be noncitizens who are attempting to register to vote or are registered; (2) so that USCIS can perform a check against its data and systems for those individuals for matches; and (3) provide Alabama with as much information available regarding each individual's citizenship status. In turn, (4) Alabama would use the match information provided by USCIS to facilitate further case-level inquiry by Alabama's local Boards of Registrars into each such individual's eligibility to vote.

In order to make the proposed process most effective, I propose using the most efficient method possible or "batch processing," as I understand your team terms the approach.

To further facilitate the most useful matching process, my team is working to obtain AINs for suspected cases identified through our Alabama Law Enforcement Agency's Driver License Division for driver licenses issued to foreign nationals so that AINs may be provided to USCIS when available. However, I cannot promise that Alabama will be able to supply an AIN to USCIS for all suspected cases whose other identifying information would need to be submitted for matching. I propose developing a mutually agreed upon match criteria for such instances for inclusion in the MOA.

EXHIBIT
**13**

Meckley
USCIS
July 16, 2024
Page 2 of 2

As a helpful next step, please provide sample MOAs, such as those MOAs developed with Texas and Nevada as discussed during the video conference with my team that governed similar, even if not identical, approaches, so that we may begin work on drafting proposed MOA language for USCIS's consideration.

Please contact my General Counsel, Michael L. Jones, Jr., at (334) 353-7857 or by email at mike.jones1@sos.alabama.gov if further discussion is needed.

Sincerely,

Wes Allen
Secretary of State

Cc:    Felicia Carrillo, Chief of Staff, Office of the USCIS Director
       Steve Dove, Chief, Office of the USCIS Executive Secretariat
       Senator Katie Britt, United States Senate
       Senator Tommy Tuberville, United States Senate
       Representative Jerry L. Carl, United States House of Representatives
       Representative Barry Moore, United States House of Representatives
       Representative Mike Rogers, United States House of Representatives
       Representative Robert Aderholt, United States House of Representatives
       Representative Dale Strong, United States House of Representatives
       Representative Gary Palmer, United States House of Representatives
       Representative Terri Sewell, United States House of Representatives

 **Alabama Secretary of State** 

# Secretary of State Wes Allen Implements Process to Remove Noncitizens Registered to Vote in Alabama

Home  >  Newsroom  >  Secretary of State Wes Allen Implements Process to Remove Noncitizens Registered to Vote in Alabama

*Please email sospress@sos.alabama.gov to be subscribed to our mailing list.*

After being sworn into office on January 16, 2023, Alabama Secretary of State Wes Allen immediately initiated strategic efforts to ensure that Alabama has the cleanest and most accurate voter file in the country. As part of this effort, Secretary Allen has identified 3,251 individuals who are registered to vote in Alabama who have been issued noncitizen identification numbers by the Department of Homeland Security. The Secretary announced today that he is instructing the Boards of Registrars in all 67 counties to immediately inactivate and initiate steps necessary to remove all individuals who are not United States Citizens.

"I have been clear that I will not tolerate the participation of noncitizens in our elections," Allen said. "I have even gone so far as to testify before a United States Senate Committee regarding the importance of this issue. We have examined the current voter file in an attempt to identify anyone who appears on that list that has been issued a

EXHIBIT
14

noncitizen identification number."

Repeated requests to the United States Federal Government to assist Allen's efforts by providing a list of noncitizens currently residing in Alabama have been declined. This lack of cooperation led Allen to approach the issue in a different way.

Allen says it is possible that some of the individuals who were issued noncitizen identification numbers have, since receiving them, become naturalized citizens and are, therefore, eligible to vote. The process initiated by the Secretary of State's Office will allow those naturalized citizens to update their information on a State of Alabama Voter Registration Form and, once verified, vote in the state's elections.

Allen has also provided the list of registered voters identified as having been issued a noncitizen identification number to the Office of Alabama Attorney General Steve Marshall for further investigation and possible criminal prosecution.

"This is not a one-time review of our voter file. We will continue to conduct such reviews to do everything possible to make sure that everyone on our file is an eligible voter," Allen said. "I am hopeful that in the near future the federal government will change course and be helpful to states as we work to protect our elections."

Wes Allen is Alabama's 54th Secretary of State. The Secretary of State is Alabama's Chief Elections Official. Additionally, Alabama law gives the Secretary of State more than 1,000 different duties. To learn more about the Secretary of State and his responsibilities and duties visit www.sos.alabama.gov.

###

*Secretary of State Wes Allen's official photograph: https://www.sos.alabama.gov/sites/default/files/inline-images/AllenBioHighRes.jpg

Alabama Directory   -   Online Services   -   Alabama.gov   -   Statements & Policies   -   Feeds   -   Contact Us

P.O. Box 5616 Montgomery, AL 36103-5616   -   Phone: (334) 242-7200   -   Fax: (334) 242-4993

## Elrod, Jeff

| | |
|---|---|
| **From:** | Elrod, Jeff |
| **Sent:** | Tuesday, August 13, 2024 10:44 AM |
| **To:** | BOR -- All Counties |
| **Subject:** | Voter Citizenship Verification |
| **Attachments:** | VR_Labor_Matches_Alien -County-Final.xlsx; SOS_ForeignNationals_County_New-FINAL.xlsx; Template Letter to Voters - Non-Citizen-08.08.2024.docx |

Dear Boards of Registrars:

The Alabama Secretary of State has acquired official information that shows some Alabama registered voters have been issued a non-citizen identification number by the Department of Homeland Security.

Our Office has prepared a template letter for your boards to issue to these voters.  There are two separate Excel spreadsheets for your county to work.

Please mail a letter to each such listed voter notifying them of the finding.  When you mail the individual a letter, you will change their status to "**NVRA-Inactive**" with status reason of "**Pending citizenship verification**".

Your mailing will include: **(1) Letter to voter, (2) Voter Removal Request form NVRA-25, and (3) State of Alabama Voter Registration Form NVRA-2.**

- If the voter returns the NVRA-25 or otherwise responds in writing that they are a noncitizen and they wish to be removed from the voter file, please change the voter status as "Disqualified" with status reason of "Not a U.S. Citizen".  Please notify our office afterwards with this information by emailing Candace.Payne@sos.alabama.gov.
- If the voter returns the voter registration form or otherwise affirms that they are a citizen of the United States and are determined to be eligible to vote, you will change the voter's status from "NVRA-Inactive" to "Active".

If the voter responds in writing, returns the NVRA-25, or returns the State of Alabama Voter Registration Form, ensure you scan the document  to the voter's record.

*Jeff Elrod*
*Director of Elections*
Office of Secretary of State Wes Allen
600 Dexter Ave, Suite E-206
Montgomery, AL 36130
(334) 353-7177 (office)
(334) 840-4740 (cell)

EXHIBIT
**15**



# Voter Removal Request Form NVRA-25

## Office of the Secretary of State ◆ State of Alabama

 **TO REMOVE <u>YOUR</u> NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

**PLEASE NOTE - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.**

| First Name (please print) | Middle or Maiden Name | Last Name | Suffix | E-mail Address | | |
|---|---|---|---|---|---|---|
| Voter's Address as Appears on Alabama Voter Registration Record | | | | City | State | ZIP Code |
| Voter's Current Mailing Address (if different from above) | | | | City | State | ZIP Code |

| Date of Birth (mm/dd/yyyy) | Driver's License Number | If no Alabama Driver's License Number |
|---|---|---|
| Home Telephone Number (   ) | Cell Telephone Number (   ) | STATE        NUMBER | Last 4 digits of Social Security No. |

---

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

☐ I no longer want to be a registered voter in the State of Alabama.

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ County in the State or (Commonwealth) of _____ .

☐ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

**Is there anything you would like to share about your experience with voting in the State of Alabama?** (If you need more space, please continue on the other side of this form.)

---

Voter's Signature

Voter's Printed Name

Date of Voter's Signature (mm/dd/yyyy)

**EXHIBIT 16**

Revision Date – 11.23.2021

-Template Letter-

Dear First Last Name:

Secretary of State Wes Allen has provided our Office with information that shows you have been issued a noncitizen identification number by the Department of Homeland Security.  You are also a registered voter in Alabama.

This letter is informing you that only eligible United States citizens that reside in Alabama may register to vote in the state.  Therefore, your voter record has been made inactive and you have been placed on a path for removal from the statewide voter list.

Please complete and submit the enclosed **Voter Removal Request** form to immediately be removed from the voter list and become compliant with state and federal law requirements.

If you are a citizen of the United States, and are otherwise eligible to register to vote in Alabama, please complete and submit the enclosed **State of Alabama Voter Registration Form**, and include your current Alabama driver license number or nondriver ID number, or the last four of your social security number (if you do not have an Alabama driver license).

Sincerely,


Board of Registrars

EXHIBIT
**17**

**Elrod, Jeff**

| | |
|---|---|
| **From:** | Elrod, Jeff |
| **Sent:** | Wednesday, September 18, 2024 5:02 PM |
| **To:** | BOR -- All Counties |
| **Subject:** | Voter Citizenship Verification- 2nd Notice |
| **Attachments:** | Revised Template Ltr 9-18-24 FINAL.docx; ALEA-SOS_Noncitizen_2nd File_County.xlsx; LABOR_SOS_Noncitizen_2nd File_County.xlsx |

Dear Boards of Registrars:

You previously mailed a notice letter to voters that reported information to ALEA or the Department of Labor that they were a noncitizen.

We have tracked the progress of that list and there are now 2,428 voters of the initial group that are inactive and have yet to update their registration or remove themselves from the voter list.

Attached to this email is a template letter along with the subsets of voters (2 spreadsheets broken down by county) that need to receive a second letter to further clarify that they need to update their registration if they are a citizen or remove themselves from the voters list if they are a noncitizen.

<u>When you are using the template letter, please ensure you enter your Board's pertinent information in the highlighted fields and remove yellow highlighting from those areas as well as the "template" designation</u> before finalizing the letter for issuance.

Please mail each of your county's voters the following:  **(1) Second notice letter to voter, (2) Voter Removal Request form NVRA-25, and (3) State of Alabama Voter Registration Form NVRA-2.**

Sincerely,


*Jeff Elrod*
*Director of Elections*
Office of Secretary of State Wes Allen
600 Dexter Ave, Suite E-206
Montgomery, AL 36130
(334) 353-7177 (office)
(334) 840-4740 (cell)

EXHIBIT
**18**

Template Letter

Date

NAME
ADDRESS
ADDRESS

Dear _____:

This letter is a follow up to our earlier letter informing you that we have information indicating you may not be a United States citizen, even as you are a registered voter in Alabama.  We are informed that either you identified yourself as a noncitizen and provided a noncitizen identification number issued by the Department of Homeland Security to obtain a foreign national driver license in the State of Alabama or you marked that you were a noncitizen and provided a noncitizen identification number to apply for unemployment benefits with the Alabama Department of Labor. Only eligible United States citizens who reside in Alabama may register to vote and vote in the state. Therefore, your voter record has been made "Inactive" and you will be placed on a path to be removed from the voter list in four years.

If you are a <u>noncitizen</u> of the United States or if you have moved out of state, please submit the enclosed **Voter Removal Request** form to immediately be removed from the voter list. Once you have taken action, you can go to the Secretary of State's Registration Information page at https://myinfo.alabamavotes.gov/voterview and search for yourself to confirm that you are no longer registered.

If you are a <u>citizen</u> of the United States and are otherwise eligible to register to vote in Alabama, you have three options to ensure you can vote in the upcoming General Election on November 5, 2024.

1)  You can complete and submit the enclosed **State of Alabama Voter Registration or the Federal Voter Registration Form**. The form will be used to update your current voter registration status to "Active" and you will be able to vote in the November 5, 2024 General Election and thereafter without any additional steps. If you choose this option, ensure your form is postmarked by **October 21, 2024**.

2)  If you have an Alabama driver's license or non-driver ID, you can complete a voter registration form online at AlabamaVotes.gov.  The form will be used to update your current voter registration status to "Active" and you will be able to vote in the November 5, 2024 General Election and thereafter without any additional steps.  If you choose this option, ensure you complete the process by midnight on **October 21, 2024**.

3)  If you prefer, or if you miss the deadlines above, you can go to your assigned polling place **on Election Day**. You will be provided an update form, which is very similar to the voter registration form, and you will need to complete that form before voting.  Once you complete the update form and provide it to the poll worker, you will be able to vote a regular ballot.  After the election, the form will be used to update your current voter registration status to "Active" and you will be able to vote in future elections without any additional steps.

If you need to vote absentee, you are encouraged to first update your information with your local Board of Registrars as described above. Regardless, you will be allowed to vote absentee pursuant to the normal process.

EXHIBIT
19

Once you have taken action (processing may take up to 14 days), you can go to the Secretary of State's Registration Information page at https://myinfo.alabamavotes.gov/voterview and search for yourself to confirm that your registration status been made "Active." Your status is listed at the top, under your name and address. The search will also provide you with your polling location and information about the districts you reside in.

If you do not update your voter registration or vote in the 2024 General Election, you will be placed on a path to be removed from the voter list in four years, following the 2028 General Election. During those four years, you can complete a **State of Alabama Voter Registration Form**, including online at AlabamaVotes.gov, or the **Federal Voter Registration Form** or you can complete an update form at the polls on any Election Day and your voter registration status will be updated to "Active." After four years, if you have not updated your registration or voted in an election, you will be removed. At that point, if you are—or have become—a citizen, it will be necessary for you to complete and submit a **State of Alabama Voter Registration Form**, including online at AlabamaVotes.gov, or the **Federal Voter Registration Form** before the registration deadline for the next election in which you wish to participate.

If you have any questions, please contact our office at NUMBER.

Thank you for tending to this important matter, and helping to ensure that Alabama's elections are decided by eligible U.S. citizens.

Sincerely,


[Signature]


NAME



ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130

(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

## WES ALLEN
### SECRETARY OF STATE

September 19, 2024

R. Tamar Hagler, Chief
Richard A. Dellheim, Attorney
Daniel J. Freeman, Attorney
Kelli M. Slater, Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, DC 20530

## VIA U.S. MAIL AND ELECTRONIC EMAIL TRANSMISSION

Dear Chief Hagler and Attorneys Dellheim, Freeman, and Slater,

This letter is a follow up to my initial response, dated September 6, 2024, to your letter, dated September 4, 2024. Both letters are enclosed for reference. It also supplements our Zoom government video conference held on September 11, 2024.

Your letter requested certain documents and information and those requests were expounded upon during the video conference. Please find enclosed with this letter copies of requested responsive documents and information, to the extent they exist, and which are being produced in compliance with Title III of the Civil Rights Act of 1960, 52 U.S.C. §§ 20701-06, as relevant authority asserted by the USDOJ.

Also, please accept the following supplemental information to my initial response, which also addresses the specific questions posed by USDOJ during the video conference:

First, I have confirmed that to date none of the 3,251 individuals have been removed from the statewide voter list without having submitted an NVRA-25 request for removal form as previously communicated. A copy of the referenced NVRA-25 form is enclosed. Exhibit A. Those individuals made inactive on the list of 3,251 who do not update their voter registration information as requested to be made active are not scheduled to be removed from the voter list until after the 2028 General Election and only then if they do not update their information or vote in an election in the meantime.

Also enclosed is data compiled from Alabama's voter registration database, PowerProfile, showing the current status of each individual's voting record. *See* Exhibit B. This data shows that 717 individuals of the 3,251 who the Secretary issued direction to the Boards of Registrars to notify

EXHIBIT
20

Hagler, Dellheim, Freeman, and Slater
September 19, 2024
Page 2 of 5

_____

about concerning noncitizen data associated with their voter record are currently active status. *See id.* This data further shows that at least 106 individuals have self-removed. *See id.* The Secretary has forwarded this update to the Attorney General's Office to supplement the original referral. No additional individuals have been added to the original list of 3,251 to date. The Secretary does intend to periodically receive updates going forward from ALEA for new FN driver license issuances as well as data from the Department of Labor for new unemployment claims where the applicant self-identifies as a noncitizen after the 2024 General Election.

As further discussed during the video conference, no documentary proof of U.S. citizenship is being required for any individual to be returned to active status pursuant to federal law limitations. Rather, the individuals who have been contacted and invited to update their information because of the noncitizen data associated with their voter record may do so online immediately, 24/7, through the Secretary's online voter registration portal at: https://www.sos.alabama.gov/alabama-votes/voter/register-to-vote up to the applicable voter registration deadline. Otherwise, individuals may return a voter registration form in person or by U.S. Mail up to the deadline or even complete a voter reidentification/update form on election day at their assigned polling place. A copy of both referenced state forms are enclosed. Exhibits C-D. A voter may also opt to submit requisite updates via the federal voter registration form. Exhibit E.

On September 18, 2024, the Secretary sent the enclosed follow up direction and template correspondence (Exhibit F) to the local Boards of Registrars to use to send further information to those 2,428 remaining in inactive status. By doing so, he seeks to assure any eligible voters whose information needs updating that if they follow the simple steps requested to update their information, whether online, in person, or by U.S. Mail, before the registration deadline or, even if they wait to do so at their assigned polling place on election day, they will be able to vote. Also, he is reminding individuals of the ability to check their voter registration status themselves online here: https://myinfo.alabamavotes.gov/voterview. All of this information is included in the provided template.

You asked about the methodology employed to compare and match Alabama Law Enforcement Agency (ALEA) and Department of Labor data to the statewide voter file for this project. Available ALEA data was identified that extended back to approximately 2005; however, only data where the last credential issued by ALEA was a foreign national (FN) driver license with an "FN" designation was included in the ALEA file. That ALEA data was matched to the voter file (at the time) using the following match criteria: driver license number, date of birth, first name, last name, last four of social security number. Matches were tiered as strong or weak based on the number of criteria matching exactly. Those matches deemed too weak were excluded. The initial ALEA match file included 7,122 individuals with only 1,810 matches returned as strong. Manual review of these strong returns was conducted by staff members who randomly sampled individual returns at a rate of approximately 25% to confirm accuracy. After sampling was completed, the full file was next re-compared against the then current voter file, using exact matches based on the same criteria, minus driver license number, which resulted in additional exclusions to produce a

Hagler, Dellheim, Freeman, and Slater
September 19, 2024
Page 3 of 5

total of 1,241 ALEA matches. A statistical breakdown of matching criteria categories for the final 1,241 is enclosed. Exhibit G.

A more stringent approach was taken with provided Department of Labor data to compare and produce matches. Only unemployment claimant records with "noncitizen" selected by the claimant, using an associated AIN were provided by Labor, dating back to January 10, 2020. The following match criteria was used: first name, last name, date of birth, and last four of social security. Only exact matches between the Labor data and the voter list for all four criteria categories were accepted. The initial number of described records provided by Labor was 12,467. Those records were culled using the exact match of all four criteria to only 2,010. Those 2,010 were then added to the ALEA matches (1,241) to produce the total list of 3,251 individuals who were notified and requested to update their voter registration information.

Please note that this state-level approach was only taken by the Secretary after multiple attempts to obtain what should be the most useful data regarding citizenship status directly from USCIS. Secretary Allen first officially contacted the U.S. Citizenship and Immigration Services (USCIS) in October 2023. He asked the agency to provide, at a minimum, the list of noncitizens known to reside in Alabama so that state registrars could verify the eligibility of individuals on the voter rolls. After two months, the agency rejected his request. Secretary Allen reiterated his request in various forms—imploring officials within the Department of Homeland Security (DHS), the Department of Justice (DOJ), and the White House to help him address the problem of noncitizen voting. Time and again, the agencies have delayed, demurred, and redirected the Secretary to dead ends. By refusing to provide the requested citizenship information, USCIS has violated a nondiscretionary duty under federal law, specifically, Section 642 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA).[1] Significantly, the Secretary's request for a MOA with USCIS for basic SAVE access has received no meaningful response. Moreover, the Secretary's request for a more meaningful "batch process" approach to do what states like Nevada and Texas have pursued with USCIS, including copies of those state's MOAs or a template MOA based on information provided by USCIS during a video conference on July 10, 2024, have also gone without a response. In fact, during that conference, USCIS agreed the batch process was what the Secretary needed to most effectively and efficiently maintain the state voter list and additionally pointed us to state agencies like ALEA and the Department of Labor who currently use SAVE and may be able to offer access to AINs, as USCIS described other states have done. Applicable records relating to these efforts, including a timeline of events through May 2024, are enclosed. Exhibit H.

To be clear, you correctly interpreted that the renewal timeframe for a FN driver license in Alabama is based upon the immigration documents at the time of issuance in each case. Ala. Code

---

[1]      8 U.S.C. §1373(c)("[DHS] shall respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law, by providing the requested verification or status information.").

Hagler, Dellheim, Freeman, and Slater
September 19, 2024
Page 4 of 5

_____

Section 32-6-10.1(e) ("The license issued to a foreign national shall expire on the date of the expiration of the acceptable form of immigration documentation provided at the time of application."). However, the maximum term of an FN driver license is the same as a regular driver license, which is 4 years, even if the end of stay date reflected by applicable immigration documents is more than 4 years.[2] Other requested laws, rules, regulations and policy surrounding the issuance and reissuance of a foreign national driver license in the State of Alabama are enclosed. *See* Exhibit I (including Alabama Code Section 32-6-10.1(f), which requires foreign nationals to reinitiate the licensing process to renew in the same manner as a first-time applicant; Section 32-6-1(b), which states, "Failure to make application for renewal within the specified time frame shall result in the applicant being required to take, and successfully pass, a written examination and driving test as administered by ALEA" and references the applicable renewal period for all Alabama licensees, not just FNs, being up to three years following expiration date before requiring a retest; Alabama Administrative Code Section 760-X-1-.20, titled "Authorized Presence," lists the required documentation of legal presence to obtain an Alabama license or non-driver identification card; and an excerpt from ALEA's Examiner's Guide). Also, FN licenses cannot be renewed online in Alabama and no FN license will be issued for less than a period of 30 days. *See* Ala. Code § 32-6-10.1(f)-(g).

You asked multiple questions about impacts on the absentee voting process. Individuals on the list of 3,251 are encouraged to first update with the local Boards of Registrars, but will be allowed to vote absentee in the upcoming election pursuant to the lawful process. Their cast ballot will count the same as any other absentee ballot cast. In the event an absentee election manager (AEM) receives an application for an absentee ballot from anyone, whether they are active status or inactive status, including any individual on the list of 3,251 who is inactive, the AEM will process the absentee ballot application if the application's physical address matches the voter's registration address. For any requesting voter, whether active or inactive and regardless of why the voter is in that status, in the event that these addresses do not match, the AEM will hold the application and contact the individual and direct them to update their information with the local Board of Registrars or online. If the AEM is unable to contact the voter, eventually the AEM must reject the absentee application, send a letter explaining the reason, and will even obtain and provide a provisional ballot with a voter reidentification/update form back to the applicant. *See* Exhibit D.

You also asked about poll worker training covering inactive status voters at the polling place. To clarify, the Secretary of State is Alabama's chief elections official and is authorized to provide uniform guidance for election activities pursuant to Alabama Code Section 17-1-3(a). The probate judge is the chief elections official for the county and serves as the chair of the "appointing board," which is responsible for appointing and training poll workers locally. *See* Ala. Code §§ 17-

_____

[2]    An Alabama non-driver ID term is 8 years. The maximum term of an FN non-driver ID is also 8 years even if the end of stay date reflected by applicable immigration documents is more than 8 years. Also, individuals who are disabled or are 62 years of age or older may obtain a lifetime ID card if they do not drive (but they must forfeit their driver license license). Foreign Nationals are not eligible to obtain a lifetime ID.

Hagler, Dellheim, Freeman, and Slater
September 19, 2024
Page 5 of 5

1-2(1); 17-1-3(b); 17-8-1; 17-8-9. Pursuant to Section 17-1-3(a), the Secretary prepares a poll worker guide. Exhibit J. Moreover, this Office participates in compiling the electronic Alabama Elections Handbook (21st Edition), as prepared by the Alabama Law Institute, available online: https://alison.legislature.state.al.us/files/pdf/lsa/ALI/election_handbook/Alabama_Election_Handbook_21st_Edition.pdf. Along with preparing these existing resources, the Secretary intends to also circulate general guidance to election officials across Alabama closer to election day for the 2024 General Election to remind of existing protocols for handling inactive status voters at the polling place, regardless of why a particular voter may be inactive. Any suggestions offered from the USDOJ to include in this guidance are welcome, but I will plan to share a copy of the Secretary's guidance once issued with you regardless.

Please do not hesitate to contact me with any questions about this letter at (334) 353-7857 or by email at mike.jones1@sos.alabama.gov.

Sincerely,

Michael L. Jones, Jr.
General Counsel

Enclosures

# VOTER'S REIDENTIFICATION/UPDATE FORM
FOR USE BY U.S. CITIZENS ONLY ◆ FILL IN ALL BOXES ON THIS FORM ◆ PLEASE USE INK ◆ PRINT LEGIBLY

☐ UPDATE    ☐ VERIFICATION

NVRA-20

| ① Are you a citizen of the United States of America? | ☐ Yes ☐ No ⬅ | **ATTENTION!** If you answer "No" to either of these questions, do not complete this application. |
|---|---|---|
| ② Will you be 18 years of age on or before election day? | ☐ Yes ☐ No ⬅ | |

③ Print Your Name:

First    Middle    Last    Suffix

④ Print Maiden Name / Former Name (if reporting a change of name)

First    Middle    Last    Suffix

⑤ Date of Birth (mm/dd/yyyy)    ⑥ Primary Telephone    ⑦ Email Address

(     )

**Alabama Driver's License or Non-Driver ID Number:**    STATE    NUMBER

**IF YOU HAVE NO ALABAMA DRIVER'S LICENSE OR ALABAMA NON-DRIVER ID NUMBER**

**Last four digits of Social Security number:**

☐ I do not have an Alabama driver's license or Alabama non-driver ID or a Social Security number.

**⑧ Addresses**

**Current**

| Address where you live: (Do not use post office box) | Home Address (include apartment or other unit number if applicable) | City | State | ZIP |
|---|---|---|---|---|
| Address where you receive your mail: | Mailing Address, if different from Home Address | City | State | ZIP |

**Old**

| Address where you were last registered to vote: (Do not use post office box) | Former Address | County | State | ZIP |
|---|---|---|---|---|

**EXHIBIT 21**

⑨ Race (check one)
☐ White    ☐ Black
☐ Asian    ☐ American Indian
☐ Hispanic    ☐ Other

⑩ Sex (check one)
☐ Female    ☐ Male

**WARNING!** If you falsely sign this statement, you can be convicted and imprisoned for up to five years.

⑪ Place of Birth    City    County    State    Country

**VOTER DECLARATION - READ AND SIGN**

▶ I am a U.S. citizen
▶ I live in the State of Alabama
▶ I will be at least 18 years of age on or before election day
▶ I am not barred from voting by reason of a disqualifying felony conviction
▶ I have not been judged "mentally incompetent" in a court of law

I SOLEMNLY SWEAR OR AFFIRM TO SUPPORT AND DEFEND THE CONSTITUTION OF THE UNITED STATES AND THE STATE OF ALABAMA AND FURTHER DISAVOW ANY BELIEF OR AFFILIATION WITH ANY GROUP WHICH ADVOCATES THE OVERTHROW OF THE GOVERNMENTS OF THE UNITED STATES OR THE STATE OF ALABAMA BY UNLAWFUL MEANS AND THAT THE INFORMATION CONTAINED HEREIN IS TRUE, SO HELP ME GOD.

Your Signature: _____    Date: _____

## VERIFICATION
### (to be completed by election official)

**The voter's eligibility and registration were**

**confirmed by** _____

_____

_____

**on the** _____ **day of**

_____ **, 20** _____.

_____

**Printed Name of Poll Official**

_____

**Signature of Poll Official**

**Map/diagram:** If your house has no street number or name, please draw a map of where your house is located.  Please include roads and landmarks.

**North**

**REGISTRARS USE ONLY**

DATE   ☐ APPROVED   ☐ DENIED

_____
(mm/dd/yyyy)

_____
Board member

County Pct _____

_____
Board member

City Pct _____

_____
Board member

**Elrod, Jeff**

| | |
|---|---|
| **From:** | Elrod, Jeff |
| **Sent:** | Wednesday, September 25, 2024 3:11 PM |
| **To:** | BOR -- All Counties |
| **Subject:** | Updated Status Notification |

Dear Registrars:

Regarding the citizenship verification project you have been working on, please make sure that as you are processing updated registrations from voters, you are properly notifying the voter after placing them in "Active" status. When you have placed a voter in "Inactive" status for any reason, the voter must update their information with you. After an "Inactive" voter has sufficiently updated their information, and they are otherwise eligible to register to vote, their status should be changed to "Active." When you make the voter active, you should then generate a Voter Identification Card to send to the voter confirming that they are now an actively registered voter. If you have recently changed any voters from "Inactive" status to "Active," and you did not send a Voter Information Card to them, please do so immediately. Voters who have gone from "Inactive" to "Active" should know that their information has been updated and it is your responsibility to inform them.

Please let me know if you have any questions.

Thank you,

*Jeff Elrod*
*Director of Elections*
Office of Secretary of State Wes Allen
600 Dexter Ave, Suite E-206
Montgomery, AL 36130
(334) 353-7177 (office)
(334) 840-4740 (cell)

EXHIBIT
**22**

## Elrod, Jeff

| | |
|---|---|
| **From:** | Elrod, Jeff |
| **Sent:** | Thursday, September 5, 2024 3:03 PM |
| **To:** | BOR -- All Counties |
| **Subject:** | Instructions on Processing Citizenship Verifications |

Dear Boards of Registrars:

Our Office issued guidance to you on August 13, 2024 regarding voter citizenship verification for 3,251 individuals statewide. The guidance directed you to send each individual a letter, provide the NVRA-25 form, provide a voter registration form, and to place them on the inactive list as "NVRA-Inactive" due to "Pending Citizenship Verification". The purpose of this effort is to allow individuals with noncitizen data currently associated with their record to correct their voter registration information or request self-removal, as applicable to their circumstances.

Clarification for the previous direction is needed. There is no **"NVRA-Inactive"** status in PowerProfile at this time. Therefore, you shall change these voters to "Inactive" with a status reason of **"Pending Citizenship Verification"**. Elections Systems and Software (ES&S) is working to prepare the database to place every voter that you assign "Inactive" due to "Pending Citizenship Verification" on a path to removal. Once this new component is developed, and only after the general election on November 5, 2024, ES&S will flag these voters to be removed in December of 2028, unless they update, vote, or are removed from the voters list for other applicable reasons.
Any voter that updates or corrects their registration on or before November 5, 2024 shall be changed to "Active" status, per your usual procedures. Any voter that returns the NVRA-25 form shall be placed in a status of "Disqualified".

If the voter confirms on the form or otherwise in writing that they are a noncitizen, you will mark the status reason as **"Not a U.S. Citizen".** If the voter checks the box for "I no longer want to be a registered voter…" or "I do not wish to state a reason…", you will mark the status reason as "**Other – See Notes**". In the notes you will input that they completed the NVRA-25. If the voter checks the box for "I no longer reside in…" or "I am currently registered to vote in…", you will mark the status reason as "**Move Outside of County/City/State**".

For cases where you run the verification check on the existing driver license and/or last four of social security number, and the system responds that either number is <u>verified</u>, you may change the voter's status back to "Active" (unless the voter was inactivated for a separate reason). The verification procedure confirms their eligibility and no further action is needed by the voter.
If the voter submits an update form via a hard copy registration form or online through Alabamavotes.gov, and the corrected driver license number or last four of social security number returns as <u>verified</u>, you may change the voter's status back to "Active". No further action is needed by the voter.

Please ensure all communications to and from these voters are scanned into PowerProfile.

*Jeff Elrod*
*Director of Elections*
Office of Secretary of State Wes Allen
600 Dexter Ave, Suite E-206
Montgomery, AL 36130
(334) 353-7177 (office)
(334) 840-4740 (cell)

**EXHIBIT 23**

 

# Voter Removal Reque

## Office of the Secretary of State ◆ S

 **TO REMOVE YOUR NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

 **PLEASE NOTE -** If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | Middle or Maiden Name | Last Name | Suffix | E-mail Address | | |
|---|---|---|---|---|---|---|
| Voter's Address as Address on Alabama Voter Registration Record | | | | City *Trussville* | State *AL* | ZIP Code |
| Voter's Current Mailing Address (if different from above) | | | | City | State | ZIP Code |
| Date | | | Driver's License Number | | If no Alabama Driver's License Number | |
| Home Telephone Number | Cell Telephone Number | | STATE     NUMBER | | Last 4 digits of Social Security No. | |

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

☐ I no longer want to be a registered voter in the State of Alabama.

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ County in the State or (Commonwealth) of _____.

☐ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

**Is there anything you would like to share about your experience with voting in the State of Alabama?** (If you need more space, please continue on the other side of this form.)

*I am not a U.S. Citizen and I never registered to vote.*

Voter's Signature                                    Voter's Printed Name

*9/10/2024*

Date of Voter's Signature (mm/dd/yyyy)

**EXHIBIT 24**

Revision Date – 11.23.2021



# Voter Removal Request Form NVRA-25
## Office of the Secretary of State ✦ State of Alabama

 **TO REMOVE <u>YOUR</u> NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

**PLEASE NOTE** - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | Middle or Maiden Name | Last Name | Suffix | E-mail Address | | |
|---|---|---|---|---|---|---|
| **Voter's Address as Appears on Alabama Voter Registration Record** | | | | City Moody | State AL | ZIP Code |
| **Voter's Current Mailing Address (if different from above)** | | | | City | State | ZIP Code |

| Date of Birth (mm/dd/yyyy) | | Driver's License Number | | If no Alabama Driver's License Number |
|---|---|---|---|---|
| Home Telephone Number ( ) | Cell Telephone Number | STATE | NUMBER | Last 4 digits of Social Security No. |

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

☑ I no longer want to be a registered voter in the State of Alabama.

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ County in the State or (Commonwealth) of _____ .

☐ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

**Is there anything you would like to share about your experience with voting in the State of Alabama?** (If you need more space, please continue on the other side of this form.)

*I'm not a citizen.*

Voter's Signature

Voter's Printed Name

09/05/2024
Date of Voter's Signature (mm/dd/yyyy)

21



# Voter Removal Request

### Office of the Secretary of State ◆ State of Alabama

(!) **TO REMOVE _YOUR_ NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

 **PLEASE NOTE** - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | Middle or Maiden Name | Last Name | Suffix | E-mail Address |
|---|---|---|---|---|

| Voter's Address as Appears on Alabama Voter Registration Record | City Guntersville | State AL | ZIP Code |
|---|---|---|---|

| Voter's Current Mailing Address (if different from above) | City | State AL | ZIP Code |
|---|---|---|---|

| Date of Birth (mm/dd/yyyy) | Driver's License Number | If no Alabama Driver's License Number Last 4 digits of Social Security No. |
|---|---|---|

| Home Telephone Number | Cell Telephone Number ( ) | STATE    NUMBER |
|---|---|---|

---

**Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:**

[X] I no longer want to be a registered voter in the State of Alabama.

[ ] I no longer reside in _____ County, Alabama.

[ ] I am currently registered to vote in _____ County in the State or (Commonwealth) of _____.

[ ] I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

*RECEIVED SEP 05 2024*

**Is there anything you would like to share about your experience with voting in the State of Alabama?** (If you need more space, please continue on the other side of this form.)

I HAVE NEVER REGISTERED TO VOTE. I DO NOT UNDERSTAND
How I WAS placed on the registered voter LIST. I am not allowed
TO VOTE IN elections. Please remove me.

---

| Voter's Signature | Voter's Printed Name |
|---|---|

_09/04/2024_
Date of Voter's Signature (mm/dd/yyyy)

Disqualified
Not a US citizen

Revision Date - 11.23.2021

09/13/2023

Dear Barry Stephenson,

This letter is a respond to your letter dated 08/26/2024.

I have never completed a state of Alabama voter registration form; therefore, I have always been compliant with state and federal law requirements. I have also never provided permission to any individual or entity to complete a state of Alabama voter registration form on my behalf.

I am quite aware of the eligibility to vote in federal elections in this country. I have been domiciled in the state of Alabama for 35 years and have never had the desire to register and vote in this state or country.

To that end, can you provide me with a copy of the state of Alabama voter registration form with my signature affix? Also, will the Secretary of State open an intensive investigation into this matter (how my name ended up on the registered voter list in the state of Alabama without my knowledge or permission)?

Sincerely,



Taxpayer

EXHIBIT
25



# Voter Removal Request Form NVRA-25
## Office of the Secretary of State ✦ State of Alabama

 **TO REMOVE <u>YOUR</u> NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

**PLEASE NOTE** - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | Middle or Maiden Name | Last Name | Suffix | E-mail Address | | |
|---|---|---|---|---|---|---|
| Voter's Address as Appears on Alabama Voter Registration Record | | | | City Moody | State AL | ZIP Code |
| Voter's Current Mailing Address (if different from above) | | | | City | State | ZIP Code |

| Date of Birth (mm/dd/yyyy) | | Driver's License Number | If no Alabama Driver's License Number |
|---|---|---|---|
| Home Telephone Number ( ) | Cell Telephone Number | STATE    NUMBER | Last 4 digits of Social Security No. |

**Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:**

☑ I no longer want to be a registered voter in the State of Alabama.

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ County in the State or (Commonwealth) of _____.

☐ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

**Is there anything you would like to share about your experience with voting in the State of Alabama?** (If you need more space, please continue on the other side of this form.)

*I'm not a citizen.*

Voter's Signature

Voter's Printed Name

09/05/2024
Date of Voter's Signature (mm/dd/yyyy)

'21

**EXHIBIT 26**

RECEIVED JUL 1 6 2021 



# ALABAMA LAW ENFORCEMENT AGENCY
## Driver License Division

SCANNED

### Driver License or Identification Card Change of Address   Rave — Unknow

An Alabama citizen with a driver license or identification card may update their driver license record in the database without charge. A new license or card, however, will not be reissued unless purchased with new address.

### Driver Information

| Driver's Full Name | ███████████ | | |
|---|---|---|---|
| AL Driver's License / ID No. | ███████ | Date of Birth | ███████ |

**Please update the following information on my record**

**Address**

**Street Address**

| Address | ███████████ | | Apartment # | |
|---|---|---|---|---|
| City Moody | County St. Clair | State AL | Zip Code ███ |

**Mailing Address (if different)**

| Address | | | | |
|---|---|---|---|---|
| City | County | State | Zip Code |

If you are registered to vote, a change of address for your Alabama residence will update your voter registration record unless you check this box. ☐

**Contact**

| Daytime Phone Number ███████████ | Email Address (☑ check if you would like a renewal reminder) fabi.nunes.odonio@hotmail.com |
|---|---|

Please update my record with the information listed above. The information I have provided in this application is true and accurate.

Signature *(not valid without signature)*   ███████   Date 07/13/2021

Mail this form to:
Alabama Law Enforcement Agency
Licensing Services Division
PO Box 1471
Montgomery AL 36102-1471

---

## Voter Registration

RECEIVED
JUL 2021
ST. CLAIR CO.
BOARD OF REGISTRARS

The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register, your decision will remain confidential and will be used only for voter registration purposes. All information in the "Driver Information" section above must be completed.

**Deadline for submitting application:** Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

### Completion of the following information is optional

| Address where you last registered to vote | Street Address | City | County | State | Zip | Code |
|---|---|---|---|---|---|---|
| | | | | | | |

### Voter Declaration   Read and Sign Under Penalty of Perjury

- I am a U.S. citizen
- I am a legal resident of the State of Alabama
- I will be at least 18 years of age on or before Election Day
- I am not barred from voting by reason of a disqualifying felony conviction
- I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief of affliction with any group which advocates the overthrow of the government of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

Voter Signature _____   Date _____

If you falsely sign this statement, you can be convicted and imprisoned for up to five years. Correspondence from ALEA is not forwarded, therefore it is extremely important to keep your address updated in our database.

DL-99                                                                                    12/15/2015



SCANNED

# Voter Removal Request Form NVRA-25
## Office of the Secretary of State ◆ State of Alabama

**TO REMOVE YOUR NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

**PLEASE NOTE** - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print)   Middle or Maiden Name   Last Name   Suffix | E-mail Address | | |
|---|---|---|---|
| Voter's Address as Appears on Alabama Voter Registration Record | City **Moody** | State **AL** | ZIP Code |
| Voter's Current Mailing Address (if different from above) | City | State | ZIP Code |

| Date of Birth (mm/dd/yyyy) | | Driver's License Number | If no Alabama Driver's License Number |
|---|---|---|---|
| Home Telephone Number   Cell Telephone Number (        ) | | STATE   NUMBER | Last 4 digits of Social Security No. |

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

■ I no longer want to be a registered voter in the State of Alabama.

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ County in the State or (Commonwealth) of _____.

☐ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

Is there anything you would like to share about your experience with voting in the State of Alabama? (If you need more space, please continue on the other side of this form.)

*Not a citizen*

RECEIVED
SEP 0 5 2024
ST. CLAIR COUNTY BOARD OF
REGISTRARS

Voter's Signature

Voter's Printed Name

Date of Voter's Signature (mm/dd/yyyy) **09/05/2024**

23.2021



**ALABAMA LAW ENFORCEMENT AGENCY**

Driver License Division

*RECEIVED JUL 1 6 2021*

**SCANNED**

## Driver License or Identification Card Change of Address

An Alabama citizen with a driver license or identification card may update their driver license record in the database without charge. A new license or card, however, will not be reissued unless purchased with new address.

### Driver Information

| | | | |
|---|---|---|---|
| **Driver's Full Name** | ▓▓▓▓▓▓▓▓▓▓ | | |
| **AL Driver's License / ID No.** | ▓▓▓▓▓▓ | **Date of Birth** | ▓▓▓▓▓▓ |

#### Please update the following information on my record

**Address**

Street Address

| Address | | Apartment # |
|---|---|---|
| ▓▓▓▓▓▓▓ | | |

| City | County | State | Zip Code |
|---|---|---|---|
| Moody | St. Clair | AL | 35004 |

Mailing Address (if different)

| Address | | |
|---|---|---|

| City | County | State | Zip Code |
|---|---|---|---|

If you are registered to vote, a change of address for your Alabama residence will update your voter registration record unless you check this box. ☐

**Contact**

| Daytime Phone Number | Email Address (☑ check if you would like a renewal reminder) |
|---|---|
| ▓▓▓▓▓▓ | antunes_fabricio@hotmail.com |

Please update my record with the information listed above. The information I have provided in ▓▓▓▓▓▓▓

Signature *(not valid without signature)*    Date 07/13/2021

**Mail this form to:**
Alabama Law Enforcement Agency
Licensing Services Division
PO Box 1471
Montgomery AL 36102-1471

## Voter Registration

*RECEIVED*

*JUN 27 2021*

*ST. CLAIR CO.*

*BOARD OF REGISTRARS*

The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register your decision will remain confidential and will be used only for voter registration purposes. All information in the "Driver Information" section above must be completed.

**Deadline for submitting application:** Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

### Completion of the following information is optional

| | Street Address | City | County | State | Zip | Code |
|---|---|---|---|---|---|---|
| **Address where you last registered to vote** | | | | | | |

### Voter Declaration   Read and Sign Under Penalty of Perjury

- ■ I am a U.S. citizen
- ■ I am a legal resident of the State of Alabama
- ■ I will be at least 18 years of age on or before Election Day
- ■ I am not barred from voting by reason of a disqualifying felony conviction
- ■ I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief of affliction with any group which advocates the overthrow of the government of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

| Voter Signature | | Date |
|---|---|---|

If you falsely sign this statement, you can be convicted and imprisoned for up to five years. Correspondence from ALEA is not forwarded, therefore it is extremely important to keep your address updated in our database.



# Voter Removal Request

### Office of the Secretary of State ◆ State of Alabama

 **TO REMOVE <u>YOUR</u> NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

**PLEASE NOTE** - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | Middle | | Suffix | E- |
|---|---|---|---|---|
| Voter's Address as Appears on Alabama Voter Registration Record | | City Countersville | State AL | ZIP Code |
| Voter's Current Mailing Address (if different from above) | | City | State AL | ZIP Code |
| Date of Birth (mm/dd/yyyy) | | Driver's License Number | If no Alabama Driver's License Number | |
| Home Telephone Number | Cell Telephone Number ( ) | STATE NUMBER | Last 4 digits of Social Security No. | |

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

[X] I no longer want to be a registered voter in the State of Alabama.

[ ] I no longer reside in _____ County, Alabama.

[ ] I am currently registered to vote in _____ County in the State or (Commonwealth) of _____

**RECEIVED SEP 05 2024**

[ ] I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

Is there anything you would like to share about your experience with voting in the State of Alabama? (If you need more space, please continue on the other side of this form.)

*I HAVE NEVER REGISTERED TO VOTE. I DO NOT UNDERSTAND How I WAS PLACED ON the Registered Voter LIST. I am not allowed TO VOTE IN elections. Please remove me.*

_____
Voter's Signature

_____
Voter's Printed Name

*09/04/2024*
Date of Voter's Signature (mm/dd/yyyy)

*Disqualified Not a US citizen*

Revision Date - 11.23.2021




8-25-2020   Mehok Rodriguez
8-25-2020   Sheku Cor Barbuck




# ALABAMA LAW ENFORCEMENT AGENCY

Information Bureau Licensing Services Division        AUG 0 7 2020

## Driver License or Identification Card Change of Address

An Alabama citizen with a driver license or identification card may update their state record without charge. A new license or card, however, will not be reissued.

### Driver Information

| | |
|---|---|
| Driver's Full Name | |
| AL Driver's License / ID No. | Date of Birth |

**Please update the following information on my record**

**Address**

Street Address

City: Guntersville    County: MARSHALL    State: ~~REDACTED~~    AUG 2 4 2020

Mailing Address (if different)

City: Guntersville    County: MARSHALL    State: AL    Zip Code

If you are registered to vote, a change of address for your Alabama residence will update your voter registration record unless you check this box. ☐

**Contact**

Daytime Phone Number                  Email Address (check if you would like a renewal reminder)

Please update my record with the information listed above. The information I have provided in this application is true and accurate.

Date: 7·29·2020

Signature  (not valid without signature)        Date

Mail this form to

Alabama Law Enforcement Agency
Licensing Services Division
PO Box 1471
Montgomery AL 36102-1471

The decision to register to vote is yours. [blacked out] ...mitting this application will remain confidential and will be used [blacked out] your decision will remain confidential and will be used only for vo[blacked out]ion" section above must be completed.

**Deadline for submitting application**: Vot[blacked out] ...4 days prior to each election in Alabama.

### Completion of the following information is optional

| Address where you last registered to vote | Street Address | City | County | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

### Voter Declaration - Read and Sign Under Penalty of Perjury

- I am a U.S. citizen
- I am a legal resident of the State of Alabama
- I will be at least 18 years of age on or before Election Day
- I am not barred from voting by reason of a disqualifying felony conviction
- I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

Voter Signature        Date

If you falsely sign this statement, you can be convicted and imprisoned for up to five years.

Registrars received the Alabama Law Enforcement Driver License or Identification Card Change of Address Form for ████████████ and registered this individual to vote. The individual did not complete the Voter Registration portion of the form and was registered in error.

 **Voter Removal Request** Form NVRA-25

**Office of the Secretary of State ◆ State of Alabama**

SEP 0 9 2024

*VW*

 **TO REMOVE YOUR NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.**

**PLEASE NOTE** - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | Middle or Maiden Name | Last Name | Suffix | E-mail Address | | |
|---|---|---|---|---|---|---|
| Voter's Address as Appears on Alabama Voter Registration Record | | | City *Athens* | State *AL* | | ZIP Code |
| Voter's Current Mailing Address (if different from above) | | | City *Athens* | State *AL* | | ZIP Code |
| Date of Birth (mm/dd/yyyy) | | | Driver's License Number | | If no Alabama Driver's License Number | |
| Home Telephone Number ( ) | Cell Telephone Number | | STATE    NUMBER | | Last 4 digits of Social Security No. | (VW) |

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

☒ I no longer want to be a registered voter in the State of Alabama.   *Due to not being a US Citizen*

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ County in the State or (Commonwealth) of _____

☐ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

**Is there anything you would like to share about your experience with voting in the State of Alabama?** (If you need more space, please continue on the other side of this form.)

Voter's Signature                                    Voter's Printed Name

*09/05/2024*
Date of Voter's Signature (mm/dd/yyyy)

SEP 1 1 2024

█████████████████ **MENT AGENCY**   SEP 2 1 2020
████████████ rvices Division

---

## Driver License or Identification Card Change of Address   AUG 2 6 2020

An Alabama citizen with a driver license or identification card may update their state record without charge. A new license or card, however, will not be reissued.

**Driver Information**

| Driver's Full Name | ████████████████████ | | |
|---|---|---|---|
| AL Driver's License / ID No. | ████████████ | Date of Birth | ████████ |

### Please update the following information on my record

**Address**

| Address | | Apartment # | |
|---|---|---|---|
| | | | |
| City   Athens | County   Limestone | State   AL | Zip Code ████ |
| Address | | | |
| City | County | State | Zip Code |

If you are registered to vote, a change of address for your Alabama residence will update your voter registration record unless you check this box ☐

**Contact**

| Daytime Phone Number   ████████████ | Email Address (☐ check if you would like a renewal reminder)   ████████████ |
|---|---|

Please update my record with the information listed above. The information I have provided in t█████████████████████

Signature *(not valid without signature)*   ████████████   8-18-2020   Date

Mail this form to

Alabama Law Enforcement Agency
Licensing Services Division
PO Box 1471
Montgomery AL 36102-1471

---

## Voter Registration   00102. C20

The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register, your decision will remain confidential and will be used only for voter registration purposes. All information in the "Driver Information" section above must be completed.

**Deadline for submitting application:** Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

**Completion of the following information is optional**

| Address where you last registered to vote | Street Address | City | County | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

**Voter Declaration - Read and Sign Under Penalty of Perjury**

- I am a U.S. citizen
- I am a legal resident of the State of Alabama
- I will be at least 18 years of age on or before Election Day
- I am not barred from voting by reason of a disqualifying felony conviction
- I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God

Voter Signature _____   Date _____

If you falsely sign this statement, you can be convicted and imprisoned for up to five years.

DL 99                                                          12/15/2015



# Voter Removal Request Form NVRA-25
## Office of the Secretary of State ◆ State of Alabama

**(!)** TO REMOVE <u>YOUR</u> NAME FROM THE VOTER REGISTRATION LIST IN THE STATE OF ALABAMA, THIS FORM MUST BE COMPLETED BY YOU, THE REGISTERED VOTER.

**(!)** PLEASE NOTE - If you are a family member of a registered voter who is no longer a resident of the precinct in which he or she is registered to vote due to the voter's change of residence or death, please use Form NVRA-24 to provide notification of this fact to the Board of Registrars in the county where the voter was previously registered.

| First Name (please print) | | Suffix | E-mail Address | | |
|---|---|---|---|---|---|
| Voter's Address as Appears on Current Voter Registration Record | | | City Muscle Shoals | State AL | ZIP Code |
| Voter's Current Mailing Address (if different from above) | | | City Muscle Shoals | State AL | ZIP Code |
| Date of Birth (mm/dd/yyyy) | | Driver's License Number | If no Alabama Driver's License Number | | |
| Home Telephone Number | Cell Telephone Number | STATE        NUMBER | Last 4 digits of Social Security No. | | |

Please check one of the following boxes regarding your request for having your name removed from the voter list in the State of Alabama:

☐ I no longer want to be a registered voter in the State of Alabama.

☐ I no longer reside in _____ County, Alabama.

☐ I am currently registered to vote in _____ _____ County in the State or (Commonwealth) of _____

☑ I do not wish to state a reason for my request to remove my name from the voter list in the State of Alabama.

Is there anything you would like to share about your experience with voting in the State of Alabama? (If you need more space, please continue on the other side of this form.)

_____
Voter's Signature

_____
Voter's Printed Name

Date of Voter's Signature (mm/dd/yyyy)  07/18/2024

Revision Date: 27 JUL 2017 HS162

**EXHIBIT 27**

**Candace Payne**

| | |
|---|---|
| **From:** | Lackey, John |
| **Sent:** | Monday, July 15, 2024 9:56 AM |
| **To:** | Candace Payne |
| **Subject:** | Removing a registered voter. Consequence of voting illegally? |

3Candace -

A man has come to our office and wishes to have his name removed form the voter list. I understand that he is about to receive his citizenship and does not  want to be registered when he is sworn in as a citizen.
The Id number if this person is ███████

I have not found the NVRA form for removal could you help me find that.
Please let me know of your suggested action here.

*John Lackey*
Board of Registrars
Colbert County

1

## ▮ma Agency-Based Voter Registration Form

NVRA-1B
DCU.00 22.2007

▮LY ◆ FILL IN ALL BOXES ON THIS FORM ◆ PLEASE USE INK ◆ PRINT LEGIBLY

▮, you must:

▶ Reside in Alabama.
▶ Be at least 18 years old on or before election day.
▶ Not have been convicted of a disqualifying felony, or if you have been convicted, you must have had your civil rights restored.
▶ Not have been declared "mentally incompetent" by a court.

**FOR USE BY AGENCY OFFICIAL ONLY**
Check one (1) box:
☐ Registrars
☐ Motor Voter
☐ State Designated Agency
☐ Agency-Based
☐ Disabilities Services Office

Signature of Agency Representative

Business Phone of Agency Representative

**ID requested:** You may send with this application a copy of a current and valid photo identification, government check, paycheck, or other government document that shows your name and address. You will be required to present identification when you vote absentee or at your polling place.

| Are you a citizen of the United States of America? | ☑ Yes ☐ No | ← ATTENTION! If you answer "No" to either of these |
| Will you be 18 years of age on or before election day? | ☑ Yes ☐ No | ← questions, do not complete this application. |

① Print Your Name:  Last          First          Middle

Driver's License Number: ▮

STATE   NUMBER

② Print Maiden Name / Former Name (if reporting a change of name)

⬅ IF YOU HAVE NO DRIVER'S LICENSE NUMBER ➡
Last four digits of Social Security number: ▮

| ③ Home Telephone | ④ Work Telephone | ⑤ Inside City Limits? If yes, please name the city: | ⑥ County where you live |
| ▮ | ▮ | ☐ Yes ☑ No | Colbert |

**⑦ Addresses**

| Current | Address where you live: (Do not use post office box) | Print House Number and Street | City Muscle Shoals | State AL | ZIP |
| | Address where you receive your mail: | Print House Number and Street (or PO Box) | City Muscle Shoals | State AL | ZIP |
| Old | Address where you were last registered to vote: (Do not use post office box) | Print House Number and Street | City   County | State AL | ZIP |

| ⑧ Date of Birth (month, day, year) | ⑩ Place of Birth   City | County | State | Country Jamaica W.I. |

**⑨ Race (check one)**
☐ White  ☑ Black
☐ Asian  ☐ American Indian
☐ Hispanic  ☐ Other

**⑪ Map / Diagram**
If your house has no street number or name, please draw a map of where your house is located. Please include roads and landmarks.

**⑫ Did you receive assistance?**
If you are unable to sign your name, who helped you fill out this application? Give name, address, and phone number (phone number is optional).

17-1-2

**⑩ Sex (check one)**
☐ Female  ☑ Male

**REGISTRARS USE ONLY**

County Pct

City Pct

DATE APPROVED 9/22/08

~~John C Adams~~ Board member

Board member

Board member

**Voter Declaration - Read and Sign Under Penalty of Perjury**

▶ I am a U.S. citizen
▶ I live in the State of Alabama
▶ I will be at least 18 years of age on or before election day
▶ I am not barred from voting by reason of a disqualifying felony conviction
▶ I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States and the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

Your Signature: ▮     Date: 9/22/08

If you falsely sign this statement, you can be convicted and imprisoned for up to five years.

The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register to vote, your decision will remain confidential and will be used only for voter registration purposes.

ALABAMA                                                                    Q Ente

## Voter Detail 🖨 Voter Label 🪪 ID Card

**Voter Processes**

Generate

⊘ Active   ACTIVE REGISTRANT

Address:                    MUSCLE SHOALS AL 35661 — COLBERT 📍

Voter ID
DOB:              59 yrs old

Party: PARTY NOT DESIGNATED
Registration Date: 09/22/2008
Split Precinct: 00017.061

| Voter | Voting History | Activity / Notices | Attachments | Additional | Prev / Alt | Notes | Assistance | AB / EV / PROV | Election Worker | NVRA Mailing Response | Linked Duplicates |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Basic

| Last Name * | First Name | Middle Name |
|---|---|---|
|  |  |  |

| Title | Suffix | Gender | Ethnicity | Language |
|---|---|---|---|---|
|  |  | MALE | BLACK |  |

| Date of Birth * |  | Place of Birth | Party * |
|---|---|---|---|
|  | 59 yrs old |  | PARTY NOT DESIGNATED |

Protected 🔒

Protected Status Date
mm/dd/yyyy

### Address

Confirmed residence ⌄

| Street # * | Sfx | Dir Prefix | Street * |
|---|---|---|---|
|  |  |  |  |

| Unit Type | Unit # | City * | State |
|---|---|---|---|
|  |  | MUSCLE SHOALS | AL |

| CR | Split Precinct * |  |
|---|---|---|
|  | 00017.061 | Military |

### Voter Data

| SSN |  | DL or ID# |  |
|---|---|---|---|
|  | NOT FOUND 05/11/2022 |  | NOT FOUND 11/01/2020 |

| Phone |  | Work | Ext |
|---|---|---|---|
|  | Unlisted |  |  | Unlisted |

Email                     Unlisted          Signature

### Federal Data

| Registration Date * | Status * |
|---|---|
| 09/22/2008 | Active |

| Source * | How Registered |
|---|---|
| BOARD OF REGISTRARS | IN PERSON |

| ID Required | ID Exempt |
|---|---|
| ID Provided | ID Exempt Reason |

### Political Subdivision Data

| Split Precinct | Precinct Description | Split Precinct Description |
|---|---|---|
| 00017.061 | PRECINCT 17 | PCT 17 BX 6 (COM 2) PT02 |

Districts ⌃

| CITY | COMMISSION | CONGRESSIONAL | LOCAL SCHOOL | MUNICIPALITY |
|---|---|---|---|---|
| DIST 00 COUNTY | COMMISSION DIST 02 | CONGRESSIONAL DIST 04 | COUNTY SCHOOL DIST 02 | CITY OF MUSCLE SHOALS |

| STATE HOUSE | STATE SCHOOL |
|---|---|
| STATE HOUSE 03 | STATE BOE DIST 07 |

Polling Places  ^

| Election | Assigned Location | Default Location | Alternate Location |
|---|---|---|---|
| | Not been defined | MUSCLE SHOALS CITY HALL | Not been defined |
| | | 2010 E AVALON AVE | |
| | | MUSCLE SHOALS, AL 35661 | |

* Indicates Required Field

ALABAMA

🔍 Enter Voter ID

# Voter Detail 📥 Voter Label 🪪 ID Card

## Voter Processes

| |
|---|

⬤ Active   ACTIVE REGISTRANT

Voter ID: ▮▮▮▮▮

DOB: ▮▮▮▮▮ 59 yrs old

Party: PARTY NOT DESIGNATED

Registration Date: 09/22/2008

Address: ▮▮▮▮▮ MUSCLE SHOALS AL 35661 — COLBERT 📍

Split Precinct: 00017.061

Voter   **Voting History**   Activity / Notices   Attachments   Additional   Prev / Alt   Notes   Assistance   AB / EV / PROV   Elec

NVRA Mailing Response   Linked Duplicates

🔍 Search

| Jurisdiction | Election | Election Date ∨ | Political Party Voted | Split Precinct | Voted Where | How Vote |
|---|---|---|---|---|---|---|
| COLBERT | GN2011 | 11/03/2020 | | 00017.061 | MUSCLE SHOALS CITY HALL | Polling Pl |
| COLBERT | GN1811 | 11/06/2018 | | 00017.061 | MUSCLE SHOALS CITY HALL | Polling Pl |
| COLBERT | GNSN17 | 12/12/2017 | | 017.61 | MUSCLE SHOALS CITY HALL | Polling Pl |
| RANDOLPH | GN0411 | 11/02/2004 | | 0.0 | | Polling Pl |



# STATE OF ALABAMA
# VOTER INFORMATION CARD

THIS CARD IS FOR INFORMATIONAL PURPOSES ONLY.
THIS CARD IS NOT FOR USE AS VOTER IDENTIFICATION.



**NVRA-7P**
rev 2014.01.22

This card contains important information about your voter registration, including the location of your polling place and the political districts in which you live.

Please remember that where you vote and who represents you depends on where you live.

If you move within your county, please update your address with your county Board of Registrars.

If you move to a new county, please register to vote with the Board of Registrars in your new county of residence.

# STATE OF ALABAMA
# VOTER INFORMATION CARD

THIS CARD IS FOR INFORMATIONAL PURPOSES ONLY.
THIS CARD IS NOT FOR USE AS VOTER IDENTIFICATION.

**NVRA-7P**
rev 2014.01.22

This card contains important information about your voter registration, including the location of your polling place and the political districts in which you live.

Please remember that where you vote and who represents you depends on where you live.

If you move within your county, please update your address with your county Board of Registrars.

If you move to a new county, please register to vote with the Board of Registrars in your new county of residence.



# STATE OF ALABAMA
# VOTER INFORMATION CARD

THIS CARD IS FOR INFORMATIONAL PURPOSES ONLY.
THIS CARD IS NOT FOR USE AS VOTER IDENTIFICATION.



**NVRA-7P**
rev 2014.01.22

This card contains important information about your voter registration, including the location of your polling place and the political districts in which you live.

Please remember that where you vote and who represents you depends on where you live.

If you move within your county, please update your address with your county Board of Registrars.

If you move to a new county, please register to vote with the Board of Registrars in your new county of residence.



# STATE OF ALABAMA
# VOTER INFORMATION CARD

THIS CARD IS FOR INFORMATIONAL PURPOSES ONLY.
THIS CARD IS NOT FOR USE AS VOTER IDENTIFICATION.



**NVRA-7P**
rev 2014.01.22

This card contains important information about your voter registration, including the location of your polling place and the political districts in which you live.

Please remember that where you vote and who represents you depends on where you live.

If you move within your county, please update your address with your county Board of Registrars.

If you move to a new county, please register to vote with the Board of Registrars in your new county of residence.

**EXHIBIT**
**28**

# ALABAMA POLLING OFFICIAL GUIDE 2024



**WES ALLEN**
*SECRETARY OF STATE*

01/2023

EXHIBIT
**29**

- The appointing board, made up of the judge of probate, sheriff, and the clerk of the circuit court, shall appoint precinct election officials from the qualified electors of the respective county, which shall include at least one inspector, to act at each voting place in each precinct. The appointments should be made not more than 20 nor less than 15 days before the holding of any election in the county. [§ 17-8-1(a)]

- Precinct election officials shall be registered voters in the county in which they serve, but are not required to be registered voters at the precinct in which they serve; provided, that first priority be given to the appointment of poll workers and alternate poll workers who are registered voters at their respective precincts, so long as the board determines that the poll worker is qualified for appointment as a poll worker. First priority may be given for the appointment of poll workers and alternate poll workers who are registered voters at their respective precincts. (Act 2021-377)

- The appointing board may appoint the number of precinct election officials necessary for each precinct, provided that, absent consent of the county commission, the total number of precinct election officials appointed in a county shall not exceed the total number of precinct election officials who were paid by the county for the general election held November 2004. [§ 17-8-1(a)]

- Members of a candidate's immediate family to the second degree of kinship by affinity or consanguinity and any member of a candidate's principal campaign committee are not eligible for appointment. [§ 17-8-1(a)]

- Notwithstanding subsection (a), the judge of probate or other appropriate election officials in a county, may provide for the appointment of additional inspectors and clerks from within the county to serve as alternates in the event an appointed inspector or clerk is unable to perform his or her duties. The number of alternates shall be limited as provided in Ala. Code 17-8-1(d)(1)(a-c).

# APPOINTMENT OF ELECTION OFFICIALS

**If precinct officials are absent, the following procedure should take place:**

1) If any precinct election official fails to show up at their appointed voting place in time to perform their official duties, those precinct election officials who are present shall complete the number of polling officials. (§ 17-8-6)

2) If the Inspector is absent:

   • the other present officials shall choose one among them to serve as Inspector, and

   • the officials shall also appoint an elector qualified in that county to complete the requisite number of polling officials. (§ 17-8-6)

3) If NONE of the appointed polling officials are present, any four (4) electors who are qualified to vote in that county may open the polls and serve as polling officials during the absence of the appointed polling officials. (§ 17-8-6)

**Oath of Office for polling officials (located on the back of the Voters Poll List):**

Before entering upon their duties, precinct election officials must take an oath to perform their duties at the election, according to law. The oath may be administered by any person authorized by law to administer oaths or by any inspector. (§ 17-8-8)

# ABSENT POLLING OFFICIALS

1) The **NUMBER** of poll watchers:

- In **primary elections**, there may be one watcher in the voting place for each qualified candidate in that election. (§ 17-13-11)
- In **general elections**, there may be one watcher in the voting place for each party or organization that has nominated candidates. [§ 17-8-7(a)]
- In **elections in which there are no candidates**, each political party may appoint a watcher in the voting place. [§ 17-8-7(a)]

2) The **APPOINTMENT** of poll watchers:

- In **primary elections**, a watcher must have a written appointment letter or document signed by a candidate. (§ 17-13-11)
- In **general elections**, a watcher must be appointed by the chairman of the party's county executive committee or other organization that has nominated candidates. [§ 17-8-7(a)]
- In **elections without candidates**, only the chairman of the party's executive committee may appoint a poll watcher. [§ 17-8-7(a)]

3) **OATH OF OFFICE -** Each poll watcher shall be sworn to faithfully observe the rule of law prescribed for the conduct of elections. [§ 17-8-7(c)]

4) **PRIVILEGES -** Poll watchers have the right to observe and monitor all conduct and records of the election throughout election day. [§ 17-8-7(b)(1-6)]

5) **LIMITATIONS -** Poll watchers may not disturb voters, attempt to influence voters, campaign, or display or wear any campaign material or buttons while inside the polling place. [§ 17-8-7(d)]

6) **PENALTIES -** Any official who refuses to allow any poll watcher to exercise his/her rights as a watcher shall be guilty, upon conviction, of a Class C misdemeanor. (§ 17-17-22)

# POLL WATCHERS

The Judge of Probate in each county may appoint not more than two (2) students for each precinct to serve as unpaid student interns during elections.

1) **QUALIFICATIONS:**
- Be recommended by a principal or other school official or by the individual responsible for the student's home instruction program.
- Be at least 16 years of age at the time of the election.
- Be a resident of the county or municipality for which the appointment is made.
- Be enrolled in a public high school, an accredited private high school, a home instruction program, or be enrolled in a two-year or four-year institution of higher learning.

2) **DUTIES:**
- Shall be determined by the officials in charge of the election.  However, the duties may not include either of the following:
  - Determining the qualifications of a voter in the event a voter is challenged.
  - The operation and maintenance of any voting equipment.
- Shall attend all required training for poll workers and any additional training considered necessary before performing any duties.

A student poll worker intern who works four (4) or more hours on a school day on Election Day or any day of training shall be entitled to an excused absence from school. (§ 17-8-14)

# STUDENT INTERNS

Use of mobile phones or cameras should not disturb any other voters or disrupt the polling place in any way.

Voters are not allowed to take general photographs, such as photos of the room where the voting takes place, as it may intimidate other voters.

The right to vote a secret ballot is essential. Photographing or otherwise revealing the contents of another voter's ballot is not permissible and is a Class A Misdemeanor.

However, a voter may take a photograph of his or her own ballot without violating any existing law. (§ 17-9-50.1)

# PHOTOGRAPHY IN THE POLLING PLACE

## 1) ELECTIONEERING:

- Election officials must run the polling place in a strictly impartial manner. Election officials must not attempt to influence voters. (§§ 17-17-4, 17-17-55)

- Election officials may not disclose how any elector voted. (§§ 17-17-18, 17-17-55)

- **SAMPLE BALLOTS -** Voters may carry prepared sample ballots into the polling place for use in the voting booth or voting area. This is not electioneering, as long as the voter does not attempt to influence other voters within the polling place.

## 2) LOITERING:

- Loitering is not allowed around the polling place for purposes of discouraging qualified electors from entering the polling place or from voting. (§ 17-17-17)

- A person is not allowed to stand in line after they vote. (§ 17-17-17)

- A person is not permitted within 30 feet of the door of the polling place if they are not a voter admitted to vote, a person assisting the voter, the Probate Judge, the Sheriff or the Deputy Sheriff, a precinct election official, or a poll watcher. (§ 17-9-50)

-

## 3) DISTURBANCES:

- Intoxication or disorderly conduct is not permitted in the polling place. (§ 17-17-12)

In case of **ELECTIONEERING, LOITERING, or DISTURBANCES**, ask the person to stop or leave the polling place. If the person refuses to leave, call the sheriff so that a deputy will be dispatched immediately. (§§ 17-9-1, 17-17-1)

# ELECTIONEERING ◆ LOITERING ◆ DISTURBANCES

## 1) VOTING ASSISTANCE:

- **RIGHT -** Any voter who requests voting assistance may receive help from any person the voter chooses _except the voter's employer, an agent of the employer, or an officer or agent of the voter's union._ **THE VOTER DOES NOT NEED TO STATE A REASON FOR REQUESTING ASSISTANCE.** [§ 17-9-13(a)]

- **PROCEDURE -**  To obtain assistance, the voter must specifically request assistance by naming the person from whom assistance is sought and by signing in the appropriate column of the voters poll list. The person providing assistance shall legibly sign in the adjacent column on the same line as the assisted voter's name. By signing the poll list, the assistant shall certify that he or she is _not the voter's employer, an agent of the employer, or an officer or agent of the voter's union._ If the voter is unable to sign the poll list, the person giving assistance shall write the voter's name in the appropriate column and then sign his or her own name in the adjacent column. [§ 17-9-13(a)]

- **DISABLED VOTERS and SENIOR CITIZENS -** The voting process must be accessible to persons with disabilities and senior citizens. [§ 17-2-4(c)]  Polling officials shall make available voting aids, and poll workers shall extend courtesy and consideration to persons with disabilities and senior citizens and offer assistance when requested. _A polling official may allow a voter who is physically disabled or over the age of 70 to move to the front of the line at a polling place upon request of the voter._ [§ 17-9-13(e)]

## 2) SPOILED BALLOTS:

- If a voter accidentally or mistakenly spoils the ballot and he or she cannot conveniently or safely vote using the ballot, the voter may return the ballot to the inspector, and the voter will be given another ballot. [§ 17-9-14(a)]

- Spoiled ballots shall be placed in the envelope provided for spoiled ballots. [§ 17-9-14(b)]

# VOTING ASSISTANCE ◆ SPOILED BALLOTS

A voter may be placed on the **INACTIVE VOTER LIST** if the Board of Registrars is unable to confirm the voter's address through the NVRA-compliant voter file maintenance process. (§ 17-4-30)

Voters on the **Inactive Voter List** are indicated on the poll list by the letter **"I"** next to their names. However, in some counties, inactive voters may be listed on a separate poll list. Your Probate Judge will provide instruction regarding how inactive voters are indicated on your county's poll list.

**Inactive status:**  Once on the inactive list, the voter can be restored to "active" status by updating his or her address information with the local Board of Registrars. (§ 17-4-9)

**NOTE:  A voter on the inactive list may vote a regular or provisional ballot after the voter <u>completes a Voter Reidentification "Update" Form.</u> (§ 17-4-9) Please follow the steps below for an inactive voter at the poll.**

Once you determine that a voter is inactive, a poll worker should follow these steps:

1.   Inform the voter that he or she is on the inactive list because the Board of Registrars needs to obtain current address information from him or her.

2.   Provide the voter with **Voter Reidentification "Update" Form (NVRA-20)** included with the supplies for the polling place, and instruct the voter to fill out the form completely.

3.   If a change in address does not change the voter's polling place, allow the voter to vote following the standard voting procedures after completely filling out the Voter Reidentification "Update" form (NVRA-20) and returning it to the poll worker.

4.   If a change in address is within the same county and changes the voter's polling place, direct the voter to the new polling place. Inform the voter that he or she will be required to vote a provisional ballot at the new polling place, Davis v. Bennett, 154 So. 3d 114 (Ala. 2014), but once the properly completed PB-3 form and the Voter Reidentification "Update" Form (NVRA-20) are received by the Board of Registrars, the vote should be counted.

5.   If a change in address is outside the county, the person is not eligible to vote.

6.   After the closing of the polls, collect all of the completed Voter Reidentification "Update" Forms (NVRA-20) and place them in the envelope addressed to the Board of Registrars.

# INACTIVE VOTER ◆ UPDATING

**HOURS OF VOTING -** Each polling place is open for voting from 7:00 am to 7:00 pm: All voters who are in line to vote at 7:00 pm shall be permitted to vote before closing the polling place. Anyone who attempts to join the voting line after 7:00 pm shall not be permitted to vote.

**VOTING TIME ALLOWANCE -** Poll workers should make every effort to give each voter adequate time to vote. Only if others are waiting in line to vote may poll workers use the following procedures to prevent long delays:

1) Any voter remaining in a voting station for four minutes or longer may be asked by a poll official if he or she requires assistance. [§ 17-9-13(b)]

2) Remind voter that he or she has the right to have the assistance of anyone who is in the polling place, including another voter or poll worker. [§ 17-9-13(b)]   Exception: *The voter's employer, an agent of the employer, or an officer or agent of the voter's union* may <u>not</u> assist the voter. [§ 17-9-13(a)]

3) **If the voter does not desire assistance:**

   • The voter shall be permitted to remain in the voting station for **no less than one additional minute.** [§ 17-9-13(b)]

   • At the end of this additional minute, and if there exists a line of individuals waiting to vote, the voter may be informed that time is up and be asked to leave. If there is no line, the voter shall have as much time as necessary to finish voting. [§ 17-9-13(b)]

4) **If the voter requests assistance:**

   • The voter may have the assistance of any person of his or her choosing currently in the voting place, (<u>except</u> for *the voter's employer, an agent of the employer, or an officer or agent of the voter's union*) and may have no less than an additional five (5) minutes to vote. [§ 17-9-13(b)] The voter must specifically request assistance by naming the person from whom assistance is sought. [§ 17-9-13(a)]

   • At the end of this additional five minutes, and if a line of individuals are waiting to vote, the voter may be informed that time is up and be asked to leave the voting station. If there is no line, the voter shall have as much time as necessary to finish voting. [§ 17-9-13(b)]

   • Before an assigned voter exits the voting place, the voters' poll list must be revised to reflect that assistance was received. [§ 17-9-13(b)] The voter must sign in the appropriate column of the voter's list, and the person providing assistance must sign in the adjacent column on the same line as the assisted voter's name. [§ 17-9-13(a)]

# TIME ALLOWED TO VOTE

**APPLIES ONLY IN <u>PRIMARY AND PRIMARY RUNOFF ELECTIONS</u>**



If on primary election day, a voter participates in the primary election of a political party, that voter may only participate in the primary runoff election of that same party. (§ 17-13-7.1)

If the voter did not participate in the primary election or voted an issues-only ballot, he or she may choose to vote in either political party runoff election.

During primary elections, poll workers must notate in the appropriate place on the poll book the party primary in which the voter participates.

During primary runoff elections, poll workers must verify the party indicated on the poll list and may only allow the voter to participate in the party primary runoff indicated.

If the voter disputes the political party indicated on the poll list when they appear on the date of the primary runoff election, please direct the voter to the provisional ballot officer.

# CROSS-OVER VOTING

## APPLIES ONLY IN A NON-MUNICIPAL
## <u>GENERAL ELECTION</u>

1) Because primary and primary runoff elections are political party functions, a voter may choose only among those names the political parties place on their ballots. Therefore, the voter may not write in a vote in a primary or primary runoff election.

2) A voter may cast a write-in vote in a non-municipal general election. (§ 17-6-28)

3) In order to cast a valid write-in vote, the voter must do the following:

- Write the name on the ballot, and

- Register the vote by placing a mark on the ballot in the space designated for that office. [§ 17-6-28(b)]

## WRITE-IN VOTING

## IN A <u>PRIMARY OR PRIMARY RUNOFF ELECTION</u>:

A voter may participate in only one political party's primary [§ 17-13-7(a)]; therefore, split-ticket voting is prohibited during the primary and primary runoff phase of the election cycle.

- In a primary or primary runoff election, a voter must tell the polling official in which party election he or she wishes to participate. [§ 17-13-7(b)]  The voter will then receive a ballot containing only the names of that political party's candidates. (§ 17-13-8)

- In a primary or primary runoff election, a voter may not select among one political party's candidates for one office and then vote for another political party's candidates seeking a different office. **For example, a voter may not vote for one political party's candidates for president and then, in the same election, vote for another political party's candidates in a congressional, state, or county race.**

## IN A <u>GENERAL ELECTION</u>:

In a general election, voters may select candidates from different political parties. (§ 17-6-38) This is split-ticket voting. A voter may vote for **only one candidate for each office**.

# SPLIT-TICKET VOTING

A voter may use any of the following forms of photo identification at the polls:

1.  A valid **Alabama Driver's License** (not expired or has been expired less than 60 days)

    - Alabama Law Enforcement Agency **Digital Driver's License**

2.  A valid **Alabama Non-Driver ID** (not expired or has been expired less than 60 days)

    - Alabama Law Enforcement Agency Digital Non-Driver's License

3.  A valid **Alabama Photo Voter ID** Card

4.  A valid **State-Issued ID** (Alabama or any other state)

    - Examples:
        - Valid AL Department of Corrections Release – Temporary ID (Photo Required)
        - Valid AL Movement/Booking Sheet from Prison/Jail System (Photo Required)
        - Valid Pistol Permit (Photo Required)

5.  A valid **Federal-Issued ID**

6.  A valid **US Passport**

7.  A valid **Employee ID** from the Federal Government, State of Alabama, County, Municipality, Board, Authority, or other entity of this state

8.  A valid **Student or Employee ID** from a public or private college or university in the State of Alabama (including postgraduate, technical, or professional schools)

9.  A valid **Student or Employee ID** issued by a state institution of higher learning in any other state

10. A valid **Military ID**

11. A valid **Tribal ID**

**NOTE:** If you have a question about the validity of a form of photo ID, please contact the Board of Registrars or the Secretary of State's Office.

Provisions for voters who fail to bring a proper form of photo ID to the polls:

- If two (2) election officials positively identify a voter as a voter on the poll list who is eligible to vote and sign the **Election Officials' Affidavit for Identifying Qualified Elector**, the voter can cast a regular ballot. [§ 17-9-30(f)]

If a voter cannot be positively identified by two (2) election officials, the voter can cast a provisional ballot. The voter should be directed to the precinct's provisional ballot officer for ballot processing. In order for the provisional ballot to be counted, the voter is required to present a proper form of photo identification to the Board of Registrars no later than 5:00 p.m. on the Friday following Election Day. [§§ 17-10-1(c), 17-10-2(a)(3)]

# PHOTO VOTER IDENTIFICATION

**When a voter shows up to vote on Election Day:**

1) Ask the voter for his or her name.

2) Look on your list of registered voters to see if his or her name is on the list.

3) If the voter's name is on your list, follow normal voting procedures as follows:

   - Check Voter Identification

   - If a Primary Election, ask the voter their political party preference and mark the voter's political party preference on the poll list. *See Crossover Voting Tab of this guide.

   - Highlight voter's name on the poll list

   - Print name on the clerk's list beside corresponding number on voter's list.

   - Determine appropriate ballot style to give to voter.

4) **If his or her name is marked as "inactive"**,

   - Ask the voter to fill out a **"Voter Reidentification Update Form"** before letting him or her vote. (§ 17-4-9) Review form to ensure it is complete.

   - Instruct the person to check the "update" box on the form.

   - If there is a **change in the inactive voter's address** and the voter now lives in a new precinct in the same county, ask the voter to go to the new polling place, contact the county Board of Registrars to gather more information regarding the new polling place. The voter must cast their vote by provisional ballot at the new polling place.

5) **If you cannot find the person's name on your registered voters list:**

   - Take the voter to the provisional ballot officer, and

   - Inform the voter that because his or her name is not on the list of registered voters, he/she will receive help from the provisional ballot officer. [§ 17-10-2(a)(1)]

6) **If his or her name is marked off because he or she applied for an absentee ballot:**

   - Take the voter to the provisional ballot officer, and

   - Tell the provisional ballot officer that the voter is marked off for having applied for an absentee ballot. [§§ 17-10-2(a)(5), 17-11-5(c)]

7) **If the person does not provide the necessary photo identification:**

   - Take the voter to the provisional ballot officer, and

   - Inform the provisional ballot officer that the voter did not provide photo identification. [§§ 17-10-1(c), 17-10-2(a)(3)]

8) **If an inspector challenges the person's right to vote in the precinct:**

   - The inspector will take the voter to the provisional ballot officer, and

   - The inspector will fill out the inspector challenge statement. [§ 17-10-2(a)(2)]

# A GUIDELINE FOR VOTER CHECK-IN (FOR POLL WORKERS)

## ELECTION SECURITY

Election Day ballots will be received and packaged by precinct. The Chief Inspector should confirm he or she has received the correct ballots, the correct number of boxes, and that all boxes are securely packaged. the overall shipment of ballots will arrive at the county sealed, with instructions for the receiving authority to advise the vendor if the shipment seal been broken.

Absentee ballots and associated supplies will be received by the Absentee Election Manager in sealed boxes. The receiving authority should advise the vendor if there are any signs of tampering or broken seals.

Ballots shall be secured behind locked doors at all times except when in use on Election Day. However, regular absentee ballots and absentee ballots for military and overseas citizens (UOCAVA) may be accessed during the 55 day period prior to the election.

Voting machines, including electronic poll books, shall be secured behind locked doors at all times except when in use on Election Day.

All voting equipment shall be stored in a climate-controlled environment at all times.

Electronic media, either memory cards or USB sticks, must be kept secured at all times.

After media is installed in the appropriate voting machine, and all testing has been completed, the machine must be sealed with a numbered seal and the seal number recorded. The Chief Inspector should receive this information as part of his or her Election Day materials, and check to ensure the seal, with the correct number, is in place and secure.

If it appears someone is tampering with or misusing voting equipment on Election Day, inform the Voting Precinct Inspector immediately.


## PROHIBITIONS

**Act 2021-535** prohibits any voting machine from being installed or operated outside of the interior of the enclosed building designated as a voting place.  Additionally, no ballots shall be taken into or out of any voting place, except in performing the authorized pre-election and post-election duties of transporting ballots.

**Act 2021-488** prohibits any voter in this state from voting more than once, or attempting to vote more than once, in any election held in this state, or who votes in both this state and another state or territory in the same or equivalent election.  The Act also prohibits any voter from attempting to vote when they have knowledge that they are not entitled to vote, or to commit any kind of unlawful or fraudulent voting.


# ELECTION SECURITY  ◆  PROHIBITIONS

**When a poll worker brings a voter to you, do the following:**

1) Explain provisional process to voter and to voter's assistant, if voter has requested assistance.

2) Find out why the voter was identified as a potential provisional voter. **Be familiar with this list of reasons that trigger provisional voting:**
   - The voter's name is not on the voter list. [§ 17-10-2(a)(1)]
   - The voter's name was marked off the voter list because he or she applied for an absentee ballot. [§§ 17-10-2(a)(5), 17-11-5(c)]
   - The voter did not provide voter identification, as required by law. [§§ 17-10-1(c), 17-10-2(a)(3)]
   - The voter's right to vote is being challenged by an inspector. [§ 17-10-2(a)(2)]
   - The voter disputes the political party indicated in the primary runoff election polling list.

3) If the voter's name is not found on voter list, call Board of Registrars to find out if voter is eligible to vote.

4) If Board of Registrars or a member of appointing board **confirms that the voter is eligible to vote**:
   - Write name of the Registrar or appointing board member (Probate Judge, Circuit Clerk, Sheriff, or designee) who confirmed voter's eligibility, in shaded space on the back of update form.
   - Have voter fill out update form. Make sure that verification box is check marked on form.
   - Direct voter to a poll worker to vote a regular ballot. Remind voter to give update form to poll worker.

5) **When a voter's eligibility to vote cannot be verified:**
   - Explain to voter and voter's assistant, if he or she has an assistant, that he or she has a legal right to vote a provisional ballot and the details of provisional voting. Provide written instructions.

6) **If the voter wants to vote a provisional ballot, secure the proper roster, and:**
   - Instruct the voter to sign or mark the provisional ballot roster and complete all requested information.

7) **Obtain a provisional verification statement (PB-3), and then:**
   - Write on **PB-3** the line number from the provisional ballot roster.
   - Write election date, precinct number and ballot style on the **PB-3**.
   - Check the correct box on the **PB-3** to mark the reason why the voter is casting a provisional ballot.
   - After you have completed your portion of the **PB-3**:
     - Explain to voter and voter's assistant, if he/she has requested an assistant, that a sworn statement must be signed by voter.
     - Have voter or voter's assistant complete the requested information on sworn statement.
     - The <u>voter</u> must sign or mark the "signature line."
   - Direct voter to fill out **Voter Reidentification "Update" Form** that is attached to **PB-3**.
     - Make sure "provisional" box is checked on form.
     - Place completed **PB-3** in **Precinct Provisional Return Envelope (PB-4)**.

8) **If voter is voting a provisional ballot because of an <u>inspector's challenge,</u>**
   - Separate multi-part challenge statement.
   - Place original statement (**white copy**) in provisional ballot box.
   - Place one copy (**yellow copy**) in **Precinct Provisional Return Envelope (PB-4)**.
   - Give one copy (**pink copy**) to voter.

9) Before giving voter a provisional ballot, place a provisional sticker over timing mark area located on left-hand side of the ballot, and instruct voter not to remove pre-affixed sticker.

10) Give voter the provisional ballot and direct him or her to the designated voting area for provisional voters.

11) Instruct voter to place his or her completed ballot in inner envelope (**PB-1**) and to seal envelope.

12) Instruct voter to place inner envelope (**PB-1**) in outer envelope (**PB-2**) and seal envelope. **Write voter's name and roster number in designated areas on this envelope.**

13) Direct voter to place provisional ballot outer envelope into provisional ballot box.

# PROVISIONAL BALLOT OFFICER

## To Contact your Probate Judge's Office:

**Autauga:** (334) 361-3728
**Baldwin:** (251) 937-0285
**Barbour:** (334) 687-1530
**Bibb:** (205) 926-3108
**Blount:** (205) 625-4191
**Bullock:** (334) 738-2250
**Butler:** (334) 382-3512
**Calhoun:** (256) 241-2825
**Chambers:** (334) 864-4380
**Cherokee:** (256) 927-3363
**Chilton:** (205) 755-1555
**Choctaw:** (205) 459-2414
**Clarke:** (251) 275-3251
**Clay:** (256) 354-2198
**Cleburne:** (256) 463-5655
**Coffee:** (334) 347-2688
**Colbert:** (256) 386-8542

**Conecuh:** (251) 578-1221
**Coosa:** (256) 377-4919
**Covington:** (334) 428-2510
**Crenshaw:** (334) 335-6568 Ext. 2226
**Cullman:** (256) 775-4665
**Dale:** (334) 774-2754
**Dallas:** (334) 876-4830
**DeKalb:** (256) 845-8510
**Elmore:** (334) 567-1140
**Escambia:** (251) 867-0297
**Etowah:** (256) 549-1444
**Fayette:** (205) 932-4519
**Franklin:** (256) 332-8801
**Geneva:** (334) 684-5640
**Greene:** (205) 372-3340
**Hale:** (334) 624-8740

**Henry:** (334) 585-3257
**Houston:** (334) 677-4792
**Jackson:** (256) 574-9290
**Jefferson:** (205) 325-5203
**Lamar:** (205) 695-9119
**Lauderdale:** (256) 760-5804
**Lawrence:** (256) 974-2439
**Lee:** (334) 745-9761
**Limestone:** (256) 233-6427
**Lowndes:** (334) 548-2365
**Macon:** (334) 724-2611
**Madison:** (256) 532-3330
**Marengo:** (334) 295-2210
**Marion:** (205) 921-2471
**Marshall:** (256) 571-7764
**Mobile:** (251) 574-6000
**Monroe:** (251) 743-4107

**Montgomery:** (334) 832-1240
**Morgan:** (256) 351-4675
**Perry:** (334) 683-2210
**Pickens:** (205) 367-2010
**Pike:** (334) 566-1246
**Randolph:** (256) 357-4933
**Russell:** (334) 298-7979
**Shelby:** (205) 669-3710
**St. Clair:** (205) 594-2120
**Sumter:** (205) 652-7281
**Talladega:** (256) 362-4175
**Tallapoosa:** (256) 825-4266
**Tuscaloosa:** (205) 349-3870
**Walker:** (205) 384-7284
**Washington:** (251) 847-2201
**Wilcox:** (334) 682-4883
**Winston:** (205) 489-5219

## To Contact your Board of Registrars Office:

**Autauga:** (334) 358-6740
**Baldwin:** (251) 937-0229
**Barbour:** (334) 775-8579
**Bibb:** (205) 926-3102
**Blount:** (205) 625-4182
**Bullock:** (334) 738-5372
**Butler:** (334) 382-5685
**Calhoun:** (256) 241-2930
**Chambers:** (334) 864-4313
**Cherokee:** (256) 927-5336
**Chilton:** (205) 755-3820
**Choctaw:** (205) 459-2531
**Clarke:** (251) 275-3062
**Clay:** (256) 354-7815
**Cleburne:** (256) 463-5299
**Coffee:** (334) 894-5347
**Colbert:** (256) 386-8535
**Conecuh:** (251) 578-7024

**Coosa:** (256) 377-2418
**Covington:** (334) 428-2685
**Crenshaw:** (334) 335-6568 Ext. 2252
**Cullman:** (256) 739-3530 Ext. 9
**Dale:** (334) 774-9038
**Dallas:** (334) 874-2534
**DeKalb:** (256) 845-8598
**Elmore:** (334) 567-1150
**Escambia:** (251) 867-0243
**Etowah:** (256) 549-5384
**Fayette:** (205) 932-5432
**Franklin:** (256) 332-8849
**Geneva:** (334) 684-5655
**Greene:** (205) 372-9669
**Hale:** (334) 624-4672
**Henry:** (334) 585-6080

**Houston:** (334) 677-4776
**Jackson:** (256) 574-9339
**Jefferson:** (205) 325-5550
**Lamar:** (205) 695-6348
**Lauderdale:** (256) 760-5840
**Lawrence:** (256) 974-2460
**Lee:** (334) 737-3635
**Limestone:** (256) 233-6405
**Lowndes:** (334) 548-2389
**Macon:** (334) 724-2617
**Madison:** (256) 532-3510
**Marengo:** (334) 295-2249
**Marion:** (205) 921-3625
**Marshall:** (256) 571-7740
**Mobile:** (251) 574-8586
**Monroe:** (251) 743-4107 Ext. 141
**Montgomery:** (334) 832-1215

**Morgan:** (256) 351-4660
**Perry:** (334) 683-2218
**Pickens:** (205) 367-2071
**Pike:** (334) 566-1757
**Randolph:** (256) 357-2138
**Russell:** (334) 298-1443
**Shelby:** (205) 669-3913
**St. Clair:** (205) 338-3954
**Sumter:** (205) 652-7902
**Talladega:** (256) 761-2132
**Tallapoosa:** (256) 825-1081
**Tuscaloosa:** (205) 464-8415
**Walker:** (205) 384-7279
**Washington:** (251) 847-3255
**Wilcox:** (334) 682-9753
**Winston:** (205) 489-3966

**PREPARED BY THE ELECTIONS DIVISION**

**OFFICE OF THE SECRETARY OF STATE STATE OF ALABAMA**

**WES ALLEN**

**ALABAMAVOTES.GOV**

**1-800-274-VOTE (8683)**

**(334) 242-7200**

**CONTACT INFORMATION**

 Alabama Secretary of State 

# Alabama Secretary of State Assists Law Enforcement with the Arrest of Three Individuals for Identity Theft and Voter Fraud

Home > Newsroom > Alabama Secretary of State Assists Law Enforcement with the Arrest of Three Individuals for Identity Theft and Voter Fraud

*Please email sospress@sos.alabama.gov to be subscribed to our mailing list.*

FOR IMMEDIATE RELEASE

Wes Allen, Alabama's Secretary of State, announced today that his office assisted the U.S. Department of State, the Alabama Law Enforcement Agency, the Franklin County District Attorney's Office, the Franklin County Sheriff's Office and the Russellville Police Department with an investigation that led to the arrest of three individuals for identity theft. The three individuals are also not American citizens.

The arrest of Teresa Martin Pascual, Maria Juan Pascual and Luis Balderman occurred on March 15, 2023. The three individuals are not qualified to vote, are not American citizens and had no right to participate in Alabama's elections. According to the indictment, they each used identification that was not their own to register to vote and vote in the names of identity theft victims.

"I am incredibly appreciative of the efforts of the law enforcement agencies who worked together to indict

EXHIBIT
**30**

and apprehend these three individuals," Secretary Allen said. "My office will always assist law enforcement in every way possible to seek convictions of individuals who attempt to illegally vote in our elections. We will not tolerate a single illegal voter attempting to participate in our elections."

Alabama law requires that registered voters must be legal American citizens.

Wes Allen serves as Alabama's 54th Secretary of State and was sworn into office on January 16, 2023.

-###-

Alabama Directory   -   Online Services   -   Alabama.gov   -   Statements & Policies   -   Feeds   -   Contact Us

P.O. Box 5616 Montgomery, AL 36103-5616   -   Phone: (334) 242-7200   -   Fax: (334) 242-4993

 Alabama Secretary of State

☰

# Secretary of State Wes Allen's Statement on Undocumented Individual Charged in Connection with Voting Fraud and Passport Fraud in Alabama

Home  >  Newsroom  >  Secretary of State Wes Allen's Statement on Undocumented Individual Charged in Connection with Passport Fraud in Alabama

*Please email sospress@sos.alabama.gov to be subscribed to our mailing list.*

"I have been very clear that a top priority of this Office is ensuring only eligible American citizens are voting in Alabama elections. I want to thank the U.S. State Department and the U.S. Attorney's Office in the Northern District of Alabama for their diligent efforts investigating and charging this individual. We will continue to assist law enforcement in every way possible as they prosecute individuals who vote illegally in Alabama elections to the fullest extent of the law." –Secretary of State Wes Allen

https://www.justice.gov/usao-ndal/pr/undocumented-individual-charged-connection-voting-fraud-and-passport-fraud?fbclid=IwY2xjawFG7fxleHRuA2FlbQIxMQABHfXV8E5y7yYvCB_iXotfWADp_5OwszoBNyek5cZxVQYn0CjTT3DYRz8uQg_aem_BKHYfQKxTpAA2dST

### ###

EXHIBIT
**31**



PRESS RELEASE

# Undocumented Individual Charged in Connection with Voting Fraud and Passport Fraud

Thursday, September 5, 2024

**For Immediate Release**

U.S. Attorney's Office, Northern District of Alabama

BIRMINGHAM, Ala. – An undocumented individual has been charged in connection with her fraudulent assumption of a United States citizen's identity and her use of that identity to vote in multiple elections and obtain multiple United States passports, announced U.S. Attorney Prim F. Escalona and Resident Agent in Charge Joseph R. Wysowaty of the U.S. State Department's Diplomatic Security Service (DSS) Atlanta Resident Office.

A nine-count information filed in U.S. District Court charges **Angelica Maria Francisco**, 42, most recently of Russellville, with false claims of citizenship in connection with voting, false statements in application for a United States passport, use of a United States passport obtained by false statements, and aggravated identity theft.  A plea agreement was filed with the information, indicating that Francisco has agreed to plead guilty to all of the charges.

According to the information and plea agreement, Francisco assumed the identity of a United States citizen in or around 2011.  Francisco used the false identity to obtain a United States passport in 2011. She subsequently used the United States passport to travel to and from her native country of Guatemala in 2012, 2015, and 2018.  Using the same false identity, Francisco also registered to vote in Alabama in 2016 and voted in the 2016 and 2020 primary and general

EXHIBIT
**32**

elections.  And in 2021, Francisco used the same false identity to apply for and receive a renewed passport, which she used to travel to and from Guatemala in 2022.

The Court will set a date for Francisco to enter her guilty plea.

DSS investigated the case, with assistance from the Alabama Law Enforcement Agency, the East Metro Area Crime Center, and the Alabama Secretary of State's Office. Assistant U.S. Attorney Brett A. Janich is prosecuting the case.

An information contains only charges.  A defendant is presumed innocent unless and until proven guilty.

*Updated September 5, 2024*

**Component**

[USAO - Alabama, Northern](USAO - Alabama, Northern)

# Related Content

**PRESS RELEASE**

**Justice Department Secures Agreement with Alabama Landlord to Resolve Claims of Sexual Harassment of Female Tenants**

February 2, 2024

**PRESS RELEASE**

**Representative John Rogers Charged with Additional Offenses in Fraud Case Involving the Jefferson County Community Service Fund**

February 2, 2024

**PRESS RELEASE**

## Indiana Man Charged with Obstructing Gambling Investigation

January 31, 2024

✉ **Northern District of Alabama:**

Birmingham Main Office

1801 4th Avenue North

Birmingham, Alabama 35203

Email USAO-NDAL

📞 Telephone: (205) 244-2001

Fax Line: (205) 244-2171