# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) )  Case No.: 2:24-cv-01254-AMM |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) ) ) ) ) |
| *Defendants*. | ) |
| | |
| UNITED STATES OF AMERICA, | ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) Case No.: 2:24-cv-01329-AMM |
| STATE OF ALABAMA and WES ALLEN, in his official capacity as Alabama Secretary of State, | ) ) ) ) ) ) |
| *Defendants*. | ) |

**STATE DEFENDANTS' RESPONSE TO ORDER REQUIRING NOTICE CONCERNING ATTENDANCE AT PRELIMINARY INJUNCTION HEARING**

In compliance with this Court's Orders, *ACIJ* doc. 65; *U.S.* doc. 31, the State Defendants[1] respectfully notify the court of the names of counsel who will attend the preliminary injunction hearing on October 15, 2024 and any witnesses who may be called to give live testimony.

**May Call Witnesses**

The State Defendants may call **Clay S. Helms**, Chief of Staff, Alabama Secretary of State's office, as a witness.

The State Defendants reserve the right to examine any witness presented by any other party.

**Counsel**

Litigation counsel for the State Defendants attending the hearing are:

- **James W. Davis**;

---

[1] In *ACIJ v. Allen*, the State Defendants are: Hon. Wes Allen, who is sued in his official capacity as Secretary of State for the State of Alabama; Hon. Steve Marshall, who is sued in his official capacity as Attorney General for the State of Alabama; Hon. Sheila Cox Barbuck, who is sued in her official capacity as Chair of the Marshall County Board of Registrars; Hon. Jan Bennett, who is sued in her official capacity as Chair of the Elmore County Board of Registrars; Hon. Barry Stephenson, who is sued in his official capacity as the Jefferson County Registrar; and, Hon. Cindy Thrash, who is sued in her official capacity as Chair of the Lee County Board of Registrars.

In *United States v. Alabama*, the State Defendants are the State of Alabama and Hon. Wes Allen, who is sued in his official capacity as Secretary of State for the State of Alabama.

- **Robert M. Overing**;

- **Misty S. Fairbanks Messick**; and,

- **Scott Woodard**.

**George Muirhead**, a new Alabama admittee who is not yet licensed in the Northern District of Alabama will observe. He is employed with the Alabama Attorney General's office.

**Michael L. Jones, Jr.**, General Counsel for the Alabama Secretary of State's office, and **Meridith Blackburn**, Deputy General Counsel for the Alabama Secretary of State's office, will also observe.

*Respectfully Submitted,*

Steve Marshall
  *Attorney General*

/s/ Misty S. Fairbanks Messick
James W. Davis (ASB-4063-I58J)
Robert M. Overing (ASB-8736-M14Q)
  *Deputy Attorneys General*
Misty S. Fairbanks Messick (ASB-1813-T71F)
Scott Woodard (ASB-1001-F94C)
  *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 3538400
Jim.Davis@AlabamaAG.gov
Robert.Overing@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Scott.Woodard@AlabamaAG.gov

***Counsel for the State Defendants***

4