

FILED
2024 Oct-14  AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, <br><br> *Defendants*. | Case No.: 2:24-cv-01254-AMM |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF ALABAMA and WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> *Defendants*. | Case No.: 2:24-cv-01329-AMM |

### THIRD DECLARATION OF CLAY HELMS

My name is Clay Helms. I am over the age of 19 and competent to provide testimony in this matter. The facts I have set out below are based upon my personal knowledge and/or the records of the Alabama Secretary of State's office maintained in the ordinary course of business.

**Exhibit T**

1. I am the Chief of Staff for Secretary of State Wes Allen, a position I have held since Secretary Allen took office in January 2023.

2. My original declaration in these consolidated cases explained that the noncitizen letter process began with 3,251 individuals, of whom 453 were already Inactive before the August letters were ever sent.

3. My second declaration noted that, as of when PowerProfile was checked on October 8, 2024, of the original 3,251 individuals, **1,049** were **Active**, **2,043** were **Inactive**, and **159** were **Disqualified**, irrespective of whether PowerProfile contains a scanned copy of the submitted Voter Removal Request, NVRA-25. (For more information about this last category, please see paragraphs 56 and 57 of my original declaration.)

4. The Secretary of State's office has now instructed the Registrars to promptly make 1,025 individuals Active.

5. In response to criticism of the methodology used by the Secretary of State's office in developing the original list of 3,251 individuals, I reached out to ALEA on or about September 25, 2024 to ask for further assistance.

6. On September 25, 2024, I emailed ALEA a list of 1,462 individuals for whom our evidence of noncitizenship had come from the Alabama Department of Labor. This is the same list that had been sent to the Board of Registrars with the

September template letter on September 18, 2024. (That email to the Registrars had an Excel file for ALEA matches and an Excel file for Labor matches.)

7. I asked ALEA to try to match these 1,462 individuals to individuals in its own records and, for any matches, inform me if the last issued credential (driver's license or non-driver ID) was a foreign national (FN) credential.

8. ALEA performed the matching analysis using last name, date of birth, and last four digits of the Social Security number.

9. On Friday, October 11, 2024, I received the list back from ALEA with all 1,462 individuals included. ALEA had added data indicating which individuals were matched and which individuals had FN credentials.

10. ALEA matched 1,442 individuals. Twenty individuals were not matched. Seventy matched individuals were last issued FN credentials.

11. I sent the Excel file to Adam Alexander, who is the Director of our Information Systems Division. I instructed Director Alexander to use the October 8, 2024 snapshot to add status, status reason, and status change date to each of the 1,462 records.

12. When I got the Excel file back from Director Alexander with the status, status reason, and status date change information added, I removed a number of individuals from the file. The following paragraphs describe which categories of individuals I removed, but are not intended to specify the sequence of removal.

13. I removed from the list the 20 individuals whom ALEA did not match.

14. I removed from the list the 70 matched individuals for whom ALEA had most recently issued FN credentials.

15. I removed from the list matched individuals who were in Active status.

16. I removed from the list matched individuals who were in Disqualified status.

17. I removed from the list matched individuals who were in Inactive status for reasons other than noncitizen letter process, *e.g.*, the general NVRA purge program or because of undeliverable mail. The status reason data allows me to see why a particular individual is Inactive. The status reason for the noncitizen letter process is PCV, which stands for Pending Citizenship Verification.

18. After my removals, there were 1,025 individuals on the list whom ALEA has verified were last issued a regular credential—not a FN credential—but who were made Inactive during the noncitizen letter process.

19. I sent the Excel file with 1,025 individuals to Director Alexander and instructed him to add the county name for each individual using the October 8, 2024 snapshot.

20. Thereafter, Director of Elections Jeff Elrod emailed the Boards of Registrars on the evening of Friday, October 11, 2024 as follows:

4

Dear Registrars:

Attached is a list of voters from the ongoing citizenship verification process who are currently in the "Inactive" status. After further data analysis, these individuals have been verified and, upon your review of this spreadsheet, need to be made "Active." Once you have changed these voters to an active status, you then need to mail a voter identification card to the voter. This process must be completed by the end of business on **Tuesday, October 15**. Once you have changed the status and generated the notice to be mailed, please confirm to me that this has been completed.

If you have any questions, please let me know.

Thanks,
[signature block omitted]

21. Monday, October 14, 2024, is a State and federal holiday.

22. As Director Elrod explains, the 1,025 individuals should be made Active. Once each individual is made Active, he or she will be able to vote in the 2024 General Election without taking any further steps attributable to the noncitizen letters.

23. Further, Director Elrod instructed the Registrars to send a Voter Information Card, like the one in Exhibit 28 to my original declaration, to each individual to confirm the voter has been made Active. The card will also have polling place information.

24. The following table shows how many individuals are on the list for each county. Counties that do not have anyone on the list are not included.

| County | Number of Individuals |
|---|---|
| Autauga | 18 |
| Baldwin | 59 |
| Barbour | 6 |
| Blount | 2 |
| Bullock | 2 |
| Chambers | 7 |
| Chilton | 9 |
| Choctaw | 2 |
| Clarke | 5 |
| Crenshaw | 3 |
| Cullman | 2 |
| Dale | 9 |
| Dallas | 10 |
| Dekalb | 12 |
| Escambia | 13 |
| Etowah | 24 |
| Franklin | 5 |
| Geneva | 4 |
| Greene | 3 |
| Hale | 1 |
| Henry | 4 |
| Houston | 24 |
| Jackson | 9 |
| Jefferson | 221 |
| Lamar | 3 |
| Lauderdale | 18 |
| Lawrence | 1 |
| Lee | 2 |

| County | Number of Individuals |
|---|---:|
| Limestone | 19 |
| Lowndes | 4 |
| Madison | 105 |
| Marengo | 8 |
| Marion | 4 |
| Marshall | 15 |
| Mobile | 167 |
| Monroe | 5 |
| Montgomery | 97 |
| Perry | 4 |
| Pike | 8 |
| Russell | 10 |
| Shelby | 50 |
| St. Clair | 17 |
| Sumter | 2 |
| Talladega | 17 |
| Walker | 8 |
| Washington | 1 |
| Wilcox | 6 |

25. Making each of the 1,025 individuals Active and creating each Voter Information Card, which is populated by PowerProfile, is fairly quick and easy by comparison to the process of sending the template letters. Quite a few counties have low numbers of individuals for whom they need to take these actions. Jefferson County, Madison County, Mobile County, and Montgomery County have staffs.

7

26. Keep in mind that, as noted in my original declaration at ¶ 62, Director Elrod had instructed the Registrars back on September 5, 2024 that: "For cases where you run the verification check on the existing driver license and/or last four of social security number, and the system responds that either number is <u>verified</u>, you may change the voter's status back to "Active" (unless the voter was inactivated for a separate reason). The verification procedure confirms their eligibility and no further action is needed by the voter." This email is Exhibit 23 to my original declaration.

27. The verification procedure that Director Elrod is referring to, like the matching process described in this declaration, involves checking Inactive voters against ALEA's records, though the verification process Director Elrod references can also check against the Social Security database.

\* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October **14**, 2024.

*[signature]*

Clay Helms
Chief of Staff
Office of the Secretary of State
State of Alabama