FILED

2024 Oct-14  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE; LEAGUE OF WOMEN VOTERS OF ALABAMA; LEAGUE OF WOMEN VOTERS OF ALABAMA EDUCATION FUND; ALABAMA STATE CONFERENCE OF THE NAACP; ROALD HAZELHOFF; JAMES STROOP; CARMEL MICHELLE COE; and EMILY JORTNER,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State; STEVE MARSHALL, in his official capacity as Alabama Attorney General; and JAN BENNETT, BARRY STEPHENSON, CINDY WILLIS THRASH, and SHEILA COX BARBUCK, in their official capacities as Chairs of Boards of Registrars of Elmore, Jefferson, Lee, and Marshall Counties;<br><br>*Defendants*. | Case No. 2:24-cv-01254-AMM<br><br>Judge Anna M. Manasco |

## <u>PRIVATE PLAINTIFFS' SUPPLEMENTAL EVIDENTIARY SUBMISSION<br>IN SUPPORT OF PRELIMINARY INJUNCTION</u>

The Private Plaintiffs in these consolidated cases respectfully file the

following evidence:

| Exhibit | Description | Bates Stamp |
|---|---|---|
| 30 | Declaration of Clarence Hunter in Support of Motion for Preliminary Injunction | |
| 31 | Emails Between Laney Rawls and Anna Barrett | AL 392-394 |
| 32 | Emails Between Laney Rawls and Safiyah Riddle | AL 412-414 |
| 33 | Emails Between Laney Rawls and Jude Joffe-Block | AL 437-440 |
| 34 | Emails Between Laney Rawls and Jane Timm | AL 446-447 |
| 35 | Emails Between Clay Helms and Holley Cook | AL 482-486 |
| 36 | Emails Between Nona Short and Adam Alexander | AL 491-492 |
| 37 | August 12, 2024 Email Between Clay Helms and Adam Alexander | AL 495 |
| 38 | August 7, 2024 Email Between Clay Helms and Adam Alexander | AL 497 |
| 39 | July 29, 2024 Email Between Clay Helms and Adam Alexander | AL 500 |
| 40 | Letter from Secretary Allen to Attorney General Marshall | AL 503-506 |
| 41 | Emails Between Laney Rawls Office and ADOL Secretary Washington | AL 579-586 |
| 42 | Spreadsheet Detailing Purge-Letter Recipients Who Contacted ADOL | AL 589-590 |
| 43 | Election Protection Podcast with Josh Findlay, *Alabama Secretary of State Wes Allen*, Texas Public Policy Foundation (June 19, 2024) | |

Date: Oct. 14, 2024                     Respectfully Submitted,


/s/ *Joseph Mitchell McGuire*                  /s/ *Kathryn Huddleston*

Joseph Mitchell McGuire
(ASB-8317-S69M)
MCGUIRE & ASSOCIATES, LLC
31 Clayton Street
Montgomery, Alabama 36104
334-517-1000 Office
334-517-1327 Fax
jmcguire@mandabusinesslaw.com

/s/ *Michelle Kanter Cohen*
Michelle Kanter Cohen (D.C. Bar No. 989164)
Nina Beck (WI State Bar No. 1079460)
Jon Sherman (D.C. Bar No. 998271)
FAIR ELECTIONS CENTER
1825 K St. NW, Ste. 701
Washington, D.C. 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org
nbeck@fairelectionscenter.org
jsherman@fairelectionscenter.org

Kathryn Huddleston
Danielle Lang
Brent Ferguson
Kate Hamilton
Shilpa Jindia
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
khuddleston@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
sjindia@campaignlegalcenter.org


/s/ *Ellen Degnan*
Ellen Degnan, ASB 3244I12V
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 313-0702
ellen.degnan@splcenter.org

/s/ *Jess Unger*
Bradley Heard
Sabrina Khan
Jess Unger
Southern Poverty Law Center
1101 17th Street NW
Suite 550
Washington, DC 20036
bradley.heard@splcenter.org
sabrina.khan@splcenter.org
jess.unger@splcenter.org

/s/ *Ahmed Soussi*
Ahmed Soussi
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000

New Orleans, LA 70170
ahmed.soussi@splcenter.org

## CERTIFICATE OF SERVICE

I certify that on October 14, 2024, I electronically filed the above document with the Clerk of Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Kathryn Huddleston
Kathryn Huddleston