FILED
2024 Oct-14  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 30

**Declaration of Clarence Hunter
in Support of Motion for Preliminary Injunction**

Docusign Envelope ID: ACAC63E6-96ED-4A1B-8CA4-3B17F6F28D74

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE; LEAGUE OF WOMEN VOTERS OF ALABAMA; LEAGUE OF WOMEN VOTERS OF ALABAMA EDUCATION FUND; ALABAMA STATE CONFERENCE OF THE NAACP; ROALD HAZELHOFF; JAMES STROOP; CARMEL MICHELLE COE; and EMILY JORTNER, *Plaintiffs*, v. WES ALLEN, in his official capacity as Alabama Secretary of State; STEVE MARSHALL, in his official capacity as Alabama Attorney General; and JAN BENNETT, BARRY STEPHENSON, CINDY WILLIS THRASH, and SHEILA COX BARBUCK, in their official capacities as Chairs of Boards of Registrars of Elmore, Jefferson, Lee, and Marshall Counties; *Defendants*. | Case No. 2:24-cv-01254-AMM<br>Judge Anna M. Manasco |

## DECLARATION OF CLARENCE HUNTER
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Clarence Hunter, declare as follows:

1. My name is Clarence Hunter. I am 63 years old. I was born and raised in Fort Mitchell, Alabama, and I have lived here my entire life. I am a United States citizen, and I have never been issued a noncitizen identification number. I am African American.

2. I am retired now, but I used to work as a truck driver for forty years.

3. I have been registered to vote in Russell County, Alabama since 1989. I always vote in federal, state, and local elections. I voted in the primary election earlier this year. Voting has always been important to me and my wife. My wife and I frequently go to the polling place together. My vote counts just like everyone else's.

4. I have never had any trouble with my voter registration and voting until this August.

5. On August 15, 2024, I received a letter in the mail about my voter registration. The letter said I was going to be removed from the voter registration list if I didn't re-register. This mailing included both a voter registration form and a removal request form. I filled out the voter registration form and took it in to the Russell County Board of Registrars' office in person on August 17, 2024. I did not fill out or sign the removal request form at that time.

6. A staff member at the Russell County Board of Registrars' office took my voter registration form and checked my information against information he had

on his computer, including my driver's license number. It showed on the screen that I was an "active" voter. I left the office.

7. The same staff member at the Russell County Board of Registrars' office called me back the next day, August 18, 2024, and he told me I had another form I needed to sign. I went straight back to the office that day, and he said that I needed to sign the removal request form too. I asked him why I needed to sign the removal request form, because I was not trying to remove myself from the voter rolls. He said, "They said this form needs to be signed." I didn't fill out the removal request form, but I did sign it. I asked him why I was being removed from the voter rolls, and the staff member said he did not know.

8. On October 10, 2024, I went online to check my voter registration status, and the website said that I was "active."

9. On October 11, 2024, I checked my voter registration status online again, and it still showed that I was "active."

10. I would still like to cast a ballot in the November election, but I am not sure I will be able to do so.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 12, 2024 in Fort Mitchell, Alabama.

Signed by:
_____
Clarence Hunter