# EXHIBIT 31

**Emails Between Laney Rawls and Anna Barrett**

# Rawls, Laney

**From:** Rawls, Laney
**Sent:** Thursday, August 15, 2024 1:45 PM
**To:** Anna Barrett
**Subject:** RE: Interview Inquiry

Hi Anna,

Please see the bolded statements. **All statements attributable to Secretary of State Wes Allen.**

- What are the steps to removing the voter registration of noncitizens?

**All individuals with noncitizen identifying numbers that have been identified by this Office are being inactivated. They will have the option to remove themselves from the voter file or update their voter registration. Those who do not self-remove or update their voter registration have been placed on the path to removal as prescribed by the National Voter Registration Act (NVRA).**

- Did the federal government give Mr. Allen a reason for not aiding in this project?

**The United States Citizenship and Immigration Service initially cited security of personal identifying information as the reason for not releasing the data. However, our Office offered ways alleviate this concern and received no response.**

- Are there only 3,251 noncitizens registered to vote? If so, how do you know? If not, what are steps moving forward to identify additional noncitizens?

**So far, we have obtained noncitizen identifying numbers from two state agencies to cross-check against our voter file and we are still working to obtain more. Our Office has been denied access to the master list in the possession of the United States Citizenship and Immigration Services. This is not a one-time review of our voter file. We will continue to conduct such reviews to do everything possible to make sure that everyone on our file is an eligible voter.**

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Anna Barrett <annafb0812@gmail.com>
**Sent:** Thursday, August 15, 2024 11:36 AM

1

**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Subject:** Re: Interview Inquiry

Today, if possible. As I mentioned, I am an intern and today is my last day.

On Thu, Aug 15, 2024 at 11:34 AM Rawls, Laney <laney.rawls@sos.alabama.gov> wrote:

> Thank you Anna!
>
> What is your deadline?
>
> **From:** Anna Barrett <annafb0812@gmail.com>
> **Sent:** Thursday, August 15, 2024 11:31 AM
> **To:** Rawls, Laney <laney.rawls@sos.alabama.gov>
> **Subject:** Re: Interview Inquiry
>
> Thank you for getting back to me so quickly. Below are my questions.
>
> - What are the steps to removing the voter registration of noncitizens?
>
> - Did the federal government give Mr. Allen a reason for not aiding in this project?
>
> - Are there only 3,251 noncitizens registered to vote? If so, how do you know? If not, what are steps moving forward to identify additional noncitizens?
>
> On Thu, Aug 15, 2024 at 11:11 AM Rawls, Laney <laney.rawls@sos.alabama.gov> wrote:
>
>> Hi Anna,
>>
>> The Secretary's schedule is absolutely packed out today.
>>
>> If you want to send me any questions, I will be more than happy to get you statements!
>>
>> Thanks,

2

Laney Rawls

Director of Communications

Office of Secretary of State Wes Allen

Alabama State Capitol

600 Dexter Avenue, Suite S-105

Montgomery, AL 36130

Laney.Rawls@sos.alabama.gov

Office: (334) 353-2171

Cell: (334) 865-3238

**From:** Anna Barrett <annafb0812@gmail.com>
**Sent:** Thursday, August 15, 2024 10:17 AM
**To:** Sos Press <sos.press@sos.alabama.gov>
**Subject:** Interview Inquiry

Good morning.

My name is Anna Barrett and I am an intern with Alabama Daily News. I am working on a story about the Secretary's announcement Tuesday about removing noncitizens from voter registration. I have a few questions I'd like to ask Mr. Allen. Is he available for a phone interview today?

Thanks,

Anna Barrett

3