FILED
2024 Oct-14 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 32

**Emails Between Laney Rawls and Safiyah Riddle**

**Rawls, Laney**

| | |
|---|---|
| **From:** | Riddle, Safiyah <SRiddle@ap.org> |
| **Sent:** | Friday, August 16, 2024 4:02 PM |
| **To:** | Rawls, Laney |
| **Subject:** | RE: Associated Press -- noncitizen voter questions |

Hi,

I forgot to hit send yesterday – but thank you for getting back to me so quickly! Have a good weekend.

Safiyah
c: 334-530-3467

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Thursday, August 15, 2024 11:02 AM
**To:** Riddle, Safiyah <SRiddle@ap.org>
**Subject:** RE: Associated Press -- noncitizen voter questions

[EXTERNAL]
Hi Safiyah,

Please see the bolded answers below. **All statements are attributable to Alabama Secretary of State Wes Allen.**

1. Is SoS Allen the first to use DHS to identify noncitizens illegally registered to vote? Or is this type of cooperation something that Secretary Allen's predecessors have done as well?
    1. (I'm aware that previous administrations have used other noncitizen data, but wondering about the DHS data specifically)

**The Secretary of State's office has partnered with state agencies that collect noncitizen identifying numbers and cross-checked that list against our statewide voter file. We are not aware of any statewide citizenship check before. I am the first Alabama Secretary of State to undertake this endeavor.**

2. I just want to confirm – those 3,251 noncitizens will be made immediately inactive, is that correct?
    1. If so, those who may have been naturalized already will have to re-register, it's not an appeal?

**Yes, the 3,251 individuals with noncitizen identifying numbers have been made inactive. Those who have been naturalized will be given the opportunity to update their voter registration with a valid Alabama driver license number, nondriver ID number, or the last four of their social security number.**

3. Will the 3,251 people who have been flagged as noncitizens be notified that their voter registration has changed?
    1. If so, when should people expect to receive notice?

**Yes, the Boards of Registrars will send a letter notifying these individuals of their change in registration status along with a form to either remove themselves as a registered voter or update their voter registration. The Registrars are sending these now.**

Sincerely,

1

Ala00000412

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238

  

**From:** Riddle, Safiyah <SRiddle@ap.org>
**Sent:** Wednesday, August 14, 2024 4:27 PM
**To:** Rawls, Laney <Laney.Rawls@sos.alabama.gov>
**Subject:** Associated Press -- noncitizen voter questions

Good afternoon,

Thank you for taking my call just now! As I mentioned, we're interested in writing about the announcement Secretary of State Allen made yesterday about removing noncitizen voters. We just had a couple of clarifying questions that we were hoping you could answer **on background**. If there is anything that I didn't ask that you think ought to be included or inform our framing, please let me know.

1. Is SoS Allen the first to use DHS to identify noncitizens illegally registered to vote? Or is this type of cooperation something that Secretary Allen's predecessors have done as well?
    1. (I'm aware that previous administrations have used other noncitizen data, but wondering about the DHS data specifically)
2. I just want to confirm – those 3,251 noncitizens will be made immediately inactive, is that correct?
    1. If so, those who may have been naturalized already will have to re-register, it's not an appeal?
3. Will the 3,251 people who have been flagged as noncitizens be notified that their voter registration has changed?
    1. If so, when should people expect to receive notice?

We're hoping to file something tomorrow. Feel free to call if that's easier.

Appreciate your time!

**Safiyah Riddle**
The Associated Press
c: 334-530-3467

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

Ala00000413

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

Ala00000414