# EXHIBIT 33

## Emails Between Laney Rawls and Jude Joffe-Block

# Rawls, Laney

| | |
|---|---|
| **From:** | Rawls, Laney |
| **Sent:** | Tuesday, August 27, 2024 10:10 AM |
| **To:** | Jude Joffe-Block |
| **Subject:** | RE: Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls |

Hi Jude,

We do not have these stats. The Boards of Registrars are still working the lists.

Thank you,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Jude Joffe-Block <JJoffeBlock@npr.org>
**Sent:** Tuesday, August 27, 2024 8:54 AM
**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Subject:** RE: Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls

Thank you! I understand.

Do you have any comment about how many people who were on the list of 3,251 turned out to be U.S.-born individuals who have come forward so far to affirm their citizenship after receiving a letter about their voter registration being inactivated? Or how many naturalized U.S. citizens on the list of 3,251 have so far affirmed their citizenship?

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Tuesday, August

**External Email - Use Caution**

Hi Jude,

We are unable to answer questions regarding a specific voter unless we are contacted by the individual directly. They are welcome to call Secretary Allen's Executive Assistant at 334-242-3677 for assistance.

1

Ala00000437

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Jude Joffe-Block <JJoffeBlock@npr.org>
**Sent:** Tuesday, August 27, 2024 12:03 AM
**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Subject:** RE: Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls

Hello again, I hope this note finds you well.
Since writing you last, I noticed Montgomery Independent that discusses the case of Bill Pritchett, who says he was born in the U.S. and received recent correspondence from the county Board of Registrars because his name was apparently associated with a noncitizen list.
https://www.montgomeryindependent.com/news/allen-unsure-how-many-u-s-citizens-ensnared-by-his-push-to-remove-non-citizen/article_a53bfd66-601e-11ef-ab01-bfd5bf7a1699.html
Does your office have any comment to share with me about his case, can you confirm he was in the pool of 3,251 who were supposed to receive letters? Do you know why he would have? Have any other U.S.-born individuals come forward so far to affirm their citizenship after receiving a letter about their voter registration being inactivated? I was able to reach Mr. Pritchett and he shared a copy of a letter he had received from the Montgomery County Board of Registrars.
Thanks so much!
Jude
202-320-1080

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Friday, August 23, 2024 7:27 AM
**To:** Jude Joffe-Block <JJoffeBlock@npr.org>
**Subject:** RE: Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls

**External Email - Use Caution**

Hi Jude,

See the below statements from Secretary of State Wes Allen in red.

1. Has anyone been inactivated from the rolls who was one of the 3,251 individuals identified? Have any counties started this process?

"My Office has identified 3,251 individuals registered to vote in Alabama who have also been issued noncitizen identifying numbers by the Department of Homeland Security. The voter registration of these individuals has been

inactivated by their local county Board of Registrars. They have been given the option to self-remove from the voter file if they are, in fact, ineligible or update their voter registration at any time, including on Election Day, with registration information to be verified after Election Day."

2. Voting rights groups say they are concerned this group includes people who have become naturalized citizens who are eligible voters. They sent a letter to your office saying that the proposed purges would violate federal law and have asked you to cease this action. Does your office have a response to this letter? https://campaignlegal.org/sites/default/files/2024-08/NVRA%20Letter%20AL%20Purge%208.19.24%20FINAL.pdf

"I will not bow down to threats from ultra-liberal activist groups who will stop at nothing in their quest to see noncitizens remain on Alabama's voter rolls. Campaign Legal Center is incorrect. The state is not purging any individual to violate federal law with the verification process we are using. Individuals can still vote on Election Day if they provide a valid Alabama driver license, nondriver identification, or social security number. This effort maintains our goal of having the cleanest and most accurate voter file in the country."

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Jude Joffe-Block <JJoffeBlock@npr.org>
**Sent:** Thursday, August 22, 2024 3:35 PM
**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Subject:** RE: Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls

Great thanks so much!

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Thursday, August 22, 2024 1:22 PM
**To:** Jude Joffe-Block <JJoffeBlock@npr.org>
**Subject:** RE: Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls

**External Email - Use Caution**

Good afternoon,

Received. We will have you something before 9:30 am CST tomorrow.

Thank you,

Laney Rawls

Ala00000439

Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Jude Joffe-Block <JJoffeBlock@npr.org>
**Sent:** Thursday, August 22, 2024 11:49 AM
**To:** Rawls, Laney <Laney.Rawls@sos.alabama.gov>
**Subject:** Media inquiry from NPR regarding Alabama efforts to remove noncitizens from voter rolls

Hello, I am a reporter with NPR working on a story today that relates to state efforts to remove noncitizens from voter rolls.

https://www.sos.alabama.gov/newsroom/secretary-state-wes-allen-implements-process-remove-noncitizens-registered-vote-alabama

I am aware that earlier this month, Secretary of State Wes Allen directed the Boards of Registrars to immediately inactivate the voter registrations of anyone who is not a citizen after identifying more than 3,000 individuals on voter rolls who had at one point had noncitizen numbers from DHS.

1. Has anyone been inactivated from the rolls who was one of the 3,251 individuals identified? Have any counties started this process?

2. Voting rights groups say they are concerned this group includes people who have become naturalized citizens who are eligible voters. They sent a letter to your office saying that the proposed purges would violate federal law and have asked you to cease this action. Does your office have a response to this letter?
https://campaignlegal.org/sites/default/files/2024-08/NVRA%20Letter%20AL%20Purge%208.19.24%20FINAL.pdf

Thanks so much. I am working on this story today, please let me know if you are able to respond by the end of the day today or Friday morning.

Best wishes,
Jude Joffe-Block
202-320-1080

Ala00000440