FILED
2024 Oct-14  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 34

## August 22, 2024 Emails Between Laney Rawls and Jane Timm

Please see the below statement from Secretary Allen:

"Repeated requests to the United States Federal Government for assistance in obtaining a listing of noncitizens currently residing in Alabama were denied. This lack of cooperation led my team and I to approach the issue differently. My Office received data for individuals with noncitizen identifying numbers associated with their name and personal identifying information that had been issued by the Department of Homeland Security. This list was cross-checked against our statewide registered voter file. 3,251 individuals were returned with noncitizen identifying numbers that were also registered to vote. These individuals have been contacted and given the option to self-remove from the voter file if they are, in fact, ineligible or update their voter registration at any time, including on Election Day according to state law, with registration information to be verified after Election Day."

Here is Secretary Allen's statement regarding the letter.

"I will not bow down to threats from ultra-liberal activist groups who will stop at nothing in their quest to see noncitizens remain on Alabama's voter rolls."

We are unable to answer questions regarding a specific voter unless we are contacted by the individual directly. They are welcome to call Secretary Allen's Executive Assistant at 334-242-3677 for assistance.

Thank you for reaching out.

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238

  

**From:** Timm, Jane (NBCUniversal) <Jane.Timm@nbcuni.com>
**Sent:** Thursday, August 22, 2024 1:41 PM
**To:** Rawls, Laney <Laney.Rawls@sos.alabama.gov>
**Subject:** Re: NBC NEWS

Hi Laney,

Thanks for chatting with me yesterday! This message got stuck in my outbox, resending now. I'd love to get on the record details about the data sources utilized, your attempt to work with USCIS/prevent naturalized citizens from being made inactive, and what you said about how voters can update their citizenship on election day. Was that shared with local boards? The letter Walker County sent did not inclue it. The Secretary's statement about the ACLU + co letter alleging a violation of NVRA would be great too.

And lastly, any information about which data source caught up this voter would be helpful.

Ernestina Watkins, DOB 2-24-82
Address 605 Dempsey Road, Jasper Alabama 35503

4

Thanks very much,

--
Jane C. Timm
Senior Reporter
NBC News
(917) 891-1357

Read my stories here.

---

**From:** Timm, Jane (NBCUniversal) <Jane.Timm@nbcuni.com>
**Date:** Wednesday, August 21, 2024 at 4:22 PM
**To:** Laney.Rawls@sos.alabama.gov <Laney.Rawls@sos.alabama.gov>
**Subject:** NBC NEWS

Hi Laney,

Jane Timm here from NBC News, where I cover elections and election policy. I'd love to get some more information about Secretary Allen's noncitizen voter purge. Got a minute to chat today or tomorrow? I've got a source who says she was purged from the lists despite naturalizing two years ago, so I'd love to find out more about how she was flagged as a noncitizen.

Think you can help me?

Thanks so much,

--
Jane C. Timm
Senior Reporter
NBC News
(917) 891-1357

Read my stories here.