FILED
2024 Oct-14  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 35

**Emails Between Clay Helms and Holley Cook**

**Helms, Clay**

**From:** Cook, Holley <Holley.Cook@alea.gov>
**Sent:** Monday, July 29, 2024 9:48 AM
**To:** Helms, Clay
**Subject:** FN File

Good morning!

File has been placed on the SFTP for SOS in the Hold Folder. The file name is SOS Request Document 07-29-2024.ods.

Please let me know if you have any questions or concerns.



**Holley Cook**
Director, Driver License Division
Alabama Law Enforcement Agency
o: 334-676-7301 | c: 334-549-1670
**www.alea.gov**

1

## Helms, Clay

**From:** Cook, Holley <Holley.Cook@alea.gov>
**Sent:** Wednesday, June 5, 2024 1:04 PM
**To:** Helms, Clay
**Subject:** RE: VR File

Clay,

Our vendor said the file will be ready soon. Hopefully by the end of the week!



**Holley Cook**
Director, Driver License Division
Alabama Law Enforcement Agency
o: 334-676-7301 | c: 334-549-1670
**www.alea.gov**

---

**From:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Sent:** Wednesday, June 5, 2024 12:50 PM
**To:** Cook, Holley <Holley.Cook@alea.gov>
**Subject:** RE: VR File

*********Warning EXTERNAL EMAIL*********

This message has originated from outside ALEA.gov. Do not click links or open attachments unless you recognize the sender and never give out your password.

Hey Holley!

Just checking in for Sec. Allen on the file status.



Clay Helms
Chief of Staff

Office of Secretary of State Wes Allen
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7207 • Cell: 334-221-8809

Clay.Helms@sos.alabama.gov


1

**From:** Cook, Holley <Holley.Cook@alea.gov>
**Sent:** Friday, April 26, 2024 2:25 PM
**To:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: VR File

Clay,

We should have this ready by the first week of June according to our vendor's project manager. Is that okay?



**Holley Cook**
Director, Driver License Division
Alabama Law Enforcement Agency
o: 334-676-7301 | c: 334-549-1670
**www.alea.gov**

---

**From:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Sent:** Thursday, April 18, 2024 4:51 PM
**To:** Cook, Holley <Holley.Cook@alea.gov>
**Subject:** VR File

********Warning EXTERNAL EMAIL********
This message has originated from outside ALEA.gov. Do not click links or open attachments unless you recognize the sender and never give out your password.

Hey,

Since we got past the runoff we have resumed voter file maintenance prior to the general. Just checking in to see if you can share any updates on the voter file review. Feel free to call.



Clay Helms
Chief of Staff

Office of Secretary of State Wes Allen
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7207 • Cell: 334-221-8809

Clay.Helms@sos.alabama.gov


Ala00000484

## Helms, Clay

**From:** Cook, Holley <Holley.Cook@alea.gov>
**Sent:** Wednesday, February 28, 2024 10:27 AM
**To:** Helms, Clay
**Subject:** FW: Sample file

Clay,

We will only require the following fields which may be used in our matching logic. Any additional fields required to assist you with matching to your voter roll is acceptable to be included as well, but we will only perform matching logic on names, SSN, DOB, and DL/ID#.

cde_name_title
text_name_first
text_name_middle
text_name_last
cde_name_suffix
text_ssn_pt1
text_ssn_pt2
text_ssn_pt3
cde_gender
text_dl_or_id_number
date_of_birth

You can have Adam drop the file on our SFTP, and make sure he lets Nona know when he does that.

Thanks!!



**Holley Cook**
Director, Driver License Division
Alabama Law Enforcement Agency
o: 334-676-7301 | c: 334-549-1670
**www.alea.gov**

---

**From:** Cook, Holley <Holley.Cook@alea.gov>
**Sent:** Friday, January 26, 2024 8:39 AM
**To:** Short, Nona <Nona.Short@alea.gov>; Wood, Jess <Jessica.Wood@alea.gov>
**Subject:** FW: Sample file

Nona,

Clay has provided the file information they will give us from the voter roll. We can decide what fields they can delete and let them know how we want them to send it when they have it ready.



**Holley Cook**
*Director, Driver License Division*
Alabama Law Enforcement Agency
o: 334-676-7301 | c: 334-549-1670
www.alea.gov

---

**From:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Sent:** Friday, January 26, 2024 8:11 AM
**To:** Cook, Holley <Holley.Cook@alea.gov>
**Subject:** Sample file

********Warning EXTERNAL EMAIL********

This message has originated from outside ALEA.gov. Do not click links or open attachments unless you recognize the sender and never give out your password.

Hey Holley,

Here is the sample file format we discussed. We can talk through what the columns mean if you want. Thanks for taking a look.



Clay Helms
Chief of Staff

Office of Secretary of State Wes Allen
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7207 • Cell: 334-221-8809

Clay.Helms@sos.alabama.gov


2