FILED
2024 Oct-14 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 36

**Emails Between Nona Short and Adam Alexander**

## Helms, Clay

**From:** Alexander, Adam
**Sent:** Friday, August 23, 2024 1:41 PM
**To:** Short, Nona
**Cc:** Wood, Jess; Helms, Clay
**Subject:** RE: New Registrant File Process for FN Documentation

Looping Clay Helms into this email as well, as he'll be part of that decision making process.

Thank you,

Adam Alexander
Office of the Secretary of State
State of Alabama
334-242-7536
adam.alexander@sos.alabama.gov

**From:** Short, Nona <Nona.Short@alea.gov>
**Sent:** Friday, August 23, 2024 1:34 PM
**To:** Alexander, Adam <Adam.Alexander@sos.alabama.gov>
**Cc:** Wood, Jess <Jessica.Wood@alea.gov>
**Subject:** New Registrant File Process for FN Documentation

Please provide the fields you plan to submit to us for the new registrant file process in which we will return the fields that match for registrants that have a foreign national designation in our db along with the FN document number.



**Nona Short**
Information Technology – Project Manager
Alabama Law Enforcement Agency
o: 334-676-6364
www.alea.gov

1

# Helms, Clay

**From:** Alexander, Adam
**Sent:** Thursday, August 15, 2024 3:51 PM
**To:** Helms, Clay
**Subject:** RE: ALEA FN Matches

We'll get started, and thanks!

Adam Alexander
Office of the Secretary of State
State of Alabama
334-242-7536
adam.alexander@sos.alabama.gov

**From:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Sent:** Thursday, August 15, 2024 3:50 PM
**To:** Alexander, Adam <Adam.Alexander@sos.alabama.gov>
**Subject:** RE: ALEA FN Matches

Please proceed.  Your request is approved for tomorrow.



Clay Helms
Chief of Staff

Office of Secretary of State Wes Allen
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7207 • Cell: 334-221-8809

Clay.Helms@sos.alabama.gov


**From:** Alexander, Adam <Adam.Alexander@sos.alabama.gov>
**Sent:** Thursday, August 15, 2024 2:33 PM
**To:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** RE: ALEA FN Matches

Are we clear to start adding the extra fields for the matches from Labor, or is there anything else that needs to change first?

Thank you,

Adam Alexander
Office of the Secretary of State

1