FILED
2024 Oct-14 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 37

**August 12, 2024 Email Between Clay Helms and Adam Alexander**

## Helms, Clay

**From:** Alexander, Adam
**Sent:** Monday, August 12, 2024 3:49 PM
**To:** Helms, Clay
**Subject:** Labor FN Matches

Clay,

The total number of matches from the Labor FN file was 2,010.

Thank you,

Adam Alexander
Office of the Secretary of State
State of Alabama
334-242-7536
adam.alexander@sos.alabama.gov

1

Ala00000495