FILED
2024 Oct-14 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 38

**August 7, 2024 Email Between
Clay Helms and Adam Alexander**

## Helms, Clay

**From:** Alexander, Adam
**Sent:** Wednesday, August 7, 2024 3:58 PM
**To:** Helms, Clay
**Subject:** FN Matches

Total Matches = 1241

Matches with Document Type "Not Found" = 21

Thank you,

Adam Alexander
Office of the Secretary of State
State of Alabama
334-242-7536
adam.alexander@sos.alabama.gov