# EXHIBIT 39

July 29, 2024 Email Between
Clay Helms and Adam Alexander

## Helms, Clay

**From:** Alexander, Adam
**Sent:** Monday, July 29, 2024 11:37 AM
**To:** Helms, Clay
**Subject:** RE: FN File

Okay, it's downloaded. It looks like it's 1810 records.

Thank you,

Adam Alexander
Office of the Secretary of State
State of Alabama
334-242-7536
adam.alexander@sos.alabama.gov

**From:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Sent:** Monday, July 29, 2024 9:51 AM
**To:** Alexander, Adam <Adam.Alexander@sos.alabama.gov>
**Subject:** FW: FN File

Can you download?



Clay Helms
Chief of Staff

Office of Secretary of State Wes Allen
Alabama State Capitol • Suite S-105
600 Dexter Avenue • Montgomery, AL • 36130
Office: 334-242-7207 • Cell: 334-221-8809

Clay.Helms@sos.alabama.gov


**From:** Cook, Holley <Holley.Cook@alea.gov>
**Sent:** Monday, July 29, 2024 9:48 AM
**To:** Helms, Clay <Clay.Helms@sos.alabama.gov>
**Subject:** FN File

Good morning!

File has been placed on the SFTP for SOS in the Hold Folder. The file name is SOS Request Document 07-29-2024.ods.

1

Ala00000500