# EXHIBIT 40

**Letter from Secretary Allen to Attorney General Marshall**

ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130



(334) 242-7200
WWW.SOS.ALABAMA.GOV
WES.ALLEN@SOS.ALABAMA.GOV

# WES ALLEN
## SECRETARY OF STATE

August 14, 2024

The Honorable Steve Marshall
Alabama Attorney General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36104

**VIA HAND DELIVERY**

Dear General Marshall,

Please see the enclosed noncitizen registered voter matches from Alabama Department of Labor and Alabama Law Enforcement Agency data, which may indicate potential violations of federal and/or state law by 3,251 individuals. Because the Secretary of State lacks investigative or prosecutorial authority under the law, I am referring these cases for further evaluation by your office.

We stand ready to assist as needed. Please contact my General Counsel, Michael L. Jones, Jr. at (334) 353-7857 or by email at Mike.Jones1@sos.alabama.gov with any questions.

Sincerely,

Wes Allen
Secretary of State

Enclosures

<u>**SOS Foreign Nationals County**</u>

| | |
|---|---|
| AUTAUGA – 6 | HALE – 2 |
| BALDWIN – 42 | HENRY – 2 |
| BARBOUR – 1 | HOUSTON – 34 |
| BIBB – 1 | JACKSON – 3 |
| BLOUNT – 30 | JEFFERSON – 221 |
| BULLOCK – 1 | LAUDERDALE – 12 |
| BUTLER – 2 | LAWRENCE – 4 |
| CALHOUN – 26 | LEE – 45 |
| CHAMBERS – 5 | LIMESTONE – 31 |
| CHEROKEE – 1 | MACON – 2 |
| CHILTON – 10 | MADISON – 128 |
| CLARKE – 2 | MARENGO – 3 |
| CLAY – 5 | MARION – 1 |
| COFFEE – 15 | MARSHALL – 51 |
| COLBERT – 7 | MOBILE – 142 |
| COVINGTON – 7 | MONROE – 1 |
| CRENSHAW – 1 | MONTGOMERY – 72 |
| CULLMAN – 14 | MORGAN – 26 |
| DALE – 5 | PICKENS – 1 |
| DALLAS – 10 | PIKE – 10 |
| DEKALB – 25 | RANDOLPH – 1 |
| ELMORE – 10 | RUSSELL – 11 |
| ESCAMBIA – 2 | SHELBY – 57 |
| ETOWAH – 24 | ST. CLAIR – 19 |
| FAYETTE – 2 | SUMTER – 2 |
| FRANKLIN – 26 | TALLADEGA – 6 |
| GENEVA – 6 | TALLAPOOSA – 5 |
| GREENE – 1 | TUSCALOOSA – 50 |
| | WALKER – 6 |

WINSTON – 6

*VR Labor Matches Alien County*

AUTAUGA – 29

BALDWIN – 101

BARBOUR – 7

BIBB – 9

BLOUNT – 25

BULLOCK – 2

BUTLER – 4

CALHOUN – 37

CHAMBERS – 8

CHEROKEE – 5

CHILTON – 13

CHOCTAW – 2

CLARKE – 6

CLAY – 1

COFFEE – 15

COLBERT – 16

CONECUH – 8

COOSA – 4

COVINGTON – 10

CRENSHAW – 3

CULLMAN – 23

DALE – 15

DALLAS – 11

DEKALB – 18

ELMORE – 19

ESCAMBIA – 15

ETOWAH – 32

FAYETTE – 6

FRANKLIN – 10

GENEVA – 7

GREENE – 4

HALE – 7

HENRY – 5

HOUSTON – 33

JACKSON – 10

JEFFERSON – 334

LAMAR – 4

LAUDERDALE – 22

LAWRENCE – 11

LEE – 84

LIMESTONE – 38

LOWNDES – 4

MACON – 8

MADISON – 180

MARENGO – 10

MARION – 8

MARSHALL – 35

MOBILE – 252

MONROE – 8

MONTGOMERY – 138

MORGAN – 34

PERRY - 4

PICKENS – 6

PIKE – 8

RANDOLPH – 7

RUSSELL – 12

SHELBY – 97

ST. CLAIR – 28

SUMTER – 2

TALLADEGA – 22

TALLAPOOSA – 12

TUSCALOOSA – 95

WALKER – 12

WASHINGTON – 1

WILCOX – 8

WINSTON – 6

Ala00000506