# EXHIBIT 41

**Emails Between Laney Rawls Office
and ADOL Secretary Washington**

## Blackburn, Meridith

| | |
|---|---|
| From: | Rawls, Laney |
| Sent: | Thursday, September 5, 2024 11:39 AM |
| To: | Security, Internal; Washington, Fitzgerald |
| Cc: | Helms, Clay; Blackburn, Meridith; Chadwell, Olivia; Langley, R Brent |
| Subject: | RE: Complaints from Individuals with Noncitizen Identifying Numbers |

Good morning,

Thank you for returning this so quickly.

For the three individuals with unverified citizenship status (Tram Nguyen, Young Mi Yun, and Scott Robert Mitchell), can you please provide any documentation they submitted to you as part of their unemployment claim or any returns you may have from the SAVE system that confirm their status as "unverified?"

Any other information that you may have that would provide more insight into the citizenship status of these unverified individuals would be very helpful!

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238

  

**From:** Security, Internal <Internal.Security@labor.alabama.gov>
**Sent:** Thursday, September 5, 2024 10:06 AM
**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>; Washington, Fitzgerald <F.Washington@labor.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>; Langley, R Brent <Brent.Langley@labor.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

I have attached what I found on the new additions to the list.

Thank you, Courtney

**Courtney Jarome**
COMPLIANCE OFFICER

1

Courtney.Jarome@labor.alabama.gov
649 Monroe Street, Montgomery, AL 36131 Labor.Alabama.gov

*An Equal Opportunity Employer / Program*
*Auxiliary aids and services available upon request to individuals with disabilities.*
*Dial 711 for TTY accessibility.*



**Alabama
Department of Labor**
INTERNAL SECURITY

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Thursday, September 5, 2024 8:41 AM
**To:** Washington, Fitzgerald <F.Washington@labor.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Good morning,

Please see attached spreadsheet updated with more individuals we have received complaints from.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238

 

**From:** Rawls, Laney
**Sent:** Thursday, August 29, 2024 12:32 PM
**To:** Washington, Fitzgerald <F.Washington@labor.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Good afternoon,

Please see attached spreadsheet updated with more individuals we have received complaints from. From what I have learned, I believe these individuals also fall under the "claimant error" category.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238

  

**From:** Washington, Fitzgerald <F.Washington@labor.alabama.gov>
**Sent:** Wednesday, August 28, 2024 9:26 AM
**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Received, thank you.

Fitzgerald

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Wednesday, August 28, 2024 9:22 AM
**To:** Security, Internal <Internal.Security@labor.alabama.gov>; Washington, Fitzgerald <F.Washington@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Good morning,

Please see attached spreadsheet updated with more individuals we have received complaints from.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov

Ala00000581

Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Rawls, Laney
**Sent:** Friday, August 23, 2024 10:54 AM
**To:** Security, Internal <Internal.Security@labor.alabama.gov>; Washington, Fitzgerald <F.Washington@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** Complaints from Individuals with Noncitizen Identifying Numbers

Good morning,

Please find attached a spreadsheet with information from individuals who have called our Office after receiving notice of their voter registration inactivation from their local Board of Registrars in connection with our recent voter file maintenance effort involving the noncitizen identification number data received from the Department of Labor. These individuals claim that they have always been United States citizens and they should not have a noncitizen identifying number associated with their name and personal identifying information.

These individuals have been directed to contact the Department of Labor for further information as to how and why this noncitizen identifying number has become associated with their identity. This Office would like to be updated as information related to these claimants is discovered.

We will send updated versions of the spreadsheet as we receive further complaints.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



Ala00000582

## Blackburn, Meridith

| | |
|---|---|
| **From:** | Security, Internal |
| **Sent:** | Thursday, September 5, 2024 10:06 AM |
| **To:** | Rawls, Laney; Washington, Fitzgerald; Security, Internal |
| **Cc:** | Helms, Clay; Blackburn, Meridith; Chadwell, Olivia; Langley, R Brent |
| **Subject:** | RE: Complaints from Individuals with Noncitizen Identifying Numbers |
| **Attachments:** | NonCitizen Complaints - Labor - Updated 9.5.24.xlsx |

I have attached what I found on the new additions to the list.

Thank you, Courtney

### Courtney Jarome
COMPLIANCE OFFICER

Courtney.Jarome@labor.alabama.gov
649 Monroe Street, Montgomery, AL 36131 Labor.Alabama.gov

*An Equal Opportunity Employer / Program*
*Auxiliary aids and services available upon request to individuals with disabilities.*
*Dial 711 for TTY accessibility.*



**Alabama Department of Labor**
INTERNAL SECURITY

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Thursday, September 5, 2024 8:41 AM
**To:** Washington, Fitzgerald <F.Washington@labor.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Good morning,

Please see attached spreadsheet updated with more individuals we have received complaints from.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238

1



**From:** Rawls, Laney
**Sent:** Thursday, August 29, 2024 12:32 PM
**To:** Washington, Fitzgerald <F.Washington@labor.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Good afternoon,

Please see attached spreadsheet updated with more individuals we have received complaints from. From what I have learned, I believe these individuals also fall under the "claimant error" category.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Washington, Fitzgerald <F.Washington@labor.alabama.gov>
**Sent:** Wednesday, August 28, 2024 9:26 AM
**To:** Rawls, Laney <laney.rawls@sos.alabama.gov>; Security, Internal <Internal.Security@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Received, thank you.

Fitzgerald

**From:** Rawls, Laney <laney.rawls@sos.alabama.gov>
**Sent:** Wednesday, August 28, 2024 9:22 AM
**To:** Security, Internal <Internal.Security@labor.alabama.gov>; Washington, Fitzgerald <F.Washington@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>;

Ala00000584

Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** RE: Complaints from Individuals with Noncitizen Identifying Numbers

Good morning,

Please see attached spreadsheet updated with more individuals we have received complaints from.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol
600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



**From:** Rawls, Laney
**Sent:** Friday, August 23, 2024 10:54 AM
**To:** Security, Internal <Internal.Security@labor.alabama.gov>; Washington, Fitzgerald <F.Washington@labor.alabama.gov>
**Cc:** Helms, Clay <Clay.Helms@sos.alabama.gov>; Blackburn, Meridith <meridith.blackburn@sos.alabama.gov>; Chadwell, Olivia <olivia.chadwell@sos.alabama.gov>
**Subject:** Complaints from Individuals with Noncitizen Identifying Numbers

Good morning,

Please find attached a spreadsheet with information from individuals who have called our Office after receiving notice of their voter registration inactivation from their local Board of Registrars in connection with our recent voter file maintenance effort involving the noncitizen identification number data received from the Department of Labor. These individuals claim that they have always been United States citizens and they should not have a noncitizen identifying number associated with their name and personal identifying information.

These individuals have been directed to contact the Department of Labor for further information as to how and why this noncitizen identifying number has become associated with their identity. This Office would like to be updated as information related to these claimants is discovered.

We will send updated versions of the spreadsheet as we receive further complaints.

Sincerely,

Laney Rawls
Director of Communications
Office of Secretary of State Wes Allen
Alabama State Capitol

3

600 Dexter Avenue, Suite S-105
Montgomery, AL 36130
Laney.Rawls@sos.alabama.gov
Office: (334) 353-2171
Cell: (334) 865-3238



4

Ala00000586