FILED

2024 Oct-14  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 42

**Spreadsheet Detailing Purge-Letter Recipients
Who Contacted ADOL**

**AGENCY RECEIVED FROM**

| | |
|---|---|
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | **Response sent prior** |
| AL DEPARTMENT OF LABOR | answered no to being a citizen, failed to respond when information was reque |
| AL DEPARTMENT OF LABOR | not US born. Did present a US passport, unable to verify citizenship. |
| AL DEPARTMENT OF LABOR | Verified through SAVE as being authorized to work, but appears to not be a cit |
| AL DEPARTMENT OF LABOR | Unable to locate a claim for this name and/or last 4 of social in our system |
| AL DEPARTMENT OF LABOR | Not a US Citizen. Born in Germany and was verifed as authorized to work thro |
| AL DEPARTMENT OF LABOR | answered no to being a citizen, failed to respond when information was reque |

sted

izen

ugh SAVE.
sted

Ala00000590