FILED
2024 Oct-14 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 43

**Election Protection Podcast with Josh Findlay,**
*Alabama Secretary of State Wes Allen*,
**Texas Public Policy Foundation (June 19, 2024) available at**
**https://www.youtube.com/watch?v=xinsc2NFSuA**