| MatchType | count |
| --- | --- |
| DLN, DOB | 4 |
| DLN, DOB, First Name | 19 |
| DLN, DOB, Last Name | 15 |
| DLN, DOB, Last Name, First Name | 122 |
| DLN, First Name | 1 |
| DLN, Last Name, First Name | 2 |
| DLN, SSN (Last 4), DOB | 9 |
| DLN, SSN (Last 4), DOB, First Name | 114 |
| DLN, SSN (Last 4), DOB, Last Name | 32 |
| DLN, SSN (Last 4), DOB, Last Name, First Name | 465 |
| DLN, SSN (Last 4), First Name | 2 |
| DLN, SSN (Last 4), Last Name | 13 |
| DOB, Last Name | 9 |
| DOB, Last Name, First Name | 87 |
| SSN (Last 4), DOB | 8 |
| SSN (Last 4), DOB, First Name | 25 |
| SSN (Last 4), Last Name, DOB | 33 |
| SSN (Last 4), Last Name, First Name | 8 |
| SSN (Last 4), Last Name, First Name, DOB | 273 |

State A's Ex 11
ACIJ v. Allen 24-1254 AMM
10/15/24 PI Hrg

Ala00000043